AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| KINSLEY KORNEGAY, a minor, by and through her parent and guardian, MATTHEW KORNEGAY<br><br>*Plaintiff(s)*<br>v.<br>HIGH POINT BIRMINGHAM, LLC and HIGH POINT CLIMBING LLC<br><br>*Defendant(s)* | Civil Action No. 2:21-cv-00505-SGC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HIGH POINT BIRMINGHAM, LLC
4766 Highway 280
Birmingham, AL 35242

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Austin B. Whitten, Michael C. Bradley, Pittman, Dutton, Hellums, Bradley & Mann, P.C., 2001 Park Place North, Suite 1100, Birmingham, AL 35203

If you fail to respond, judgment by default ~~will~~ *may* be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK

CLERK OF COURT

Date: 4/13/21

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Alabama

| | | |
|---|---|---|
| KINSLEY KORNEGAY, a minor, by and through her parent and guardian, MATTHEW KORNEGAY </br></br> *Plaintiff(s)* </br> v. </br></br> HIGH POINT BIRMINGHAM, LLC and HIGH POINT CLIMBING LLC </br></br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  2:21-cv-00505-SGC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HIGH POINT CLIMBING LLC
c/o Tony Levy
4766 Highway 280
Birmingham, AL 35242

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Austin B. Whitten, Michael C. Bradley, Pittman, Dutton, Hellums, Bradley & Mann,
P.C., 2001 Park Place North, Suite 1100, Birmingham, AL 35203

If you fail to respond, judgment by default *May* be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK

*CLERK OF COURT*

Date: 4/13/21

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203