United States District Court
Northern District
1729 5th Ave North
Birmingham AL 35203

**CERTIFIED MAIL**

9414 7118 9956 0147 7657 58

RETURN RECEIPT REQUESTED

Article Addressed To:

HIGH POINT BIRMINGHAM, LLC
4766 Highway 280
Birmingham AL 35242-5148

FILED
2021 Apr-19 PM 03:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ Addressee or ☐ Agent)
X TC Re4C

B. Received By: (Please Print Clearly)
Couch 19

C. Date of Delivery
4/16/21

D. Addressee's Address (If Different From Address Used by Sender.)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City    State    ZIP + 4 Code

2021 APR 19 A 11:37