United States District Court
Northern District
1729 5th Ave North
Birmingham AL 35203

**CERTIFIED MAIL**

9414 7118 9956 0147 7856 71

2021 APR 16 A 10:58

RETURN RECEIPT REQUESTED

Article Addressed To:

HIGH POINT CLIMBING LLC
c/o Tony Levy
4766 Highway 280
Birmingham AL 35242-5148

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ☐ Addressee or ☐ Agent
X  T.C. Ricks

B. Received By: (Please Print Clearly)
Council 19

C. Date of Delivery
4/14/21

D. Addressee's Address (If Different From Address Used by Sender.)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City          State       ZIP + 4 Code