FILED
2021 Apr-21 PM 03:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| KINSLEY KORNEGAY, a minor, by and through her parent and guardian, MATTHEW KORNEGAY, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 2:21-cv-00505-SGC |
| HIGH POINT BIRMINGHAM, LLC, and HIGH POINT CLIMBING, LLC, ) ) ) | |
| Defendants. ) | |

## **ORDER**

This matter is before the court upon the complaint filed by Kinsley Kornegay, a minor, by and through her parent and guardian, Matthew Kornegay. (Doc. 1). The complaint asserts claims under Alabama law against two defendants, both of which are limited liability companies; it invokes diversity jurisdiction as the sole source of federal subject matter jurisdiction. (*Id.* at 2). A matter of jurisdictional pleading must be addressed before the case can proceed.

Plaintiff alleges she is an Alabama citizen, as is her parent/guardian. (Doc. 1 at 1). As to the defendants, the complaint alleges each "is a foreign limited liability corporation organized and existing under the laws of the State of Tennessee," with a principal place of business in Chattanooga, Tennessee. (*Id.* at 1-2). The complaint alleges the amount in controversy exceeds $75,000. (*Id.* at 2).

"Diversity jurisdiction requires complete diversity; every plaintiff must be diverse from every defendant." *Triggs v. John Crump Toyota, Inc.,* 154 F.3d 1284, 1287 (11th Cir. 1998). For the purpose of determining diversity jurisdiction, "a limited liability company is a citizen of any state of which a member of the company is a citizen." *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.,* 374 F.3d 1020, 1022 (11th Cir. 2004); *see also Flintlock Const. Servs., LLC v. Well-Come Holdings, LLC*, 710 F.3d 1221, 1224 (11th Cir. 2013). Thus, to sufficiently allege citizenship of a limited liability company, a party must list the citizenships of each member of that entity. *Rolling Greens*, 374 F.3d at 1022.

This court cannot take jurisdiction of this matter until the defendants' citizenships are properly alleged. Specifically, this means alleging the identity and citizenship of the defendants' members. In the case of an LLC which has another business entity as a member, the same must be done for the member entity. Because the burden of establishing jurisdiction falls on the party seeking to invoke the jurisdiction of the court, Plaintiff is **ORDERED** to amend the complaint within fourteen (14) days of the date of this order. The amended complaint **SHALL** be complete and must not incorporate or refer back to the original complaint.

**DONE** this 21st day of April, 2021.

_____
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE