AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| KINSLEY KORNEGAY, a minor, by and through her parent and guardian, MATTHEW KORNEGAY <br><br> *Plaintiff(s)* <br> v. <br><br> HIGH POINT BIRMINGHAM, LLC and HIGH POINT CLIMBING LLC <br><br> *Defendant(s)* | Civil Action No. 2:21-cv-00505-SGC |

Alias

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HIGH POINT CLIMBING LLC
c/o Tony Levy
4766 Highway 280
Birmingham, AL 35242

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Austin B. Whitten, Michael C. Bradley, Pittman, Dutton, Hellums, Bradley & Mann, P.C., 2001 Park Place North, Suite 1100, Birmingham, AL 35203

If you fail to respond, judgment by default May be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK

CLERK OF COURT

Date: 5/6/21

*Signature of Clerk or Deputy Clerk*

**CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Alabama

| | |
|---|---|
| KINSLEY KORNEGAY, a minor, by and through her parent and guardian, MATTHEW KORNEGAY <br><br> *Plaintiff(s)* <br> v. <br> HIGH POINT BIRMINGHAM, LLC and HIGH POINT CLIMBING LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:21-cv-00505-SGC |

Alias

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* HIGH POINT BIRMINGHAM, LLC
4766 Highway 280
Birmingham, AL 35242


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Austin B. Whitten, Michael C. Bradley, Pittman, Dutton, Hellums, Bradley & Mann, P.C., 2001 Park Place North, Suite 1100, Birmingham, AL 35203

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK

*CLERK OF COURT*

Date: 5/6/21

*Signature of Clerk or Deputy Clerk*

**CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5ᵀᴴ AVENUE NORTH
BIRMINGHAM, AL 35203**