FILED
2021 May-10 PM 02:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

United States District Court
Northern District
1729 5th Ave North
Birmingham AL 35203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ☐ Addressee or ☐ Agent
X  T.C K243

B. Received By: (Please Print Clearly)
Covid 19

C. Date of Delivery

D. Addressee's Address (If Different From Address Used by Sender.)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City        State        ZIP + 4 Code

CERTIFIED
9414 7118 9956 0730 7087 97

2021 MAY 10 P 12:52

RETURN RECEIPT REQUESTED

Article Addressed To:

HIGH POINT BIRMINGHAM, LLC
4766 Highway 280
Birmingham AL 35242-5148

United States District Court
Northern District
1729 5th Ave North
Birmingham AL 35203

**CERTIFIED MAIL**

9414 7118 9956 0730 7010 33

RETURN RECEIPT REQUESTED

Article Addressed To:

HIGH POINT CLIMBING LLC
c/o Tony Levy
4766 Highway 280
Birmingham AL 35242-5148

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ Addressee or ☐ Agent)
X TC RR43

B. Received By: (Please Print Clearly)
Covid 19

C. Date of Delivery

D. Addressee's Address (If Different From Address Used by Sender.)

Secondary Address / Suite / Apt. / Floor  (Please Print Clearly)

Delivery Address

City          State      ZIP + 4 Code

2021 MAY 10  P 12:52