FILED
2021 May-25 AM 10:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| KINSLEY KORNEGAY, a minor, by and through her parent and guardian, MATTHEW KORNEGAY,<br><br>Plaintiff,<br><br>vs.<br><br>HIGH POINT BIRMINGHAM, LLC and HIGH POINT CLIMBING, LLC,<br>Defendants. | Case No.: 2:21-cv-00505-SGC |

## DEFENDANT HIGH POINT CLIMBING LLC'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

COMES NOW, Defendant High Point Climbing, LLC and in compliance with Federal Rule of Civil Procedure 7.1, makes the following corporate disclosures:

1. High Point Birmingham, LLC states it has no parent company nor is there any publicly held corporation owning 10% or more of its stock;

2. There are no members of the LLC other than the individuals;

3. No members of the Defendant LLC reside in Alabama.

Respectfully submitted,

*/s/ Neal D. Moore, III*
Neal D. Moore, III (ASB-3971-M73N)
Jeremy S. Hazelton (ASB-1481-M76H)
*Attorneys for Defendant,*
*High Point Climbing, LLC*

{W0686022.1 }

**OF COUNSEL:**
**MOORE, YOUNG, FOSTER & HAZELTON, LLP**
1122 Edenton Street
Birmingham, Alabama 35242
Telephone: (205) 879-8722
Email: nmoore@my-defense.com | jhazelton@my-defense.com

## CERTIFICATE OF SERVICE

This is to certify that on this the 25th day of May, 2021 a copy of the foregoing document has been served upon counsel of record listed below via electronic filing:

Michael C. Brandley
Austin B. Whitten
PITTMAN DUTTON HELUMS BRADLEY & MANN, P.C.
2001 Park Place North, Suite 1100
Birmingham, Alabama 35203
mikeb@pittmmandutton.com
austinw@pittmandutton.com
*Attorneys for Plaintiff*

            */s/ Neal D. Moore, III*
            OF COUNSEL

{W0686022.1 }