# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **KINSLEY KORNEGAY, a minor, by and through her parent and guardian, MATTHEW KORNEGAY** ) ) ) | **CASE NO.: 2:21-cv-00505-SGC** |
| **Plaintiff,** ) ) | |
| **v.** ) ) | |
| **HIGH POINT BIRMINGHAM, LLC and HIGH POINT CLIMBING LLC** ) ) ) | |
| **Defendants.** ) | |

## REPORT OF THE PARTIES' PLANNING MEETING

1. The following persons participated in a Federal Rule of Civil Procedure 26(f) conference on **June 11, 2021**, by telephone conference:

   Mike Bradley, representing the plaintiff, and Neal Moore, representing Defendants High Point Climbing, LLC and High Point Birmingham, LLC.

2. <u>Initial Disclosures.</u> The parties will complete by **June 25, 2021**, the initial disclosures required by Rule 26(a)(1).

3. <u>Discovery Plan.</u> The parties propose this discovery plan:

   (a) Discovery will be needed on these subjects: Liability, causation, and damages. Specifically, Plaintiff's injuries, damages, recovery, and associated medical costs (including past and future treatment), Plaintiff's background and experience relevant to the events in this litigation, Defendant's supervision, training, and instruction of Plaintiff, Defendant's hiring, training, retention, and supervision of its agents and employees, Defendant's equipment, including maintenance, the instruction provided to Plaintiff and her entire group, including the supervising adults, and all claims and defenses raised in the pleadings;

    (b)    The parties propose all discovery will be undertaken in time to be completed by **April 22, 2022;**

    (c)    The parties propose a maximum of **35 interrogatories** to be answered 30 days after receipt;

    (d)    The parties propose no limit to the number of requests for admissions, to be admitted or denied 30 days after receipt;

    (e)    The parties cannot at this time predict what depositions may be needed and request no immediate limit on the number of depositions;

    (f)    Limits on the length of depositions, in hours: **7**;

    (g)    Plaintiff's Expert Disclosures and Reports are due no later than November 19, 2021, and to be deposed by **January 14, 2022**;

    (h)    Defendant's Expert Disclosures and Reports are due no later than **February 25, 2022**, and to be deposed by **March 31, 2022**; and,

    (i)    Dates for supplementations under Rule 26(e): **April 8, 2022**

4. Other Items:

    (a)    The parties do not ask to meet with the court before a scheduling order.

    (b)    Requested date for pretrial conference: **3 weeks prior to trial date.**

    (c)    Final dates for the plaintiff to amend pleadings or to join parties: **December 17, 2021**;

    (d)    Final dates for the defendant to amend pleadings or to join parties: **January 14, 2022;**

    (e)    Final dates to file dispositive motions: **May 27, 2022;**

    (f)    State the prospects for settlement: **The parties believe settlement will be better assessed after initial discovery is complete**;

(g) Identify any alternative dispute resolution procedure that may enhance settlement prospects: **mediation;**

(h) Final dates for submitting Rule 26(a)(3) witness lists, designations of witnesses whose testimony will be presented by deposition, and exhibit lists: **June 24, 2022;**

(i) Final dates to file objections under Rule 26(a)(3): **July 8, 2022;** and,

(j) Suggested trial date and estimate of trial length: **Late July 2022; three or four days**.

Dated: June 22, 2021

/s/ Austin B. Whitten
Michael C. Bradley
Austin B. Whitten
**PITTMAN, DUTTON, HELLUMS, BRADLEY & MANN P.C.**
2001 Park Place North
Suite 1100
Birmingham, AL 35203
*Attorneys for Plaintiff*

/s/ Neal D. Moore, III
Neal D. Moore, III
Jeremy S. Hazelton
**MOORE, YOUNG, FOSTER & HAZELTON, LLP**
1122 Edenton Street
Birmingham, AL 35242
*Attorneys for Defendants*