## UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris  
Clerk

Joe Musso  
Chief Deputy

| | | |
|---|---|---|
| Kinsley Kornegay a minor, by and through her parent and guardian, Matthew Kornegay<br>    Plaintiff(s)<br>    v.<br><br>High Point Birmingham LLC<br>High Point Climbing LLC<br>    Defendant(s) | } } } } } } } } } } | Case Number: 2:21-cv-00505-SGC |

### NOTICE OF REASSIGNMENT

The above-styled civil action has been reassigned to the Honorable Nicholas A. Danella.

Please use case number 2:21-cv-00505-NAD on all subsequent pleadings.

DATED: 8/30/2021

SHARON N. HARRIS, CLERK

By: D. Wiggins  
    Deputy Clerk

SNH: DNW

xc:    Judges  
       Counsel