FILED
2021 Sep-08 PM 12:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KINSLEY KORNEGAY, a minor, by and through her parent and guardian, MATTHEW KORNEGAY, )<br><br>Plaintiff,<br><br>v.<br><br>HIGH POINT BIRMINGHAM, LLC, *et al.*,<br><br>Defendants. | Case No. 2:21-cv-00505-NAD |

## ORDER SETTING STATUS CONFERENCE

Given the reassignment of this case to the undersigned, the court **SETS** a Zoom videoconference to discuss the status of this case on **Thursday, September 16, 2021 at 11:00 AM**. Zoom login information will be emailed by the courtroom deputy directly to counsel of record at the email address listed on CM/ECF. If all parties agree to request an in-person conference (instead of Zoom), then the parties should send a joint e-mail at least **two days** before the conference to danella_chambers@alnd.uscourts.gov.

Each party also is invited, but not required, to submit a one-page letter that addresses general information regarding case status, outstanding case management issues, and any other issue that the party would like to raise or discuss with the court. If a party chooses to submit such a letter, the party should email that letter to the

chambers email address with all parties copied at least **one day** before the conference.

    **DONE** and **ORDERED** this September 8, 2021.

                                              _____
                                              **NICHOLAS A. DANELLA**
                                              UNITED STATES MAGISTRATE JUDGE