# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **KINSLEY KORNEGAY, a minor, by and through her parent and guardian, MATTHEW KORNEGAY,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>**vs.** )<br>)<br>**HIGH POINT BIRMINGHAM, LLC and HIGH POINT CLIMBING, LLC,** )<br>**Defendants.** ) | **Case No.: 2:21-cv-00505-SGC** |

## DEFENDANTS' NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

COMES NOW undersigned counsel for the Defendants, High Point Birmingham, LLC and High Point Climbing, LLC, and gives notice to this Court, parties, and all counsel of record of undersigned counsel for Defendant's change of firm name and address. All future pleadings, correspondence, and/or communications of any kind should be directed to the following:

**Christian & Small, LLP**
505 North 20th Street
Suite 1800
Birmingham, AL 35203
Main: 205-795-6588
Direct: 205-250-6675
Fax: 205-328-7234
Email: jshazelton@csattorneys.com

{W0701424.1 }

          Respectfully Submitted,

          */s/ Jeremy S. Hazelton*
          Neal D. Moore, III (ASB-3971-M73N)
          Jeremy S. Hazelton (ASB-1481-M76H)
          *Attorneys for Defendant*

**OF COUNSEL:**
**Christian & Small, LLP**
**505 North 20th Street**
**Suite 1800**
**Birmingham, AL 35203**
**Email: jshazelton@csattorneys.com**

## CERTIFICATE OF SERVICE

    I hereby certify that on January 21, 2022, a true and correct copy of the foregoing was served on the following counsel of record via electronic mail:

Austin B. Whitten
Michael C. Bradley
**Pittman, Dutton & Hellums, P.C.**
2001 Park Place North, Suite 1100
Birmingham, Alabama 35203
Austinw@pittmandutton.com

          */s/ Jeremy S. Hazelton*
          OF COUNSEL

{W0701424.1 }