# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **KINSLEY KORNEGAY, a minor, by and through her parent and guardian, MATTHEW KORNEGAY,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>vs. )<br>)<br>**HIGH POINT BIRMINGHAM, LLC and HIGH POINT CLIMBING, LLC,** )<br>)<br>**Defendants.** ) | **Case No.: 2:21-cv-00505-SGC** |

## NOTICE OF APPEARANCE

COMES NOW Jordan C. Loper of the law firm of Christian & Small, LLP and enters her appearance as additional counsel of record for the Defendants, High Point Birmingham, LLC and High Point Climbing, LLC. Ms. Loper hereby requests to be served on all further and future notices, pleadings, and orders in this matter at the following address:

**Christian & Small, LLP**
**505 North 20th Street**
**Suite 1800**
**Birmingham, AL 35203**
**Telephone: 205-795-6588**
**Fax: 205-328-7234**
**Email: jcloper@csattorneys.com**

Respectfully Submitted,

  /s/ Jordan C. Loper
Jordan C. Loper (CHE047)
*Attorney for Defendants*

{W0701424.1 }

OF COUNSEL:
Christian & Small, LLP
505 North 20th Street
Suite 1800
Birmingham, AL 35203
Email: jcloper@csattorneys.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 16, 2022, a true and correct copy of the foregoing was served on the following counsel of record via Alafile:

Austin B. Whitten
Michael C. Bradley
**Pittman, Dutton & Hellums, P.C.**
2001 Park Place North, Suite 1100
Birmingham, Alabama 35203
Austinw@pittmandutton.com

                                            */s/ Jordan C. Loper*
                                            OF COUNSEL