# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KINSLEY KORNEGAY, a minor, by and through her parent and guardian, MATTHEW KORNEGAY** | ) ) ) |
| **Plaintiff,** | ) CASE NO.: 2:21-cv-00505-NAD ) ) |
| v. | ) ) |
| **HIGH POINT BIRMINGHAM, LLC and HIGH POINT CLIMBING LLC** | ) ) ) |
| **Defendants.** | ) ) |

## JOINT STATUS REPORT

Pursuant to the Court's Text Order of March 16, 2022 [Doc. 27], the Parties jointly report that the Plaintiff continues to receive medical treatment, and there are no other material case updates at this time.

Dated: May 20, 2022

/s/ Austin Whitten
Michael C. Bradley
Austin B. Whitten
**PITTMAN, DUTTON, HELLUMS, BRADLEY & MANN P.C.**
2001 Park Place North
Suite 1100
Birmingham, AL 35203
*Attorneys for Plaintiff*

/s/ Jeremy Hazelton
Neal D. Moore, III
Jeremy S. Hazelton

>Christian & Small LLP
>505 North 20th Street
>Suite 1800
>Birmingham, AL 35203-2696
>*Attorneys for Defendants*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 20, 2022, I filed the above through the Court's electronic filing system, which will notify all counsel of record.

>*/s/ Austin Whitten*
>Of Counsel