# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KINSLEY KORNEGAY, a minor, by and through her parent and guardian, MATTHEW KORNEGAY** ) ) ) | |
| ) | **CASE NO.: 2:21-cv-00505-NAD** |
| Plaintiff, ) ) | |
| v. ) ) | |
| **HIGH POINT BIRMINGHAM, LLC and HIGH POINT CLIMBING LLC** ) ) ) | |
| Defendants. ) | |

## JOINT PROPOSED REVISIONS TO THE SCHEDULING ORDER

Pursuant to the Court's Text Order of July 19, 2022 [Doc. 30], the Parties jointly report that the Plaintiff has completed her medical treatment, and the Parties submit the following proposed revisions to the Court's original Scheduling Order [Doc. 20] to move the case towards trial.

1. **Discovery Cutoff**: All discovery must be commenced in time to be completed by January 20, 2023.

2. **Dispositive Motions:** All potentially dispositive motions must be filed no later than February 20, 2023.

3. **Trial:** The parties shall be ready for trial, to be scheduled by separate order, by May 1, 2023.

Wherefore, the Parties respectfully request the Court incorporate these proposed revised deadlines into its Scheduling Order, with all other provisions of the Scheduling Order to remain in force.

Dated: August 18, 2022

/s/ Austin Whitten
Michael C. Bradley
Austin B. Whitten
**PITTMAN, DUTTON, HELLUMS, BRADLEY & MANN P.C.**
2001 Park Place North
Suite 1100
Birmingham, AL 35203
*Attorneys for Plaintiff*

/s/ Jeremy Hazelton
Neal D. Moore, III
Jeremy S. Hazelton
**Christian & Small LLP**
505 North 20th Street
Suite 1800
Birmingham, AL 35203-2696
*Attorneys for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2022, I filed the above through the Court's electronic filing system, which will notify all counsel of record.

/s/ Austin Whitten
Of Counsel