FILED
2023 Feb-21  AM 10:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| KINSLEY KORNEGAY, a minor, by and through her parent and guardian, MATTHEW KORNEGAY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HIGH POINT BIRMINGHAM, LLC and HIGH POINT CLIMBING, LLC,<br>　　　　Defendants. | )<br>)<br>)　Case No.: 2:21-cv-00505-SGC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' NOTICE OF FILING EVIDENTIARY MATERIAL

COMES NOW the Defendant, Experian Information Solutions, Inc., and files the attached evidentiary material in support of its Motion for Summary Judgment:

　　Exhibit 1:　Deposition Transcript of Shaun Watson

　　Exhibit 2:　Deposition Transcript of Kinsley Kornegay

　　Exhibit 3:　Deposition Transcript of Daniel Hague

　　Exhibit 4:　Deposition Transcript of Matthew Kornegay

　　Exhibit 5:　Liability Waiver

　　Exhibit 6:　Photograph

　　Exhibit 7:　Deposition Transcript of Hannah Staubach

{W0701424.1 }

Respectfully Submitted,

*/s/ Neal D. Moore, III*
Neal D. Moore, III (ASB-3971-M73N)
Jeremy S. Hazelton (ASB-1481-M76H)
*Attorneys for Defendant*

**OF COUNSEL:**
**Christian & Small, LLP**
**505 North 20th Street**
**Suite 1800**
**Birmingham, AL 35203**
**Email: jshazelton@csattorneys.com**

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2023, a true and correct copy of the foregoing was served on the following counsel of record via electronic filing:

Austin B. Whitten
Michael C. Bradley
**Pittman, Dutton & Hellums, P.C.**
2001 Park Place North, Suite 1100
Birmingham, Alabama 35203
Austinw@pittmandutton.com

*/s/ Neal D. Moore, III*
OF COUNSEL

{W0701424.1 }

3761842.1