Kinsley Kornegay

12/16/2022

## Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

CIVIL ACTION NUMBER
2:21-CV-00505-SGC

KINSLEY KORNEGAY, a minor, by and
through her parent and guardian,
MATTHEW KORNEGAY,
            Plaintiff,
vs.
HIGH POINT BIRMINGHAM, LLC and
HIGH POINT CLIMBING, LLC,
            Defendant(s).

DEPOSITION TESTIMONY OF:
KINSLEY KORNEGAY
DECEMBER 16, 2022
10:05 A.M.
COURT REPORTER:
KIMBERLY ISBELL, CCR
The reading and signing of this deposition
has been waived

## Page 2

        S T I P U L A T I O N
1
2           IT IS STIPULATED AND AGREED
3   by and between the parties through their
4   respective counsel that the deposition of
5   KINSLEY KORNEGAY may be taken before
6   Kimberly Isbell, Certified Shorthand
7   Reporter and Notary Public, State at
8   Large, at the offices of PITTMAN, DUTTON &
9   HELLUMS, BIRMINGHAM, ALABAMA, on DECEMBER
10  16, 2022, commencing at approximately
11  10:05 A.M.
12          IT IS FURTHER STIPULATED AND
13  AGREED that the signature to and the
14  reading of the deposition by the witness
15  IS waived, the deposition to have the same
16  force and effect as if full compliance had
17  been had with all laws and rules of Court
18  relating to the taking of depositions.
19          IT IS FURTHER STIPULATED AND
20  AGREED that it shall not be necessary for
21  any objections to be made by counsel to
22  any questions, except as to form or
23  leading questions, and that counsel for

## Page 3

1   the parties may make objections and assign
2   grounds at the time of trial or at the
3   time said deposition is offered in
4   evidence, or prior thereto.
5           In accordance with Rule 5(d)
6   of the Alabama Rules of Civil Procedure,
7   as amended, effective May 15, 1988, I,
8   Kimberly Isbell, am hereby delivering
9   JEREMY HAZELTON the original transcript of
10  the oral testimony taken DECEMBER 16,
11  2022, along with exhibits.
12          Please be advised that this
13  is the same and not retained by the Court
14  Reporter, nor filed with the Court.
15
16
17
18
19
20
21
22
23

## Page 4

        A P P E A R A N C E S
1
2
3   FOR THE PLAINTIFF(S):
4       Austin B. Whitten
5       Pittman, Dutton & Hellums, P.C.
6       2001 Park Place North, Suite 1100
7       Birmingham, Alabama 35203
8
9
10
11
12  FOR THE DEFENDANT(S):
13      Jeremy Hazelton
14      Christian & Small, LLP
15      505 North 20th Street, Suite 1800
16      Birmingham, Alabama 35203
17
18
19
20  ALSO PRESENT:
21      Matthew Kornegay
22
23

1 (Pages 1 to 4)

EXHIBIT 2 - 000001

Kinsley Kornegay                                                    12/16/2022

Page 5

1                    I N D E X
2
3    WITNESS:
4    KINSLEY KORNEGAY
5
6    EXAMINATION BY              PAGE
7    Mr. Hazelton...................... 6
8    Mr. Whitten...................... 70
9    Mr. Hazelton.................... 76
10   Mr. Whitten.................... 79
11   Mr. Hazelton.................... 81
12
13
14         PLAINTIFF'S EXHIBITS
15   There were no Plaintiff's Exhibits marked
16   to this deposition.
17
18         DEFENDANT'S EXHIBITS
19   NO.    DESCRIPTION          PAGE
20   1      Photograph            68
21
22
23

Page 6

1          KINSLEY KORNEGAY,
2    having been first duly sworn, was examined
3    and testified as follows:
4
5          COURT REPORTER:  Usual
6    stipulations?
7          MR. WHITTEN:  Yeah, that's fine.
8          MR. HAZELTON:  That's fine.
9
10         EXAMINATION
11   BY MR. HAZELTON:
12   Q.    Kinsley, I just introduced myself
13   to you earlier.  My name is Jeremy
14   Hazelton.  I represent High Point Climbing
15   in a case that we're here about today.  I
16   know that you and your dad who's here and
17   your lawyer Austin have probably talked
18   about how this is going to go.  I'm just
19   going to go out on a limb and say you've
20   never done this before; is that right?
21   A.    Yes, sir.
22   Q.    Okay.  So I know you and Austin
23   and your dad have probably discussed how

Page 7

1    it's going to go.  I'm just going to ask
2    you a series of questions about the lawsuit
3    that we're here about.  Make sure you're
4    doing okay, how -- what kind of medical
5    treatment you got, some things like that.
6    We shouldn't be too long.  If at any time
7    you want to take a break, that's perfectly
8    fine.  Just let me know.  The only thing
9    I'll ask is that if there was a question
10   that I asked, that you just answer that
11   question before we take a break, okay?
12   A.    Yes, sir.
13   Q.    And this is -- have you ever been
14   like in a court room before and saw
15   testimony or anything like that?
16   A.    No, sir.
17   Q.    Okay.  So this is just -- it's
18   kind of like that except we're here at your
19   lawyer's office.  You know, you have to
20   raise your right hand, swear to tell the
21   truth, all that stuff.  I'll do my best to
22   ask easy questions.  When I say easy
23   questions, I mean questions that are easy

Page 8

1    to answer.
2    A.    Okay.
3    Q.    But if you don't understand a
4    question I ask, just let me know, okay?
5    I'll be happy to rephrase it.  I want to
6    make sure that you understand exactly the
7    kind of question I'm asking.
8    A.    Yes, sir.
9    Q.    All right.  And if you do answer
10   one of my questions, I'll assume that means
11   that you understood it; is that fair?
12   A.    Yes, sir.
13   Q.    And this has a tendency to get a
14   bit conversational, I know.  But as you can
15   see, there is a court reporter who's taking
16   down everything we say, so it's important
17   that we don't talk over each other.  And
18   it's important that when you do answer if
19   it's like a yes or no, that you answer out
20   loud instead of just like nodding your head
21   or shaking your head because that can
22   happen.  And if you do it, I'll remind you,
23   okay?

                              2  (Pages 5 to 8)

EXHIBIT 2 - 000002

Kinsley Kornegay                                          12/16/2022

---

Page 9

1  A.   Okay.
2  Q.   All right.  Well, Kinsley, why
3  don't you just tell me a little bit about
4  yourself.
5  A.   I play softball.  I used to do
6  cheer, but I quit cheer.  I like spending
7  like my free time like hanging around the
8  house with my friends.
9  Q.   Okay.  Well, just where do you
10 live?
11 A.   We live like kind of like in West
12 Blocton like out in the woods like off to
13 ourselves.  My grandparents live right
14 beside us, and so I go up there and talk to
15 my grandmother and my grandfather a lot.  I
16 have a really close bond with them.
17 Q.   Do you have any brothers or
18 sister?
19 A.   I have my older brother.  He's
20 18.  He just turned 18.  And me and him are
21 really close.  Like I can talk to him about
22 a lot.
23 Q.   Okay.  Is it just the two of

---

Page 10

1  y'all?
2  A.   Yes, sir.
3  Q.   And your parents, obviously.
4  Where do you go to school?
5  A.   I go to school at West Blocton
6  High School.
7  Q.   What grade are you in?
8  A.   I'm in 10th grade.
9  Q.   So my understanding is it looks
10 like your birthday is in February of 2007;
11 is that right?
12 A.   Yes, sir.
13 Q.   So that would make you 15 going
14 on 16; is that correct?
15 A.   Yes, sir.
16 Q.   Did you get your permit when you
17 turned 15?
18 A.   I waited a month after.  Like it
19 was like in March after I got my cast off
20 because I had the cast on, and I couldn't
21 really drive.  So I just figured I would
22 wait to go take the test so it would be
23 easier for me to walk around in the area

---

Page 11

1  any ways.
2  Q.   And so did you take the test and
3  get your permit?
4  A.   Yes, sir.
5  Q.   And you got that in March, is
6  that what you said?
7  A.   Yes, sir.
8  Q.   Does your dad and your mom let
9  you drive a lot or no?
10 A.   They let me drive a good bit.
11 Q.   Did he let you drive over here
12 today?
13 A.   No, sir, I was nervous this
14 morning, so he just drove.
15 Q.   Listen Kinsley, again, I've got a
16 daughter who's only a year younger than
17 you.  I don't want you to be nervous.  I'm
18 a nice guy.  Austin will tell you.  I can
19 tell you're a little bit nervous, and
20 that's perfectly normal.  I think
21 everything will go great, and we'll get --
22 go ahead and get out of there.  And if you
23 think I'm being mean or I ask a mean

---

Page 12

1  question or something, you tell me.  Say
2  Mr. Jeremy -- you know, I want you to be
3  comfortable, okay?  I know how important
4  this is to you and to your dad.  It's
5  important to us too.  So to the extent that
6  you're nervous, you know, like I said, if
7  you need a break, you just let me know,
8  okay?
9  A.   (Witness nods head.)
10 Q.   Do you want to take a break?
11 A.   (Witness shakes head.)
12 Q.   Are you sure?
13 A.   (Witness nods head.)
14 Q.   Okay.  So --
15     MR. WHITTEN:  Jeremy, I'm going
16 to go find some tissues real fast.
17     (Whereupon, a break was taken.)
18
19 Q.   Okay.  Kinsley, we just took a
20 quick little break.  You realize you're
21 still under oath though, right?
22 A.   Yes, sir.
23 Q.   Okay.  So you got your permit in

3  (Pages 9 to 12)

Kinsley Kornegay                                          12/16/2022

Page 13

1   March of this year.  Are you looking
2   forward to getting your driver's license
3   next year?
4        A.   Yes, sir, I'm excited.
5        Q.   Yeah.  Are you -- do you think
6   you'll get a car?
7        A.   I have a car.  I got my car in
8   March actually.
9        Q.   Oh, yeah?  What did you get?
10       A.   I got a 2013 BMW.
11       Q.   And how often do you get to drive
12  it?
13       A.   A good bit.  But here recently, I
14  haven't been driving it a lot because like
15  normally when we go places it's normally
16  with like me and my mom and my dad in my
17  car.  It's a pretty small car, and so not
18  everybody -- like it's kind of tight to get
19  my mom or my dad in the back seat, so I
20  like driving my dad's car.
21       Q.   Does your brother ever drive it?
22       A.   He's drove it a couple of times.
23  His car was getting worked on one time

Page 14

1   because something messed up with the air
2   conditioning, and he drove it.  He said he
3   didn't like it though.
4        Q.   All right.  Well, okay.  So you
5   said that you're a sophomore in high
6   school, right?
7        A.   Yes, sir.
8        Q.   Tell me what you do -- I know you
9   had mentioned softball, and you used to do
10  cheer.  Do you play -- did you play
11  softball last year for the high school
12  team?
13       A.   I tried out, and I made the team.
14  But then we found out when I had to have
15  surgery, and so I didn't play at all last
16  year.  I didn't get to play any.
17       Q.   Okay.  And it's my understanding
18  -- and we'll get to sort of the medical
19  treatment in a little bit.  But you had an
20  arthroscopic surgery on one of your ankles
21  in January this year?
22       A.   Yes, sir.
23       Q.   Is that right?

Page 15

1        A.   Yes, sir.
2        Q.   Was that the left or the right?
3        A.   It was the right one first.
4        Q.   Okay.  So you did the right ankle
5   surgery, and -- well, when -- let me ask
6   you this.  When are softball tryouts?
7        A.   Softball tryouts were in October
8   last year.
9        Q.   And the season starts like in
10  February; is that right?
11       A.   Yes, sir.
12       Q.   So were you able after that first
13  surgery to practice or anything at all?
14       A.   One time I did.  I practiced one
15  time after I got released from my first
16  surgery because we were going to wait a
17  little bit to let the muscle build up
18  before I got the other surgery so I could
19  like support myself with this one leg.  And
20  but this ankle was still hurting really bad
21  while I was practicing, so I just decided
22  like let's go ahead and get both surgeries
23  done and I'll just like slowly go back into

Page 16

1   it.
2        Q.   Got you.  How long have you been
3   playing softball?
4        A.   I've been playing softball since
5   I was like six years old.
6        Q.   Just for like a club team like a
7   travel team?
8        A.   Well, I played like park ball
9   like up until I was like 12 and then --
10  like 12, 13.  And then I played some travel
11  ball.  But like I played travel ball when I
12  was like -- started when I was like 10 --
13  around 10.
14       Q.   And you played up until when, up
15  until you got to high school?
16       A.   I'm still playing, but I haven't
17  really got -- I haven't got to play a full
18  season the past three years.  Like I'll
19  play -- I won't even play a whole game
20  anymore.
21       Q.   I got you.  When we were off the
22  record, we were just kind of chitchatting
23  and mentioned that y'all usually go to

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

EXHIBIT 2 - 000004

Kinsley Kornegay                                          12/16/2022

---

Page 17

1    Disney for Christmas, but you're not going
2    this year?
3        A.   Yes, sir.
4        Q.   That doesn't have to do anything
5    with your ankles, does it?
6        A.   Like not being able to go this
7    year?
8        Q.   Yeah.  Yeah.
9        A.   Not necessarily.  I don't think
10   so.  But like, I mean, sometimes when I'm
11   going and when we're walking around a lot,
12   they'll start swelling and hurting.  And so
13   we haven't been like staying in the parks
14   as long when we did go.
15       Q.   So is that something y'all do
16   every year?
17       A.   We used to go a lot, but like a
18   lot more than once a year.  We used to go
19   like two or three times a year, but here
20   recently we haven't been going a lot
21   because like we haven't been able to do as
22   much.
23       Q.   Well, I know you had both the

---

Page 18

1    surgeries this year.
2        A.   Yes, sir.
3        Q.   Okay.  Well, tell me what other
4    kind of things that you like to do.
5        A.   I like to swim and like hang out
6    with my friends and go watch like movies at
7    our house.
8        Q.   Is your house kind of the
9    gathering house --
10       A.   Yes, sir.
11       Q.   -- for like your friend group?
12       A.   Yes, sir.
13       Q.   And how many of like your close
14   friends would come over at any particular
15   time?
16       A.   Probably around like three to
17   five would come over sometimes.  But like
18   just on a normal basis, I would say around
19   two.
20       Q.   Well, who are your best friends?
21       A.   Probably Bailey and Sarah and
22   then -- they are like my closest friends.
23       Q.   Are you still friends with any of

---

Page 19

1    the kids that you went to the climbing gym
2    with back when this happened?
3        A.   I'm still really good friends
4    with Callie, and she was there with me.
5        Q.   She was there?
6        A.   (Witness nods head.)
7        Q.   Well, I know personally my
8    teenage daughter I can't get the phone out
9    of her hand and, you know, she's constantly
10   on social media apps.  Do you do that stuff
11   too?
12       A.   Yes, sir.
13       Q.   Instagram, TikTok, all that?
14       A.   Yes, sir.
15       Q.   Okay.  Is that what y'all do a
16   lot?
17       A.   We like -- we'll make TikToks
18   sometimes but not a lot.
19       Q.   I just know it's a big thing in
20   my house, and so I'll walk in and
21   somebody's doing some silly dance or
22   something like that.  Okay.  Well, I mean,
23   other than that, I know you said -- you

---

Page 20

1    mentioned you go to your grandparent's
2    house a lot.
3        A.   Yes, sir.
4        Q.   Anything else that you kind of
5    like to do?  Any other school activities
6    that you're involved in?
7        A.   I'm not really involved in any
8    other activities, but I like go watch some
9    of the football games or basketball games.
10       Q.   So it sounds like softball is
11   your thing?
12       A.   It is.
13       Q.   Are you doing okay in school?
14       A.   Yes, sir.
15       Q.   Grade wise?
16       A.   Yes, sir.
17       Q.   All right.  Good for you.  Okay.
18   Well, let's talk a little bit then about
19   kind of what happened that day and what you
20   remember.  I think I know the answer to
21   this, but had you ever been to any sort of
22   indoor climbing place before this day?
23       A.   No, sir.

---

5 (Pages 17 to 20)

Kinsley Kornegay                                          12/16/2022

Page 21

1      Q.    What about -- and it was looks
2    like Jon, Callie, Abby, Lillie, and Bella
3    were with you.  Does that sound right?
4      A.    The name Jon doesn't sound
5    familiar.
6      Q.    Jon is Callie's --
7      A.    Jon Westin?
8      Q.    -- cousin, I think.
9      A.    Okay.
10     Q.    Do you remember him being there?
11     A.    Yes, sir.
12     Q.    I think he's a little younger
13   than y'all.
14     A.    He is.
15     Q.    Was there anyone else there other
16   than those kids I just named and the
17   adults?
18     A.    No, sir -- or like not people
19   that were with us.
20     Q.    And you said that you're still
21   pretty tight with Callie; is that right?
22     A.    Yes, sir.
23     Q.    But not Abby or Lillie?

Page 22

1      A.    Well, I'm still like good friends
2    with them.  I'll talk to them, but they go
3    to a different school, and they are a
4    little younger than me.  But when I see
5    them, I'll talk to them.  And like I've
6    known them for a while, and I get along
7    with them really good.
8      Q.    Got you.  And Callie is your age?
9      A.    Yes, sir.
10     Q.    Do y'all both go to West Blocton?
11     A.    Yes, sir.  She plays softball
12   with me.
13     Q.    Well, tell me what made y'all
14   decide to go to High Point that day.
15     A.    I had spent the night -- Callie
16   had spent the night at my house, and we
17   were going over there to Kim's house to
18   like play with like-- hang out and play
19   with like Bella and Lillie and all them,
20   which is like Kim's kids.  And then
21   Jennifer was over there with her daughter
22   Abby, and Misty was over there with Jon
23   Westin, and we were all just hanging out.

Page 23

1    And then they were like we should do some
2    like little back to school thing.  So like
3    they came up -- like the parents came up
4    with somewhere to go, and they like asked
5    us if we wanted to go and everything.  And
6    so we decided like we would go and figured
7    it would be fun.
8      Q.    So y'all were all at Ms. Burt's
9    house -- Kim's house?
10     A.    Yes, sir.
11     Q.    All right.  Had any of the other
12   kids ever been there before?
13     A.    I don't think so.
14     Q.    If you know.
15     A.    I don't know for sure, but I
16   don't think any of them have.
17     Q.    Do you remember about what time
18   of day it was that y'all went, like
19   morning, afternoon, late?
20     A.    I think it was like mid-afternoon
21   kind of.  I don't know for sure.
22     Q.    That's fine.  Sometime after
23   lunch maybe?

Page 24

1      A.    Maybe.
2      Q.    Okay.  Well, tell me what you
3    remember when y'all first kind of -- when
4    y'all first got there.
5      A.    When we walked in, like the
6    parents were like signing the piece of
7    paper, and we were just kind of like
8    standing there waiting on them.  And then a
9    man took us into the room, and he was like
10   you clip this.  And then he was like you
11   got to -- and then he was like -- but then
12   he just clipped it back into there.  And
13   then he took us into the other room like
14   all of the kids, and he was like -- like
15   the one with the bigger walls -- and he was
16   like this one like you just got to do the
17   same thing.  Make sure you clip it.  And
18   then he unclipped it again, you know, and
19   that was like basically it.  And like he
20   allowed us to go climb and everything.
21     Q.    Did all of y'all ride in the same
22   car; do you remember?
23     A.    We took two separate cars.

6  (Pages 21 to 24)

Kinsley Kornegay                                          12/16/2022

Page 25

1    Q.    Whose car were you in?
2    A.    I was in Kim's.
3    Q.    Did you ask your mom or your dad
4  if you could go?
5    A.    Yes, sir.
6    Q.    And I assume they said it was
7  okay?
8    A.    Yes, sir.
9    Q.    And do you remember when you were
10  there did you read anything, or did you
11  have to like -- I know you were only 12 at
12  the time, but did you have to sign
13  anything, or did anybody talk to you about
14  that?
15    A.    I don't think I had to sign
16  anything. I'm not 100 percent for sure,
17  you know, it's been a long time ago. I
18  don't really remember. But from like what
19  I remember, I don't think I had to sign
20  anything, or no one really said -- no one
21  really talked about anything other than
22  when he took us to show -- like clip it in.
23  That's basically any -- everything that was

Page 26

1  said to me before they walked back out of
2  the room.
3    Q.    So in terms of what I'll call the
4  administrative part of it, the parents took
5  care of that, does that sound about right?
6  Like if you had to sign any papers or
7  whatever it was you had to do to get in --
8  pay the money or whatever that was?
9    A.    The three parents were like doing
10  that -- were signing the papers.
11    Q.    Okay. And that's Misty, Abby,
12  and Kim; is that right?
13    A.    Jennifer -- Jennifer Perry is
14  Abby's mom.
15    Q.    Oh, I'm sorry. Jennifer. You're
16  right. Misty, Jennifer, and Kim --
17    A.    Yes, sir.
18    Q.    -- were the three moms that y'all
19  were with?
20    A.    (Witness nods head.)
21    Q.    Are you close to those moms?
22    A.    I'm really close with definitely
23  Kim and Jennifer. Misty I'm pretty close

Page 27

1  with, like not as close as Kim. I used to
2  go to pitching lessons with Kim and Kellan,
3  which is Kim's husband, and then Lillie
4  which is their daughter. And it would be
5  like the four of us, and I would always
6  hang out with them. Kim used to like catch
7  me and everything.
8    Q.    So you would say Kim was probably
9  the one you were closest with?
10    A.    Yes, sir.
11    Q.    But you're also close with
12  Jennifer and Misty too?
13    A.    Yes, sir.
14    Q.    Are they all friends with your
15  parents?
16    A.    Yes, sir.
17    Q.    Have you known them for as long
18  as you can remember?
19    A.    I've known them like basically my
20  whole life like as long as I can remember.
21    Q.    Was it Kim's car that you rode in
22  on the way?
23    A.    Yes, sir.

Page 28

1    Q.    Did you know whether -- did you
2  speak to your parents about going there, or
3  was it just Kim or one of the other moms
4  that called?
5    A.    I asked like dad if he would be
6  okay with it, and he said yeah. And then
7  he talked like more about what we were
8  doing with I think it was Kim or Jennifer
9  like what -- exactly where we were going
10  and what we were doing.
11    Q.    And so you got there, and then
12  they signed whatever they needed to sign
13  and then you said there was a man, I guess,
14  somebody that worked at the gym?
15    A.    Yes, sir.
16    Q.    That -- did he take y'all like as
17  a group?
18    A.    He took all the kids and like --
19    Q.    And was it just the kids that you
20  were with?
21    A.    Yes, sir.
22    Q.    Was there anybody else there?
23    A.    It was the worker and then us and

7  (Pages 25 to 28)

EXHIBIT 2 - 000007

Kinsley Kornegay                                              12/16/2022

Page 29

1    then other kids that were like already in
2    the room.
3       Q.   Okay.  And so there were -- there
4    were no -- none of the moms?
5       A.   The adults were still out there
6    like signing papers when like --
7       Q.   When was the next time you saw
8    any of the adults?
9       A.   After like the second -- like the
10   bigger room, he like -- he walked us back
11   to where the smaller walls were.  And then
12   we went in, and they were like in there
13   sitting down and --
14      Q.   Was that the --
15      A.   Because that's where they -- they
16   were like -- they asked us where we were,
17   and we told them that like we had just got
18   back from like him clipping -- like showing
19   the clip.  And she said oh -- I remember
20   Jennifer saying something like oh, we were
21   told y'all were in here.  And so they came
22   in there, and they were sitting down.
23      Q.   Okay.  Did anyone do the sort of

Page 30

1    clip demonstration in the kid zone?
2       A.   He -- that's like the first room
3    we went into.  Like so we walked into the
4    one with like -- one of the walls that I
5    was on, and he was -- he said like you got
6    to make sure you clip this one.  And then
7    he like had like a little -- just holding
8    like a clip in his hand and clipped it and
9    unclipped it and clipped it back to the
10   little thing -- like the yellow triangular
11   thing.
12      Q.   Right.
13      A.   And then he was like -- then he
14   took us into the bigger room, and he like
15   just clipped it onto this thing again.  He
16   was like y'all got to make sure this is
17   clipped, and then he just clipped it like
18   -- just like unclipped it again.
19      Q.   Did you feel like you understood
20   how it worked after that?
21      A.   For the most part, yes, sir.
22      Q.   Did you ever see in the kid zone
23   either before y'all started climbing or

Page 31

1    after you started climbing any of the other
2    adults there or what they were doing?
3       A.   Like other kids' parents?
4       Q.   Yeah.  Yeah.
5       A.   They -- most of them were sitting
6    down where Kim and them were sitting.
7       Q.   So as far as you remember all the
8    adults were kind of just sitting down, and
9    all the kids were --
10      A.   There was like one man there like
11   with his kid, but his kid looked to be like
12   really, really young.
13      Q.   Did any time anybody ever tell
14   you that somebody was going to be
15   supervising y'all or watching y'all climb
16   the whole time?
17      A.   We were told that like we have a
18   demonstration like an in-depth
19   demonstration of like what to do and like
20   how to do stuff and like, you know, like he
21   was like basically saying like we're going
22   to show you like everything and explain
23   everything.  But he just like clipped it

Page 32

1    and then unclipped it.  Like basically all
2    he said was make sure you clip this, and
3    then he just like moved on.
4       Q.   When you say moved on --
5       A.   Like to the other room.  Like
6    that was that first room.  Then we went
7    into that second room -- the bigger ones.
8    And then he did the same thing right there,
9    and then he undid it.  And he just said
10   y'all can go back in the like whichever
11   room y'all want and climb.  And we all
12   walked into the -- the smaller room.
13      Q.   Did any of the moms that were
14   there with y'all talk to y'all about it and
15   --
16      A.   They asked us -- they were like
17   do y'all know how to clip y'all's self's
18   in, and we were like yes, ma'am, he showed
19   us.
20      Q.   Explain to me how that works --
21   the clipping in and how you're supposed to
22   do it.
23      A.   We had a harness on, and you just

                                      8 (Pages 29 to 32)

Kinsley Kornegay                                    12/16/2022

---

Page 33

1  had to take -- unclip the thing from the
2  yellow thing and clip it like --
3      Q.   When you say the yellow thing,
4  you're talking about the triangle that's at
5  the bottom that's got a stop sign on it?
6      A.   Yes, sir.
7      Q.   Well, just in your own words keep
8  going and explain how that works or why
9  you're supposed to clip in.
10     A.   Like you just clipped it onto
11 your little thing.  There is a little hook
12 right there at your waistband.  And then
13 you got to climb the wall, and it was just
14 like -- the machine was supposed to like
15 slow you down and catch you when you were
16 repelling off the wall.
17     Q.   And so if you don't clip in, then
18 obviously the thing can't lower you down;
19 is that right?
20     A.   Yes, sir.
21     Q.   Is that why it's -- in your mind
22 anyway, is that why it's got that stop sign
23 there to make sure you do that?

---

Page 34

1      A.   Yes, sir.
2      Q.   Do you know about how long y'all
3  were there climbing before?
4      A.   We were there for like 30, 40
5  minutes before we -- I think.  I'm not like
6  for sure.  That's just kind of what it felt
7  like to me.
8      Q.   And you had, I assumed, had
9  clipped in, climbed the wall, and been
10 lowered down a bunch --
11     A.   Every single -- yes, sir.  I had
12 done a bunch of the walls already.  And
13 Misty and Kim had just walked over to us
14 and said like all right y'all one more wall
15 and then we're leaving.
16     Q.   So when this happened it was --
17     A.   The last one.
18     Q.   -- the very last one?  Did you
19 know at the time that you weren't supposed
20 to just free climb up the wall?
21          MR. WHITTEN:  Object to form.
22     Q.   If you know.  I mean, did you
23 know when you were there after he showed

---

Page 35

1  you how to clip the thing in, clip out that
2  you weren't supposed to climb the wall
3  without doing that?
4      A.   Yes, sir.
5      Q.   Because it was dangerous to do
6  that?
7      A.   Yes, sir.
8      Q.   But going into it before, did you
9  have any idea of whether climbing those
10 walls would be dangerous or not?
11     A.   I knew it would be like
12 dangerous, but I'm normally really good
13 about being responsible about the things I
14 do and like taking care of any situation
15 I'm in.
16     Q.   You mean at the time as a 12 year
17 old?
18     A.   Yes, sir.  I was pretty mature
19 for my age and was told that by many
20 parents.  And like they were telling me how
21 I was good at handling situations and how I
22 was pretty responsible for being a 12 year
23 old, and so I didn't believe that I would

---

Page 36

1  like -- like I felt confident in myself --
2      Q.   Sure.
3      A.   -- doing that.
4      Q.   Well, and there's -- I assume
5  leading up to that point as a kid -- as a
6  child up until, you know, as a 12 year old,
7  you had done things whether it's play
8  sports, you had mentioned you were a
9  cheerleader.  And I know how it is, you
10 know, with my daughter's group of friends.
11 She's not a cheerleader, but she's got a
12 lot of friends that are.  And the tumbling
13 and stuff they do is crazy and the pyramid
14 stuff and all that.  Would you have been
15 doing that kind of stuff prior to --
16     A.   Yes, sir.
17     Q.   -- this?  Would it be fair to say
18 that you understood how important it was to
19 be safe when doing sort of physical
20 activities like that?
21          MR. WHITTEN:  Object to the form.
22     A.   Can you like repeat --
23     Q.   Yeah, sure.  Sure.  I mean, what

---

9  (Pages 33 to 36)

EXHIBIT 2 - 000009

Kinsley Kornegay                                               12/16/2022

Page 37

1    I'm trying to get at is through
2    participating in activities that you had
3    done up until that point, I'm just
4    wondering if it would be fair to say that
5    you had the ability to understand if
6    something was dangerous and what you needed
7    to do in order to stay safe?
8              MR. WHITTEN:  Object to form.
9       Q.    At that time?
10      A.    Yes, sir.
11      Q.    At any point prior to -- and I
12   think we can all agree that that last wall
13   that you climbed you just forgot to clip
14   in; is that fair?
15      A.    Yes, sir.
16      Q.    Because you got to the top of the
17   wall, and -- have you seen the video of it?
18      A.    Yes, sir.
19      Q.    I've seen it too, and I'm going
20   to guess that had you thought you were
21   clipped in, you wouldn't have just let go
22   of the wall like that, right?  Are you
23   okay?

Page 38

1       A.    (Witness nods head.)
2       Q.    Take your time, Kinsley.  It's
3    okay.
4       A.    I saw rope like right in front of
5    me, and I thought it was clipped in.  And I
6    went to push off the wall, and like I
7    grabbed it like I normally do, and then I
8    think I like --
9       Q.    Burned your hands going down?
10      A.    I couldn't use my hands for like
11   two weeks after the thing because they were
12   like all messed up.
13      Q.    Sure.  No, I know.  And nobody is
14   saying that that wasn't, you know, I can only
15   imagine.  I know you were scared.  And
16   you're brave today for coming and talking
17   about it.  You are.  And I appreciate it.
18   And I think we can all agree that had you
19   thought you were clipped in, you would have
20   never just let go of that wall like that,
21   right?
22      A.    Yes, sir.

Page 39

1       Q.    Okay.  You want to take a break?
2       A.    I'm fine.
3       Q.    Okay.  So during that time period
4    when y'all were kind of in the kid zone and
5    climbing, y'all never went to any of those
6    other rooms, did you?
7       A.    We walked in there one time, and
8    we were like -- and then they were going to
9    do it, but I didn't -- I never even tried
10   climbing one of the bigger walls.
11      Q.    Did anybody climb one of the
12   bigger walls in the big room?
13      A.    I think Callie -- I'm not like --
14   I'm pretty sure it was Callie.  She climbed
15   up maybe a few feet, but then she got down.
16   That was it.  And then we all went back in
17   there.
18      Q.    Back into the kid zone?
19      A.    Yes, sir.
20      Q.    Did -- when y'all went into the
21   other room, did the moms know that y'all
22   had gone in there?
23      A.    Yes, sir.

Page 40

1       Q.    Okay.  Did they say --
2       A.    Misty walked in there with us.
3       Q.    Misty went in there with y'all?
4       A.    And stood in front of -- like
5    behind us and was watching us, and then she
6    walked back into the --
7       Q.    Did misty or Jennifer or Kim ever
8    stand behind y'all and watch in the kid's
9    area?
10      A.    For like -- they would come in
11   and check in on us every now and then and
12   like look and watch us for a few seconds,
13   and they would go back and like sit down
14   and talk.
15      Q.    About how far away -- and I know
16   this -- obviously, you don't know exactly,
17   but were they like on the complete other
18   side of the room?
19      A.    Yes, sir.
20      Q.    From that --
21      A.    There is like --
22      Q.    From that volcano wall area where
23   y'all were climbing?

10  (Pages 37 to 40)

EXHIBIT 2 - 000010

Kinsley Kornegay                                      12/16/2022

Page 41

1    A.    Yes, sir.
2    Q.    Was there anything obstructing
3  like their view that you know?
4    A.    They had the little like climbing
5  things that they like stepped on, and it
6  just got higher and higher as it went. It
7  kind of went like a little oval looking
8  thing. And like it -- that was kind of in
9  front of them like where you can't really
10 see the walls much.
11   Q.    So from where they were sitting,
12 it would have been hard for them to keep an
13 eye on y'all while y'all were climbing on
14 that side of the wall?
15   A.    Yes, but that was kind of like --
16 that was provided seating, so I --
17   Q.    No, I understand that. I
18 understand that. I just wanted to get an
19 idea of sort of the layout and what they
20 could see and what they couldn't. That's
21 all. And so they would have had to get up
22 and moved to watch y'all?
23   A.    Yes, sir.

Page 42

1    Q.    Is that right?
2    A.    Yes, sir.
3    Q.    Do you know whether any of the
4  moms saw you fall?
5    A.    I'm not real for sure.
6    Q.    Yeah, if you know. Well, and I
7  know it's tough thinking about, and it's
8  tough to talk about. But as best you can
9  sort of tell me what you remember, you
10 know, after -- I know that you tried to
11 grab onto the belay rope, and you sort of
12 just slid down it. Tell me what you
13 remember right after that happened.
14   A.    I don't really remember like even
15 hitting the ground. I just remember like a
16 few seconds after I was just like kind of
17 laying there. And then a man -- the man
18 who had the really young kid with him he
19 asked me if -- he asked me if I was okay,
20 and I said -- and I've always been like one
21 to be like, yeah, I'm fine. Like I've
22 always been like able to get up after like
23 being hurt or something. I was like yeah,

Page 43

1  I'm fine. And I -- and Callie was still
2  coming down the wall beside me. And I
3  tried to stand up, and that's when I
4  realized I couldn't move, and it hurt. And
5  then afterwards, like all I could say was
6  call my dad. And I was just crying, and I
7  couldn't even talk to him when they got him
8  on the phone.
9    Q.    Are you sure you don't want to
10 take a -- let's take a break. Okay.
11 You're doing great.
12   (Whereupon, a break was taken.)
13
14   Q.    Kinsley, we just took a quick
15 break. You realize you're still under oath
16 though, correct?
17   A.    Yes, sir.
18   Q.    When we took a break, you were
19 talking about sort of what you remembered
20 immediately after you fell. And you said
21 you don't really remember anything hurting
22 at first, but then when you realized you
23 couldn't get up that's when -- I don't want

Page 44

1  to put words in your mouth. Go ahead and
2  just keep going.
3    A.    I like felt the pain, but I was
4  like oh well, like I'm fine. It's probably
5  just like a -- like I strained it or
6  something or like twisted it. Like no big
7  deal. And I tried to get up, and then like
8  as soon as I tried to get up I was like
9  okay that's not just -- it's something
10 worse. And like I just started crying and
11 was just asking for my dad.
12   Q.    When you say you were asking for
13 your dad, is that -- were you talking to
14 the --
15   A.    I was talking --
16   Q.    -- gentleman that was standing
17 kind of close by?
18   A.    I was talking to Kim. They like
19 had come over there and like -- when I
20 fell, and I was like I'm fine, and I tried
21 to get up. And they were walking over to
22 me when I was trying to get up. And then I
23 like fell back down, and then they were

11  (Pages 41 to 44)

Kinsley Kornegay                                    12/16/2022

Page 45

1    over there.  They were like what's wrong.
2    What's wrong.  And all I could say was like
3    call my dad, and I was just asking for my
4    dad.
5        Q.    Do you remember about how long it
6    was after you fell before Kim and the
7    others came over there?
8        A.    It was not long at all.  Like I
9    wouldn't even say like a full minute.
10        Q.    So it was like right after?
11        A.    (Witness nods head.)
12        Q.    Did they hear you crying?  Is
13   that why they walked over there, if you
14   know?
15        A.    They had already walked over --
16   like they had already started walking
17   towards me before I started crying because
18   I wasn't -- I didn't start crying at first.
19   Like they started walking over towards me.
20        Q.    And what did they say to you?
21        A.    They were like are you okay.
22   Like what's wrong with -- is anything
23   hurting.  Like and they were like asking me

Page 46

1    what happened.
2        Q.    When they said are you okay, is
3    anything hurting, what did you say?
4        A.    Like I was just crying.  I was
5    pointing to my ankle.  I couldn't really
6    talk.
7        Q.    And do you remember sort of what
8    happened after that?
9        A.    We were sitting there, and like
10   she was like -- they were like trying to
11   figure out what was wrong.  And like they
12   were trying -- it was the three adults, and
13   the kids all went and sat where the parents
14   were sitting.  And they were like trying to
15   like help me and like see if I could like
16   go sit down over there so they could talk
17   to me and calm me down and everything so I
18   wasn't just laying in the floor.  And it
19   was like 20 minutes before the worker came
20   in and was like asking like is everything
21   okay, like what happened.
22        Q.    Do you know how the worker person
23   found out about it?

Page 47

1        A.    Jennifer walked in and like asked
2    for some ice to see -- to help the swelling
3    and see if that would help it.
4        Q.    Okay.  So that was the first time
5    any worker person had come in there --
6        A.    Had even come in the room.
7        Q.    -- and talked to --
8        A.    Yes, sir.
9        Q.    Was 20 minutes later after
10   Jennifer went to ask for some ice?
11        A.    Yes, sir.
12        Q.    Did Callie or any of the other
13   girls ever go say anything to anybody that
14   worked there about what happened?
15        A.    I'm not real for sure like --
16   like I said, I was laying in the floor, and
17   like I couldn't even really talk.  I was
18   just asking for my dad.  I just know
19   Jennifer walked away and said she was going
20   to get some ice.  Like I could hear them
21   talking, but like all the kids were like
22   back behind like -- I thought they were all
23   sitting down.  That's where they told them

Page 48

1    to -- where Misty told them to go.
2        Q.    Do you remember what the worker
3    said when they came over, or do you
4    remember talking to any of the workers?
5        A.    No, sir.  They didn't really talk
6    to me.  They more talked to like the
7    adults.
8        Q.    Do you remember was it a male or
9    a female -- the worker that eventually came
10   in?
11        A.    I'm not real for sure.
12        Q.    If you remember.
13        A.    Like I said, they didn't really
14   talk to me.
15        Q.    So you don't remember having any
16   conversation with any of the worker
17   people --
18        A.    No, sir.
19        Q.    -- after this happened?  Do you
20   know who called the ambulance or if an
21   ambulance was called?
22        A.    I -- I don't remember.  Like I
23   was just kind of like sitting there.  I

                              12  (Pages 45 to 48)

EXHIBIT 2 - 000012

Kinsley Kornegay                                            12/16/2022

Page 49

1    wasn't real -- I don't know.
2        Q.   Do you remember ever talking to
3    your dad on the phone?
4        A.   I remember like hearing his voice
5    and him asking me like what was wrong and
6    like to explain what was happening. Like
7    he was like explain -- like Kinsley talk to
8    me. And then -- but I couldn't talk. And
9    so then Kim and like them were telling him
10   what happened and what was going on. And
11   he was going to meet us like at the
12   hospital.
13       Q.   And is that when y'all left?
14       A.   We sat like -- they were -- I
15   don't know. I don't really have like a
16   time in my head.
17       Q.   Sure. No, I understand.
18       A.   And but we had sat there -- it
19   had been like at least 30 minutes, I think
20   before anything was like ever said like on
21   like asking if we wanted to call an
22   ambulance like because they were talking to
23   Jennifer who was sitting right there behind

Page 50

1    me.
2        Q.   Uh-huh.
3        A.   Like I was kind of like laying
4    down, and she was like right there like
5    behind my head.
6        Q.   Did -- how did you get to the
7    emergency room?
8        A.   Kim drove me there.
9        Q.   Okay. And you think that was
10   about -- and I understand you might not be
11   100 percent sure, but you think that was
12   about 30 minutes or so after you fell?
13       A.   After I had fallen, yes, sir.
14       Q.   When you got to the emergency
15   room, was your dad already there?
16       A.   Yes, sir.
17       Q.   Do you know had he come from
18   y'all's house in West Blocton?
19       A.   He was at work, I think.
20       Q.   At work?
21       A.   I'm not real for sure, but I
22   think that's where he was at.
23       Q.   So he was waiting on you, and

Page 51

1    then y'all got back to see a doctor?
2        A.   When we got there, we pulled in
3    like the little emergency area where it's
4    right by the door, and they had a
5    wheelchair waiting like right there for me
6    because he had like told them like -- like
7    what had happened. And so they got a
8    wheelchair, and they like picked me up and
9    put me in the wheelchair and like took me
10   back.
11       Q.   Do you remember about how long
12   you were at the hospital for?
13       A.   Not really, no, sir.
14       Q.   Did you spend the night there?
15       A.   No, sir.
16       Q.   Do you remember whether it was
17   still light outside when you left?
18       A.   It was not.
19       Q.   It was not. And do you remember
20   sort of what they did in the hospital? I
21   guess they took x-rays?
22       A.   Yes, sir. They gave me some pain
23   medicine, and then they took x-rays of my

Page 52

1    hands and my like legs. And they were like
2    asking if they could see the video of
3    my fall to see if like -- if we had a video
4    of it to see if they needed to check on
5    anything for my back like depending on like
6    the way I fell and especially how high I
7    fell. And we like -- then we started like
8    -- dad started contacting the place like
9    asking for the video. And then I don't
10   know much about that situation.
11       Q.   Uh-huh.
12       A.   But they like -- they took
13   x-rays, and they like examined like my
14   hands and everything. And then they came
15   back a few minutes later and were like --
16   they said that good news was nothing was --
17   like my hands -- like none of my fingers
18   are broken or my wrists or anything. Like
19   my hands are fine. But then they were like
20   but you do have two broken ankles.
21       Q.   Did you ever get ice or anything
22   while you were still at the gym?
23       A.   I did have ice. It was like -- I

13  (Pages 49 to 52)

EXHIBIT 2 - 000013

Kinsley Kornegay                                    12/16/2022

Page 53

1    had like I think it was like little blue
2    towels that they had so the ice wouldn't be
3    directly on my --
4        Q.   Okay.  So you did get ice for
5    your ankles I guess while y'all were
6    waiting or --
7        A.   Yeah.
8        Q.   -- trying to figure out what to
9    do next?
10       A.   Yes, sir.
11       Q.   Do you remember whether any of
12   the adults there -- I know you had
13   mentioned Jennifer was standing sort of
14   behind you.  Do you remember what she was
15   talking about with the gym workers?
16       A.   No, sir.
17       Q.   At all?
18       A.   Not really.  I think I was more
19   focused on the pain I was in.
20       Q.   Do you remember if any of the
21   moms said that they saw what happened?
22       A.   I don't really remember.
23       Q.   Have you talked to your friends

Page 54

1    -- I would assume you have -- your friends
2    and the moms given how close y'all are
3    since this happened, have y'all talked
4    about it?
5        A.   They've like -- we've tried to
6    talk about it a couple times, but every
7    time I get upset and so we just don't
8    really talk about it really.
9        Q.   Have y'all talked about the
10   lawsuit or anything like that?
11       A.   No, sir.
12       Q.   Have you talked about that with
13   any of your friends?
14       A.   No, sir.
15       Q.   I know you mentioned before that
16   you do all the social media and stuff.
17   Have you put anything on any of your social
18   media about the injury or the lawsuit?
19       A.   I made a joke like about like --
20   it was like a little tree and saying about
21   like -- I don't know like how to explain
22   it, but it mentioned like me breaking my
23   ankles.  But I -- nothing about the

Page 55

1    lawsuit.  I haven't said nothing about that
2    on social media.
3        Q.   What do you mean the thing about
4    --
5        A.   Like it mentioned me breaking my
6    ankles.  Like the TikTok did.
7        Q.   Oh, so you did a TikTok that --
8        A.   But I -- it wasn't like I was
9    standing up.  I was sitting down holding my
10   phone.
11       Q.   Did -- I don't know that much
12   about how TikTok works.  I know they are
13   short little videos.  Did you -- were you
14   talking about breaking your ankles, is that
15   what you mean?
16       A.   Not necessarily like talking
17   about it.  I don't -- I'm trying to think
18   of like how to explain it.
19           MR. WHITTEN:  How to explain it
20   to us old people?
21           MR. HAZELTON:  Right.
22       A.   It was kind of like -- it was
23   like a joke.  Like people like post about

Page 56

1    how much money their parents have spent on
2    them and like over like doing dance and
3    like softball and stuff like that, and I
4    made -- mine was like when I broke both my
5    ankles and now two years later I'm having
6    to go back and have surgery.  It was kind
7    of like a joke.  The sound was like
8    mentioning money about and parents and
9    stuff like that.  Like about making money
10   off like -- doctor making money -- I don't
11   know.  I would have to like show you.  I'm
12   not good at explaining things.
13       Q.   So there was a song playing?
14       A.   Yes, sir.
15       Q.   That's what I'm getting.  Okay.
16   What song was it?
17       A.   I don't know.  I made this like
18   at the beginning of this year.  I'm pretty
19   sure it was like January.
20       Q.   Uh-huh.
21       A.   And I don't really remember like
22   the sound of it.
23       Q.   But it was talking about making

14  (Pages 53 to 56)

EXHIBIT 2 - 000014

Kinsley Kornegay                                          12/16/2022

Page 57

1   money?
2       A.   It was talking about like the
3   doctor making money like off my surgery
4   like as a joke.  Does that make sense?
5       Q.   I get what you're saying.  So
6   you're saying that you posted something on
7   TikTok talking about your injury with a
8   background of a song, and the song was
9   about making money?  And you're trying to
10  explain that to me?  That's what it sounds
11  like.
12      A.   Yes, sir.
13      Q.   And from what you're saying, it
14  was about -- you were making a joke about
15  the doctor making money?
16      A.   Yes, sir.
17      Q.   Not necessarily you making money?
18      A.   Not me making money.  It was
19  about like the doctor -- like us having to
20  pay for like surgeries and like casts and
21  stuff like that like two years after me
22  breaking them.
23      Q.   Okay.  Anything else?

Page 58

1       A.   No, sir.
2       Q.   In terms of if you've ever posted
3   anything about whether your injuries or
4   this lawsuit on any social media?
5       A.   No, sir.
6       Q.   If you know.  If you can
7   remember.
8       A.   I mean, like pictures might have
9   got posted of it and stuff like that like
10  from other people.  But from my -- like
11  from what I remember, I don't think I've
12  ever really posted anything about it.
13      Q.   Have you talked to any of your
14  friends about the lawsuit or anything like
15  that?
16      A.   No, sir.
17      Q.   Any other adults outside of your
18  parents and your lawyer?
19      A.   No, sir.  I've mainly just talked
20  to my dad about it.
21      Q.   Is there anything, Kinsley, that
22  anyone at High Point could have told you in
23  that orientation where they showed you how

Page 59

1   to clip in and clip out that you think
2   would have helped you to not have this
3   happen?
4           MR. WHITTEN:  Object to the form.
5       Q.   It's okay.  You can answer.
6       A.   Like maybe go more into detail
7   and spend more time explaining.  Is that
8   what you're trying to ask me?
9       Q.   Yeah.  I'm just trying to say
10  what could they have told you that they
11  didn't tell you that would have made you
12  know to -- that you were supposed to clip
13  in when you climb the wall?
14          MR. WHITTEN:  Object to the form.
15      A.   Like I feel like they should
16  spend more time like making sure that --
17  like going into depth like clipping and not
18  just clipping and then saying like you got
19  to clip this and then he unclipped it off
20  his thing that he had in his hand and
21  clipped it back to the little like
22  triangular thing.  I feel like they should
23  go more into depth about it and like

Page 60

1   example and let you try it before he just
2   walks away and lets you do it on your own.
3       Q.   Up until that very last climb,
4   did you have any problems doing it?
5       A.   I mean, like sometimes when I
6   would clip it, it would like get like hung,
7   and it wouldn't like stay clipped and I
8   would have to like open it up more and like
9   re-clip it a couple times.  But other than
10  that, no, sir.
11      Q.   Did you have trouble on that last
12  climb clipping it in because earlier you
13  told me you just kind of forgot and that's
14  when you started climbing; is that right?
15      A.   I think I got like distracted by
16  like everything going on and like pressing
17  the buttons and racing up the wall.
18      Q.   Okay.  Were you racing up the
19  wall when this happened?
20      A.   Yes, sir.
21      Q.   Who were you racing?
22      A.   There was like a little thing
23  like the lava.  Like you race the lava.

15  (Pages 57 to 60)

EXHIBIT 2 - 000015

Kinsley Kornegay                                          12/16/2022

Page 61

1    Q.   So you race the lava to get --
2    but what starts the lava?
3    A.   You press a button.
4    Q.   Okay.  And do you press the
5    button before you clip in or after you clip
6    in?
7        MR. WHITTEN:  Object to the form.
8    A.   You're supposed to click it when
9    you start climbing up the wall.
10   Q.   So after you clip in was when you
11   would press the button?
12       MR. WHITTEN:  Object to the form.
13   A.   Yes, sir.
14   Q.   And so you think that if they
15   would have explained the clipping in
16   process a little bit better to you that
17   that would have avoided what happened?
18       MR. WHITTEN:  Object to the form.
19   A.   I feel like if it's going to be
20   targeted towards like such young age
21   people, there shouldn't be distractions
22   like that could even like even slightly
23   distract you from being able to like have

Page 62

1    your all focus on clipping in and making
2    sure you're safe.
3    Q.   Do you have any -- an idea at all
4    of how many times you had climbed up and
5    down the walls that day before that
6    happened?
7    A.   No, sir, not really.
8    Q.   But you had mentioned it was the
9    last climb of the day.  That's what -- was
10   it Ms. Kim or Ms. Jennifer that said --
11   A.   It was Ms. Misty.
12   Q.   Misty, okay -- said one more
13   climb.  Do you know whether any of the
14   other times that -- did you climb up the
15   wall without clipping in and then just
16   climb back down it?
17   A.   I know I climbed back down one of
18   them, but I thought I was clipped in.
19   Q.   Uh-huh.
20   A.   But I didn't like repel off of
21   it.
22   Q.   But either way, I guess -- but at
23   any time -- because you told me earlier you

Page 63

1    knew you were supposed to clip in.
2    Clipping in -- otherwise, it could be
3    dangerous.  At any time, did you ever think
4    it was okay to climb the wall without
5    clipping in first?
6    A.   No, sir.
7    Q.   Okay.  Nobody ever told you that?
8    A.   Can you like --
9    Q.   Yeah.  Sure.  Nobody ever said
10   it's fine, you don't have to clip in, just
11   climb up the wall and you can get yourself
12   back down?  Nobody ever said anything like
13   that?
14   A.   No, sir.
15   Q.   Do you know if any of your
16   friends that day ever climbed the walls
17   without clipping in?
18   A.   I don't know.  I don't think so.
19   Q.   Well, after you left the
20   emergency room that day, I know you
21   mentioned they gave you some pain medicine.
22   They did x-rays and all that.  They found
23   out you had broken ankles.  I assume you

Page 64

1    followed up with a doctor after that?
2    A.   Yes, sir.
3    Q.   And it's my understanding that
4    they were in a cast, and then you had to do
5    physical therapy, was it, after that?
6    A.   I was in a cast -- two casts in a
7    wheelchair, and then I was in boots and
8    crutches.  And then I was in just boots,
9    like walking just in boots.  And then I was
10   walking in ankle braces.  And then I
11   started wearing my ankle braces to physical
12   therapy and then slowly started doing some
13   activities without the ankle braces in
14   physical therapy.
15   Q.   And had the doctors thought at
16   least at that time that they would heal
17   okay, and that the physical therapy would
18   strengthen the tendons and the joints
19   around your ankle; is that right?
20       MR. WHITTEN:  Object to the form.
21   A.   I don't really know like the
22   doctors' thinking, but I just went -- like
23   we just went with what we were told to do

16  (Pages 61 to 64)

Kinsley Kornegay                                          12/16/2022

Page 65

1   and like their plan for healing.
2       Q.   And what was their plan, at least
3   initially, physical therapy?
4       A.   Physical therapy and slowly ease
5   back in and make sure I'm wearing ankle
6   braces when I'm doing anything like any
7   sports or running activities.
8       Q.   And after you finished with the
9   physical therapy and you started kind of
10  slowly easing back in, were you able to do
11  some of those things?
12      A.   Not really, not when I first
13  started.  I -- it took me a while to get
14  back into everything and like be able to do
15  stuff.
16      Q.   And at what point did they decide
17  or you decide that just the physical
18  therapy and the strengthening and easing
19  back in wasn't kind of going to be enough
20  for you?
21      A.   I kept like -- I would -- once I
22  got back into it, I would like play, and I
23  would have to come home every night and

Page 66

1   like ice my ankles, and they would be
2   swollen humongous.  And I was always in
3   pain even just walking around for a while.
4   And I kept going back and he -- they said I
5   had edemas in both my ankles.  And I got
6   put back in boots like a few different
7   times.  And then he -- I went back like the
8   last time before I went to see Dr. Krauss,
9   and he -- before -- like the guy before Dr.
10  Krauss, he said -- I don't know like --
11  like he said he can't find anything wrong.
12  Like he was going to send me to a
13  specialist.  And that's when he found that
14  I needed surgery.
15      Q.   And we talked a little bit about
16  it earlier.  You had the first one in
17  January, and then the second one was -- was
18  it this past summer?
19      A.   It was May.
20      Q.   Well, how are you doing today?
21      A.   I still have a little like --
22  like if I do a lot of running and like
23  exercise, they'll like swell up some.  But

Page 67

1   I figured like, you know, that's to be
2   expected after every like surgery and every
3   like -- after they broke and everything.
4   But I always wear my ankle braces, and I
5   come home and ice them every night and make
6   sure they are elevated.
7       Q.   Did you do softball tryouts this
8   past fall?
9       A.   We did softball tryouts like last
10  month for like this year's softball.
11      Q.   Right.  So but did you do it?
12      A.   Yes, sir.
13      Q.   All right.  And did you make the
14  team?
15      A.   Yes, sir.
16      Q.   So you're planning on playing
17  softball in the spring?
18      A.   Yes, sir, as long as like when
19  we're practicing I can -- like they are not
20  bothering me, and they don't hurt me.
21      Q.   Did you have any problems during
22  tryouts with them?
23      A.   A little but like not really.

Page 68

1       Q.   Okay.  Well, good.  Let me take
2   just a few minutes to look over a couple
3   things, and I think I'll be close to being
4   done.
5       (Whereupon, a break was taken.)
6
7       Q.   Kinsley, we just took a quick
8   break.  You realize you're still under oath
9   though, right?
10      A.   Yes, sir.
11      Q.   Just -- and I'm pretty much done,
12  but I want to make sure I mark this as an
13  Exhibit.
14      (Whereupon, Defendant's Exhibit No. 1 was
15   marked for identification and the same is
16   attached hereto.)
17
18      Q.   Does this look like the yellow
19  triangle thing -- I'm showing you
20  Defendant's Exhibit Number 1 -- that we
21  were talking about earlier at the gym?
22      A.   Yes, sir.
23      Q.   So that's what's at the bottom of

                                17  (Pages 65 to 68)

Kinsley Kornegay                                    12/16/2022

Page 69

1    the wall where the auto-belay rope is
2    attached to; is that right?
3            MR. WHITTEN:  Object to the form.
4        A.    Yes, sir.
5        Q.    Is that right?
6        A.    Yes, sir.
7        Q.    Okay.  And it looks like in that
8    picture there is a clip -- a red clip at
9    the top of the triangle.  Is that what that
10   is?
11       A.    I can't really tell.  It's kind
12   of blurry.
13       Q.    Okay.  Well, if you would -- so
14   tell me what y'all were -- how y'all were
15   told to clip in before you climbed on the
16   wall.
17       A.    We were supposed to take it, and
18   he said just like kind of push down with
19   your thumb and then take it off of that and
20   then clip it onto your thing -- like around
21   your waist.
22       Q.    The harness that you were
23   wearing?

Page 70

1        A.    Yes, sir.
2        Q.    And that's what attaches the rope
3    to allow you to kind of slowly and safely
4    go down the wall when you get to the top;
5    is that right?
6        A.    Yes, sir.
7        Q.    Was there anything that you
8    didn't understand about that at the time?
9        A.    No, sir.
10       Q.    Well, Kinsley, I think that's all
11   I have.  I really appreciate it.  And your
12   lawyer might have some questions.  I don't
13   know, but I'm done.
14
15            EXAMINATION
16       BY MR. WHITTEN:
17       Q.    Yeah, I do have a couple
18   follow-up questions for you, Kinsley.  You
19   mentioned that you play softball, and you
20   have played softball for a long time.  Can
21   you explain kind of the history of what
22   happened with your softball career after
23   you broke your ankles?

Page 71

1        A.    Before I broke them, I was
2    invited to a USA softball tournament, which
3    was kind of like a once in a lifetime
4    thing, like kind of very important to me.
5    And we were hoping I would be like back
6    before and able to play and released before
7    it came up.  And luckily, I got released to
8    be able to play just like, you know, ease
9    into it.  But I couldn't even play.  I was
10   warming up.  And we were just jogging like
11   a foul pole, and I couldn't even like play
12   in the game.  And so I missed that
13   opportunity.  And there were like college
14   scouts there like looking and like
15   examining us, and I missed out on that.
16   Over the past like couple of years, I
17   haven't even been able to play a full
18   season due to them hurting.  Like I can't
19   even finish out a game.  I just haven't got
20   to -- I'm not as good as I used to be
21   because I haven't been able to put in the
22   work that I need to put in without being in
23   pain and so --

Page 72

1        Q.    Can you describe exactly what
2    happened when you -- what was happening
3    during that time period before you had the
4    surgeries done as far as, you know, what
5    your ankles would feel or look like when
6    you were trying to do sports?
7        A.    They would be like really swollen
8    like humongous, and they would discolorate,
9    and they would turn like red and purple.  I
10   couldn't even stand in the shower long.
11   And they would just be in a lot of pain.  I
12   couldn't walk long distances without them
13   hurting even at school.  They would like --
14   it would like send like pains like down
15   into my foot and up my leg like walking.
16   And it was just like -- it like really bad
17   pain like all the time.
18       Q.    You mentioned you had done some
19   cheerleading prior to breaking your ankles.
20   Did you quit cheerleading because of your
21   ankle injuries?
22       A.    Yes, sir.  I quit because I
23   wasn't able to do everything like I used to

18  (Pages 69 to 72)

EXHIBIT 2 - 000018

Kinsley Kornegay                                    12/16/2022

Page 73

1  be able to, and I couldn't tumble anymore.
2  And putting the extra weight on my ankles
3  being a base with them already hurting just
4  didn't seem like a good idea. And I didn't
5  want to risk hurting my flyer with my
6  ankles being unstable. And so I decided I
7  would, you know, help myself and make sure
8  everyone on the team was safe just by go
9  ahead and quitting cheer.
10      Q.    Were you going to play basketball
11  at any point in school?
12      A.    I tried out for basketball last
13  year and made the -- but basketball
14  requires a lot of running back and forth
15  down the court, and my ankles couldn't take
16  that running. And so trying out new things
17  and doing new sports and trying to be
18  active in life and like make -- and do
19  things just didn't work for me. I couldn't
20  run. I couldn't do anything without them
21  being swollen and huge and being in so much
22  pain even walking afterwards or even
23  during.

Page 74

1      Q.    Have you talked to any of your
2  doctors about kind of the mental aspects of
3  missing all the sports and activities with
4  your friends?
5      A.    I got diagnosed with depression
6  by my doctor and -- because I've missed out
7  on so much. And I used to be very
8  independent and do everything on my own,
9  but after the fact being in a wheelchair
10  and then being on crutches multiple times
11  after the fact, it put me in a really low
12  place because I felt like I couldn't do
13  anything for myself. And I had to depend
14  on everybody, and I didn't like that.
15      Q.    Before you fell and broke your
16  ankles, did you ever have any fear of
17  heights?
18      A.    I was never really scared of
19  heights. I would always like go and do
20  things with my dad like when we went out
21  places. But afterwards ever since I've
22  fallen, I've been scared to do things and
23  go out. Even like ziplining I won't

Page 75

1  zipline anymore. Like on balconies I stay
2  away from them because I'm scared of
3  falling off of them. I just -- it's really
4  changed me as a person like what I want to
5  do and like how I spend my free time now.
6      Q.    You had mentioned you have your
7  16th birthday coming up. What is something
8  about your 16th birthday -- we discussed
9  this off record earlier -- but what is it
10  that you realized about this birthday as
11  opposed to the last couple?
12      A.    This will be my first birthday in
13  the past three years that I haven't been in
14  double boots or a cast and actually be able
15  to do something for my birthday in the past
16  three years.
17      Q.    Kinsley, I think that's all of
18  the questions I have for you. Thank you.
19
20
21          EXAMINATION
22  BY MR. HAZELTON:
23      Q.    Kinsley, you mentioned that you

Page 76

1  were a cheerleader and that you were a
2  base, and that it would be dangerous to
3  have you as a base because your flyers
4  could get hurt. Is that -- were you a base
5  with your cheer group like starting at what
6  age?
7      A.    Back into like sixth grade I was
8  always a base. And I tried out for cheer
9  my sixth-grade year and made it for like
10  the upcoming year during 7th grade. And
11  during the summer, I practiced. And I was
12  the main -- I was a main base, so
13  technically like when we would do lifts and
14  everything, the most weight would be on me.
15  And so after I broke my ankles, the rest of
16  that season -- that 7th grade year I didn't
17  base. I didn't -- I didn't do any stunts.
18  I tried out for cheer again my -- like in
19  7th grade for my 8th grade season, and they
20  put me as a base again, but I decided that
21  that didn't really work good because I
22  didn't have good balance and holding
23  another person up while I'm like supposed

19 (Pages 73 to 76)

EXHIBIT 2 - 000019

Kinsley Kornegay                                    12/16/2022

Page 77

1    to be their stability and stabilizing them,
2    and when I could barely stabilize myself
3    just wasn't a good idea.  And I didn't want
4    to put my teammates in danger or risk
5    hurting them.
6        Q.   Is that something you understood
7    even when you tried out in sixth grade?
8        A.   When I tried out in sixth grade,
9    I had good balance.  I was -- I had really
10   good upper body strength.  And I mean, I
11   realized it would be on me to make sure my
12   flyer stayed in the air and didn't get
13   dropped, and I was really good at that.
14   But like I -- we rarely let our flyer drop.
15       Q.   Would it be fair to say that you
16   understood how dangerous it would be to not
17   be able to be a solid base for those
18   flyers?
19       A.   Yes, sir.
20       Q.   Even when you tried out?
21       A.   When I tried out, I had only been
22   playing softball.  I didn't -- like I had
23   been practicing cheer, but I didn't

Page 78

1    practice stunts.  I didn't realize that my
2    balance was so bad that I could barely like
3    -- I couldn't stand and hold somebody up.
4        Q.   I'm talking about before when you
5    tried out in sixth grade?
6        A.   In sixth grade?  Can you like --
7        Q.   Yeah.  Sure.  So going back to
8    sixth grade as a base in these stunts that
9    cheer teams do, you realized even then how
10   important it was to be safe because that
11   can be dangerous; is that fair?
12       A.   Yes, sir.
13       Q.   And then growing up doing sports,
14   doing -- there is all kinds of things that
15   you can get hurt.  And you tried to be safe
16   any time you do physical activities doing
17   those sports; is that correct?
18       A.   Yes, sir.
19       Q.   And especially something like
20   cheer where girls get thrown way up in the
21   air, and they can fall, and they can hurt
22   themselves?
23       A.   Yes, sir.

Page 79

1        Q.   Correct?  And that's something
2    that you knew even back then in sixth
3    grade?
4        A.   Yes, sir, correct.
5        Q.   You appreciated how dangerous
6    that was?
7        A.   Yes, sir.
8        Q.   And same with going to the
9    climbing gym, you knew that that was
10   dangerous, correct?
11            MR. WHITTEN:  Object to the form.
12       A.   Correct.
13       Q.   And you appreciated how important
14   it was to be safe at the time?
15            MR. WHITTEN:  Object to the form.
16       A.   Yes, sir.
17       Q.   Okay.  That's all I have.  Thank.
18
19            EXAMINATION
20   BY MR. WHITTEN:
21       Q.   I did think of one more thing so
22   real quick.  Looking at Defendant's Exhibit
23   Number 1, that's this picture that the

Page 80

1    defense lawyer gave you a minute ago.  Do
2    you remember looking at this?
3        A.   Yes, sir.
4        Q.   I think you had testified earlier
5    that you were on a -- what you called a
6    lava wall.  Do you remember that?
7        A.   Yes, sir.
8        Q.   Okay.  Does this picture -- does
9    it look like the lava wall that you were
10   climbing when you fell?
11       A.   No, sir.
12       Q.   Okay.  So this is not -- this
13   does not appear to be the gate or the wall
14   that was involved in the fall; is that
15   right?
16       A.   Yes, sir.
17       Q.   Okay.  All right.  That's all
18   I've got.
19
20            EXAMINATION
21   BY MR. HAZELTON:
22       Q.   And no one ever represented this
23   was the exact particular gate.  My only

20  (Pages 77 to 80)

Kinsley Kornegay                                    12/16/2022

                        Page 81

1    question was the triangle that particular
2    gate is there anything that was different
3    about the one -- other than the wall?  I
4    understand that's a different wall.  But is
5    there anything that's different about the
6    triangle in that photo?
7        A.    It's kind of hard to remember.
8    But from what I remember, not really.
9        Q.    Okay.  Thank you, Kinsley.
10
11            (AND FURTHER DEPONENT SAITH NOT.)
12            (Deposition concluded 11:29 a.m.)
13
14
15
16
17
18
19
20
21
22
23

                        Page 82

1            C E R T I F I C A T E
2    State of Alabama
3    St. Clair County
4        I hereby certify that the above and
5    foregoing proceedings were taken down by
6    me in stenotype and the questions and
7    answers thereto were reduced to computer
8    print under my supervision, and that the
9    foregoing represents a true and correct
10   transcript of the testimony given by said
11   witness upon said proceedings.
12       I further certify that I am neither of
13   counsel nor of kin to the parties to the
14   action, nor am I anywise interested in the
15   result of said cause.
16
17       Certified January 2, 2023.
18            /s/Kimberly Duckett Isbell
19            KIMBERLY DUCKETT ISBELL, CCR
20            CCR#142, Expires 9/30/23
21            Commissioner for the State
22            Of Alabama at Large
23            My Commission Expires 6/8/24

                    21  (Pages 81 to 82)

EXHIBIT 2 - 000021

**A**

**a.m** 1:19 2:11
81:12
**Abby** 21:2,23
22:22 26:11
**Abby's** 26:14
**ability** 37:5
**able** 15:12 17:6
17:21 42:22
61:23 65:10,14
71:6,8,17,21
72:23 73:1
75:14 77:17
**action** 1:4 82:14
**active** 73:18
**activities** 20:5,8
36:20 37:2
64:13 65:7
74:3 78:16
**administrative**
26:4
**adults** 21:17
29:5,8 31:2,8
46:12 48:7
53:12 58:17
**advised** 3:12
**afternoon** 23:19
**age** 22:8 35:19
61:20 76:6
**ago** 25:17 80:1
**agree** 37:12
38:19
**AGREED** 2:2
2:13,20
**ahead** 11:22
15:22 44:1
73:9
**air** 14:1 77:12
78:21
**Alabama** 1:2 2:9
3:6 4:7,16 82:2
82:22
**allow** 70:3
**allowed** 24:20
**ambulance**

48:20,21 49:22
**amended** 3:7
**ankle** 15:4,20
46:5 64:10,11
64:13,19 65:5
67:4 72:21
**ankles** 14:20
17:5 52:20
53:5 54:23
55:6,14 56:5
63:23 66:1,5
70:23 72:5,19
73:2,6,15
74:16 76:15
**answer** 7:10 8:1
8:9,18,19
20:20 59:5
**answers** 82:7
**anybody** 25:13
28:22 31:13
39:11 47:13
**anymore** 16:20
73:1 75:1
**anyway** 33:22
**anywise** 82:14
**appear** 80:13
**appreciate**
38:18 70:11
**appreciated**
79:5,13
**approximately**
2:10
**apps** 19:10
**area** 10:23 40:9
40:22 51:3
**arthroscopic**
14:20
**asked** 7:10 23:4
28:5 29:16
32:16 42:19,19
47:1
**asking** 8:7 44:11
44:12 45:3,23
46:20 47:18
49:5,21 52:2,9
**aspects** 74:2

**assign** 3:1
**assume** 8:10
25:6 36:4 54:1
63:23
**assumed** 34:8
**attached** 68:16
69:2
**attaches** 70:2
**Austin** 4:4 6:17
6:22 11:18
**auto-belay** 69:1
**avoided** 61:17

**B**

**B** 4:4
**back** 13:19
15:23 19:2
23:2 24:12
26:1 29:10,18
30:9 32:10
39:16,18 40:6
40:13 44:23
47:22 51:1,10
52:5,15 56:6
59:21 62:16,17
63:12 65:5,10
65:14,19,22
66:4,6,7 71:5
73:14 76:7
78:7 79:2
**background**
57:8
**bad** 15:20 72:16
78:2
**Bailey** 18:21
**balance** 76:22
77:9 78:2
**balconies** 75:1
**ball** 16:8,11,11
32:16 42:19,19
47:1
**barely** 77:2 78:2
**base** 73:3 76:2,3
76:4,8,12,17
76:20 77:17
78:8
**basically** 24:19
25:23 27:19

31:21 32:1
**basis** 18:18
**basketball** 20:9
73:10,12,13
**beginning** 56:18
**belay** 42:11
**believe** 35:23
**Bella** 21:2 22:19
**best** 7:21 18:20
42:8
**better** 61:16
**big** 19:19 39:12
44:6
**bigger** 24:15
29:10 30:14
32:7 39:10,12
**Birmingham**
1:12 2:9 4:7,16
**birthday** 10:10
75:7,8,10,12
75:15
**bit** 8:14 9:3
11:10,19 13:13
14:19 15:17
20:18 61:16
66:15
**Blocton** 9:12
10:5 22:10
50:18
**blue** 53:1
**blurry** 69:12
**BMW** 13:10
**body** 77:10
**bond** 9:16
**boots** 64:7,8,9
66:6 75:14
**bothering** 67:20
**bottom** 33:5
68:23
**braces** 64:10,11
64:13 65:6
67:4
**brave** 38:17
**break** 7:7,11
12:7,10,17,20
39:1 43:10,12

43:15,18 68:5
68:8
**breaking** 54:22
55:5,14 57:22
72:19
**broke** 56:4 67:3
70:23 71:1
74:15 76:15
**broken** 52:18,20
63:23
**brother** 9:19
13:21
**brothers** 9:17
**build** 15:17
**bunch** 34:10,12
**Burned** 38:9
**Burt's** 23:8
**button** 61:3,5,11
**buttons** 60:17

**C**

**C** 4:1 82:1,1
**call** 26:3 43:6
45:3 49:21
**called** 28:4
48:20,21 80:5
**Callie** 19:4 21:2
21:21 22:8,15
39:13,14 43:1
47:12
**Callie's** 21:6
**calm** 46:17
**car** 13:6,7,7,17
13:17,20,23
24:22 25:1
27:21
**care** 26:5 35:14
**career** 70:22
**cars** 24:23
**case** 6:15
**cast** 10:19,20
64:4,6 75:14
**casts** 57:20 64:6
**catch** 27:6 33:15
**cause** 82:15
**CCR** 1:21 82:19

**CCR#142** 82:20
**Certified** 2:6
  82:17
**certify** 82:4,12
**changed** 75:4
**check** 40:11
  52:4
**cheer** 9:6,6
  14:10 73:9
  76:5,8,18
  77:23 78:9,20
**cheerleader**
  36:9,11 76:1
**cheerleading**
  72:19,20
**child** 36:6
**chitchatting**
  16:22
**Christian** 4:14
**Christmas** 17:1
**Civil** 1:4 3:6
**Clair** 82:3
**click** 61:8
**climb** 24:20
  31:15 32:11
  33:13 34:20
  35:2 39:11
  59:13 60:3,12
  62:9,13,14,16
  63:4,11
**climbed** 34:9
  37:13 39:14
  62:4,17 63:16
  69:15
**climbing** 1:13
  6:14 19:1
  20:22 30:23
  31:1 34:3 35:9
  39:5,10 40:23
  41:4,13 60:14
  61:9 79:9
  80:10
**clip** 24:10,17
  25:22 29:19
  30:1,6,8 32:2
  32:17 33:2,9

33:17 35:1,1
37:13 59:1,1
59:12,19 60:6
61:5,5,10 63:1
63:10 69:8,8
69:15,20
**clipped** 24:12
  30:8,9,15,17
  30:17 31:23
  33:10 34:9
  37:21 38:5,20
  59:21 60:7
  62:18
**clipping** 29:18
  32:21 59:17,18
  60:12 61:15
  62:1,15 63:2,5
  63:17
**close** 9:16,21
  18:13 26:21,22
  26:23 27:1,11
  44:17 54:2
  68:3
**closest** 18:22
  27:9
**club** 16:6
**college** 71:13
**come** 18:14,17
  40:10 44:19
  47:5,6 50:17
  65:23 67:5
**comfortable**
  12:3
**coming** 38:17
  43:2 75:7
**commencing**
  2:10
**Commission**
  82:23
**Commissioner**
  82:21
**complete** 40:17
**compliance** 2:16
**computer** 82:7
**concluded** 81:12
**conditioning**

14:2
**confident** 36:1
**constantly** 19:9
**contacting** 52:8
**conversation**
  48:16
**conversational**
  8:14
**correct** 10:14
  43:16 78:17
  79:1,4,10,12
  82:9
**counsel** 2:4,21
  2:23 82:13
**County** 82:3
**couple** 13:22
  54:6 60:9 68:2
  70:17 71:16
  75:11
**court** 1:1,20
  2:17 3:13,14
  6:5 7:14 8:15
  73:15
**cousin** 21:8
**crazy** 36:13
**crutches** 64:8
  74:10
**crying** 43:6
  44:10 45:12,17
  45:18 46:4

———————
**D**

**D** 5:1
**dad** 6:16,23 11:8
  12:4 13:16,19
  25:3 28:5 43:6
  44:11,13 45:3
  45:4 47:18
  49:3 50:15
  52:8 58:20
  74:20
**dad's** 13:20
**dance** 19:21
  56:2
**danger** 77:4
**dangerous** 35:5

35:10,12 37:6
63:3 76:2
77:16 78:11
79:5,10
**daughter** 11:16
  19:8 22:21
  27:4
**daughter's**
  36:10
**day** 20:19,22
  22:14 23:18
  62:5,9 63:16
  63:20
**deal** 44:7
**DECEMBER**
  1:18 2:9 3:10
**decide** 22:14
  65:16,17
**decided** 15:21
  23:6 73:6
  76:20
**Defendant's**
  5:18 68:14,20
  79:22
**Defendant(s)**
  1:14 4:12
**defense** 80:1
**definitely** 26:22
**delivering** 3:8
**demonstration**
  30:1 31:18,19
**depend** 74:13
**depending** 52:5
**DEPONENT**
  81:11
**deposition** 1:16
  1:22 2:4,14,15
  3:3 5:16 81:12
**depositions** 2:18
**depression** 74:5
**depth** 59:17,23
**describe** 72:1
**DESCRIPTI...**
  5:19
**detail** 59:6
**diagnosed** 74:5

**different** 22:3
  66:6 81:2,4,5
**directly** 53:3
**discolorate** 72:8
**discussed** 6:23
  75:8
**Disney** 17:1
**distances** 72:12
**distract** 61:23
**distracted** 60:15
**distractions**
  61:21
**DISTRICT** 1:1
  1:2
**doctor** 51:1
  56:10 57:3,15
  57:19 64:1
  74:6
**doctors** 64:15
  74:2
**doctors'** 64:22
**doing** 7:4 19:21
  20:13 26:9
  28:8,10 31:2
  35:3 36:3,15
  36:19 43:11
  56:2 60:4
  64:12 65:6
  66:20 73:17
  78:13,14,16
**door** 51:4
**double** 75:14
**Dr** 66:8,9
**drive** 10:21 11:9
  11:10,11 13:11
  13:21
**driver's** 13:2
**driving** 13:14,20
**drop** 77:14
**dropped** 77:13
**drove** 11:14
  13:22 14:2
  50:8
**Duckett** 82:18
  82:19
**due** 71:18

Kinsley Kornegay

12/16/2022

Page 85

duly 6:2
Dutton 2:8 4:5

**E**

E 4:1,1 5:1 82:1
  82:1
earlier 6:13
  60:12 62:23
  66:16 68:21
  75:9 80:4
ease 65:4 71:8
easier 10:23
easing 65:10,18
easy 7:22,22,23
edemas 66:5
effect 2:16
effective 3:7
either 30:23
  62:22
elevated 67:6
emergency 50:7
  50:14 51:3
  63:20
especially 52:6
  78:19
eventually 48:9
everybody
  13:18 74:14
evidence 3:4
exact 80:23
exactly 8:6 28:9
  40:16 72:1
EXAMINATI...
  5:6 6:10 70:15
  75:21 79:19
  80:20
examined 6:2
  52:13
examining
  71:15
example 60:1
excited 13:4
exercise 66:23
Exhibit 68:13,14
  68:20 79:22
exhibits 3:11

5:14,15,18
expected 67:2
Expires 82:20
  82:23
explain 31:22
  32:20 33:8
  49:6,7 54:21
  55:18,19 57:10
  70:21
explained 61:15
explaining
  56:12 59:7
extent 12:5
extra 73:2
eye 41:13

**F**

F 82:1
fact 74:9,11
fair 8:11 36:17
  37:4,14 77:15
  78:11
fall 42:4 52:3
  67:8 78:21
  80:14
fallen 50:13
  74:22
falling 75:3
familiar 21:5
far 31:7 40:15
  72:4
fast 12:16
fear 74:16
February 10:10
  15:10
feel 30:19 59:15
  59:22 61:19
  72:5
feet 39:15
fell 43:20 44:20
  44:23 45:6
  50:12 52:6,7
  74:15 80:10
felt 34:6 36:1
  44:3 74:12
female 48:9

figure 46:11
  53:8
figured 10:21
  23:6 67:1
filed 3:14
find 12:16 66:11
fine 6:7,8 7:8
  23:22 39:2
  42:21 43:1
  44:4,20 52:19
  63:10
fingers 52:17
finish 71:19
finished 65:8
first 6:2 15:3,12
  15:15 24:3,4
  30:2 32:6
  43:22 45:18
  47:4 63:5
  65:12 66:16
  75:12
five 18:17
floor 46:18
  47:16
flyer 73:5 77:12
  77:14
flyers 76:3 77:18
focus 62:1
focused 53:19
follow-up 70:18
followed 64:1
follows 6:3
foot 72:15
football 20:9
force 2:16
foregoing 82:5,9
forgot 37:13
  60:13
form 2:22 34:21
  36:21 37:8
  59:4,14 61:7
  61:12,18 64:20
  69:3 79:11,15
forth 73:14
forward 13:2
foul 71:11

found 14:14
  46:23 63:22
  66:13
four 27:5
free 9:7 34:20
  75:5
friend 18:11
friends 9:8 18:6
  18:14,20,22,23
  19:3 22:1
  27:14 36:10,12
  53:23 54:1,13
  58:14 63:16
  74:4
front 38:4 40:4
  41:9
full 2:16 16:17
  45:9 71:17
fun 23:7
further 2:12,19
  81:11 82:12

**G**

game 16:19
  71:12,19
games 20:9,9
gate 80:13,23
  81:2
gathering 18:9
gentleman
  44:16
getting 13:2,23
  56:15
girls 47:13 78:20
given 54:2 82:10
go 6:18,19 7:1
  9:14 10:4,5,22
  11:21,22 12:16
  13:15 15:22,23
  16:23 17:6,14
  17:17,18 18:6
  20:1,8 22:2,10
  22:14 23:4,5,6
  24:20 25:4
  27:2 32:10
  37:21 38:15,21

40:13 44:1
  46:16 47:13
  48:1 56:6 59:6
  59:23 70:4
  73:8 74:19,23
going 6:18,19
  7:1,1 10:13
  12:15 15:16
  17:1,11,20
  22:17 28:2,9
  31:14,21 33:8
  35:8 37:19
  38:9 39:8 44:2
  47:19 49:10,11
  59:17 60:16
  61:19 65:19
  66:4,12 73:10
  78:7 79:8
good 11:10
  13:13 19:3
  20:17 22:1,7
  35:12,21 52:16
  56:12 68:1
  71:20 73:4
  76:21,22 77:3
  77:9,10,13
grab 42:11
grabbed 38:7
grade 10:7,8
  20:15 76:7,10
  76:16,19,19
  77:7,8 78:5,6,8
  79:3
grandfather
  9:15
grandmother
  9:15
grandparent's
  20:1
grandparents
  9:13
great 11:21
  43:11
ground 42:15
grounds 3:2
group 18:11

28:17 36:10
76:5
**growing** 78:13
**guardian** 1:8
**guess** 28:13
37:20 51:21
53:5 62:22
**guy** 11:18 66:9
**gym** 19:1 28:14
52:22 53:15
68:21 79:9

**H**

**hand** 7:20 19:9
30:8 59:20
**handling** 35:21
**hands** 38:9,10
52:1,14,17,19
27:6
**hang** 18:5 22:18
27:6
**hanging** 9:7
22:23
**happen** 8:22
59:3
**happened** 19:2
20:19 34:16
42:13 46:1,8
46:21 47:14
48:19 49:10
51:7 53:21
54:3 60:19
61:17 62:6
70:22 72:2
**happening** 49:6
72:2
**happy** 8:5
**hard** 41:12 81:7
**harness** 32:23
69:22
**Hazelton** 3:9
4:13 5:7,9,11
6:8,11,14
55:21 75:22
80:21
**head** 8:20,21
12:9,11,13

19:6 26:20
38:1 45:11
49:16 50:5
**heal** 64:16
**healing** 65:1
**hear** 45:12
47:20
**hearing** 49:4
**heights** 74:17,19
**Hellums** 2:9 4:5
**help** 46:15 47:2
47:3 73:7
**helped** 59:2
**hereto** 68:16
**high** 1:12,13
6:14 10:6 14:5
14:11 16:15
22:14 52:6
58:22
**higher** 41:6,6
**history** 70:21
**hitting** 42:15
**hold** 78:3
**holding** 30:7
55:9 76:22
**home** 65:23 67:5
**hook** 33:11
**hoping** 71:5
**hospital** 49:12
51:12,20
**house** 9:8 18:7,8
18:9 19:20
20:2 22:16,17
23:9,9 50:18
**huge** 73:21
**humongous**
66:2 72:8
**hung** 60:6
**hurt** 42:23 43:4
67:20 76:4
78:15,21
**hurting** 15:20
17:12 43:21
45:23 46:3
71:18 72:13
73:3,5 77:5

**husband** 27:3

**I**

**ice** 47:2,10,20
52:21,23 53:2
53:4 66:1 67:5
**idea** 35:9 41:19
62:3 73:4 77:3
**identification**
68:15
**imagine** 38:16
**immediately**
43:20
**important** 8:16
8:18 12:3,5
36:18 71:4
78:10 79:13
**in-depth** 31:18
**independent**
74:8
**indoor** 20:22
**initially** 65:3
**injuries** 58:3
72:21
**injury** 54:18
57:7
**Instagram**
19:13
**interested** 82:14
**introduced** 6:12
**invited** 71:2
**involved** 20:6,7
80:14
**Isbell** 1:21 2:6
3:8 82:18,19

**J**

**January** 14:21
56:19 66:17
82:17
**Jennifer** 22:21
26:13,13,15,16
26:23 27:12
28:8 29:20
40:7 47:1,10
47:19 49:23

53:13 62:10
**Jeremy** 3:9 4:13
6:13 12:2,15
**jogging** 71:10
**joints** 64:18
**joke** 54:19 55:23
56:7 57:4,14
**Jon** 21:2,4,6,7
22:22

**K**

**keep** 33:7 41:12
44:2
**Kellan** 27:2
**kept** 65:21 66:4
**kid** 30:1,22
31:11,11 36:5
39:4,18 42:18
**kid's** 40:8
**kids** 19:1 21:16
22:20 23:12
24:14 28:18,19
29:1 31:9
46:13 47:21
**kids'** 31:3
**Kim** 26:12,16,23
27:1,2,6,8 28:3
28:8 31:6
34:13 40:7
44:18 45:6
49:9 50:8
62:10
**Kim's** 22:17,20
23:9 25:2 27:3
27:21
**Kimberly** 1:21
2:6 3:8 82:19
**kin** 82:13
**kind** 7:4,18 8:7
9:11 13:18
16:22 18:4,8
20:4,19 23:21
24:3,7 31:8
34:6 36:15
39:4 41:7,8,15
42:16 44:17

48:23 50:3
55:22 56:6
60:13 65:9,19
69:11,18 70:3
70:21 71:3,4
74:2 81:7
**kinds** 78:14
**Kinsley** 1:7,17
2:5 5:4 6:1,12
9:2 11:15
12:19 38:2
43:14 49:7
58:21 68:7
70:10,18 75:17
75:23 81:9
**knew** 35:11 63:1
79:2,9
**know** 6:16,22
7:8,19 8:4,14
12:2,3,6,7 14:8
17:23 19:7,9
19:19,23 20:20
23:14,15,21
24:18 25:11,17
28:1 31:20
32:17 34:2,19
34:22,23 36:6
36:9,10 38:13
38:14,16 39:21
40:15,16 41:3
42:3,6,7,10,10
45:14 46:22
47:18 48:20
49:1,15 50:17
52:10 53:12
54:15,21 55:11
55:12 56:11,17
58:6 59:12
62:13,17 63:15
63:18,20 64:21
66:10 67:1
70:13 71:8
72:4 73:7
**known** 22:6
27:17,19
**Kornegay** 1:7,9

Kinsley Kornegay                                    12/16/2022

1:17 2:5 4:21
  5:4 6:1
**Krauss** 66:8,10

**L**

**L** 2:1
**Large** 2:8 82:22
**late** 23:19
**lava** 60:23,23
  61:1,2 80:6,9
**laws** 2:17
**lawsuit** 7:2
  54:10,18 55:1
  58:4,14
**lawyer** 6:17
  58:18 70:12
  80:1
**lawyer's** 7:19
**laying** 42:17
  46:18 47:16
  50:3
**layout** 41:19
**leading** 2:23
  36:5
**leaving** 34:15
**left** 15:2 49:13
  51:17 63:19
**leg** 15:19 72:15
**legs** 52:1
**lessons** 27:2
**let's** 15:22 20:18
  43:10
**license** 13:2
**life** 27:20 73:18
**lifetime** 71:3
**lifts** 76:13
**light** 51:17
**like--** 22:18
**Lillie** 21:2,23
  22:19 27:3
**limb** 6:19
**Listen** 11:15
**little** 9:3 11:19
  12:20 14:19
  15:17 20:18
  21:12 22:4

23:2 30:7,10
  33:11,11 41:4
  41:7 51:3 53:1
  54:20 55:13
  59:21 60:22
  61:16 66:15,21
  67:23
**live** 9:10,11,13
**LLC** 1:12,13
**LLP** 4:14
**long** 7:6 16:2
  17:14 25:17
  27:17,20 34:2
  45:5,8 51:11
  67:18 70:20
  72:10,12
**look** 40:12 68:2
  68:18 72:5
  80:9
**looked** 31:11
**looking** 13:1
  41:7 71:14
  79:22 80:2
**looks** 10:9 21:1
  69:7
**lot** 9:15,22 11:9
  13:14 17:11,17
  17:18,20 19:16
  19:18 20:2
  36:12 66:22
  72:11 73:14
**loud** 8:20
**low** 74:11
**lower** 33:18
**lowered** 34:10
**luckily** 71:7
**lunch** 23:23

**M**

**ma'am** 32:18
**machine** 33:14
**main** 76:12,12
**making** 56:9,10
  56:23 57:3,9
  57:14,15,17,18
  59:16 62:1

**male** 48:8
**man** 24:9 28:13
  31:10 42:17,17
**March** 10:19
  11:5 13:1,8
**mark** 68:12
**marked** 5:15
  68:15
**Matthew** 1:9
  4:21
**mature** 35:18
**mean** 7:23 11:23
  11:23 17:10
  19:22 34:22
  35:16 36:23
  55:3,15 58:8
  60:5 77:10
**means** 8:10
**media** 19:10
  54:16,18 55:2
  58:4
**medical** 7:4
  14:18
**medicine** 51:23
  63:21
**meet** 49:11
**mental** 74:2
**mentioned** 14:9
  16:23 20:1
  36:8 53:13
  54:15,22 55:5
  62:8 63:21
  70:19 72:18
  75:6,23
**mentioning** 56:8
**messed** 14:1
  38:12
**mid-afternoon**
  23:20
**mind** 33:21
**mine** 56:4
**minor** 1:7
**minute** 45:9
  80:1
**minutes** 34:5
  46:19 47:9

49:19 50:12
  52:15 68:2
**missed** 71:12,15
  74:6
**missing** 74:3
**misty** 22:22
  26:11,16,23
  27:12 34:13
  40:2,3,7 48:1
  62:11,12
**mom** 11:8 13:16
  13:19 25:3
  26:14
**moms** 26:18,21
  28:3 29:4
  32:13 39:21
  42:4 53:21
  54:2
**money** 26:8 56:1
  56:8,9,10 57:1
  57:3,9,15,17
  57:18
**month** 10:18
  67:10
**morning** 11:14
  23:19
**mouth** 44:1
**move** 43:4
**moved** 32:3,4
  41:22
**movies** 18:6
**multiple** 74:10
**muscle** 15:17

**N**

**N** 2:1 4:1 5:1
**name** 6:13 21:4
**named** 21:16
**necessarily** 17:9
  55:16 57:17
**necessary** 2:20
**need** 12:7 71:22
**needed** 28:12
  37:6 52:4
  66:14
**neither** 82:12

**nervous** 11:13
  11:17,19 12:6
**never** 6:20 38:21
  39:5,9 74:18
**new** 73:16,17
**news** 52:16
**nice** 11:18
**night** 22:15,16
  51:14 65:23
  67:5
**nodding** 8:20
**nods** 12:9,13
  19:6 26:20
  38:1 45:11
**normal** 11:20
  18:18
**normally** 13:15
  13:15 35:12
  38:7
**North** 4:6,15
**NORTHERN**
  1:2
**Notary** 2:7
**Number** 1:4
  68:20 79:23

**O**

**O** 2:1
**oath** 12:21 43:15
  68:8
**Object** 34:21
  36:21 37:8
  59:4,14 61:7
  61:12,18 64:20
  69:3 79:11,15
**objections** 2:21
  3:1
**obstructing** 41:2
**obviously** 10:3
  33:18 40:16
**October** 15:7
**offered** 3:3
**office** 7:19
**offices** 2:8
**oh** 13:9 26:15
  29:19,20 44:4

EXHIBIT 2 - 000026

55:7
**okay** 6:22 7:4,11
7:17 8:2,4,23
9:1,9,23 12:3,8
12:14,19,23
14:4,17 15:4
18:3 19:15,22
20:13,17 21:9
24:2 25:7
26:11 28:6
29:3,23 37:23
38:3 39:1,3
40:1 42:19
43:10 44:9
45:21 46:2,21
47:4 50:9 53:4
56:15 57:23
59:5 60:18
61:4 62:12
63:4,7 64:17
68:1 69:7,13
79:17 80:8,12
80:17 81:9
**old** 16:5 35:17
35:23 36:6
55:20
**older** 9:19
**once** 17:18
65:21 71:3
**ones** 32:7
**open** 60:8
**opportunity**
71:13
**opposed** 75:11
**oral** 3:10
**order** 37:7
**orientation**
58:23
**original** 3:9
**outside** 51:17
58:17
**oval** 41:7

_____
**P**
**P** 2:1 4:1,1
**P.C** 4:5

**PAGE** 5:6,19
**pain** 44:3 51:22
53:19 63:21
66:3 71:23
72:11,17 73:22
**pains** 72:14
**paper** 24:7
**papers** 26:6,10
29:6
**parent** 1:8
**parents** 10:3
23:3 24:6 26:4
26:9 27:15
28:2 31:3
35:20 46:13
56:1,8 58:18
**park** 4:6 16:8
**parks** 17:13
**part** 26:4 30:21
**participating**
37:2
**particular** 18:14
80:23 81:1
**parties** 2:3 3:1
82:13
**pay** 26:8 57:20
**people** 21:18
48:17 55:20,23
58:10 61:21
**percent** 25:16
50:11
**perfectly** 7:7
11:20
**period** 39:3 72:3
**permit** 10:16
11:3 12:23
**Perry** 26:13
**person** 46:22
47:5 75:4
76:23
**personally** 19:7
**phone** 19:8 43:8
49:3 55:10
**photo** 81:6
**Photograph**
5:20

**physical** 36:19
64:5,11,14,17
65:3,4,9,17
78:16
**picked** 51:8
**picture** 69:8
79:23 80:8
**pictures** 58:8
**piece** 24:6
**pitching** 27:2
**Pittman** 2:8 4:5
**place** 4:6 20:22
52:8 74:12
**places** 13:15
74:21
**Plaintiff** 1:10
**Plaintiff's** 5:14
5:15
**PLAINTIFF(S)**
4:3
**plan** 65:1,2
**planning** 67:16
**play** 9:5 14:10
14:10,15,16
16:17,19,19
22:18,18 36:7
65:22 70:19
71:6,8,9,11,17
73:10
**played** 16:8,10
16:11,14 70:20
**playing** 16:3,4
16:16 56:13
67:16 77:22
**plays** 22:11
**Please** 3:12
**point** 1:12,13
6:14 22:14
36:5 37:3,11
58:22 65:16
73:11
**pointing** 46:5
**pole** 71:11
**post** 55:23
**posted** 57:6 58:2
58:9,12

**practice** 15:13
78:1
**practiced** 15:14
76:11
**practicing** 15:21
67:19 77:23
**PRESENT** 4:20
**press** 61:3,4,11
**pressing** 60:16
**pretty** 13:17
21:21 26:23
35:18,22 39:14
56:18 68:11
**print** 82:8
**prior** 3:4 36:15
37:11 72:19
**probably** 6:17
6:23 18:16,21
27:8 44:4
**problems** 60:4
67:21
**Procedure** 3:6
**proceedings**
82:5,11
**process** 61:16
**provided** 41:16
**Public** 2:7
**pulled** 51:2
**purple** 72:9
**push** 38:6 69:18
**put** 44:1 51:9
54:17 66:6
71:21,22 74:11
76:20 77:4
**putting** 73:2
**pyramid** 36:13

_____
**Q**
**question** 7:9,11
8:4,7 12:1 81:1
**questions** 2:22
2:23 7:2,22,23
7:23 8:10
70:12,18 75:18
82:6
**quick** 12:20

43:14 68:7
79:22
**quit** 9:6 72:20
72:22
**quitting** 73:9

_____
**R**
**R** 4:1 82:1
**race** 60:23 61:1
**racing** 60:17,18
60:21
**raise** 7:20
**rarely** 77:14
**re-clip** 60:9
**read** 25:10
**reading** 1:22
2:14
**real** 12:16 42:5
47:15 48:11
49:1 50:21
79:22
**realize** 12:20
43:15 68:8
78:1
**realized** 43:4,22
75:10 77:11
78:9
**really** 9:16,21
10:21 15:20
16:17 19:3
20:7 22:7
25:18,20,21
26:22 31:12,12
35:12 41:9
42:14,18 43:21
46:5 47:17
48:5,13 49:15
51:13 53:18,22
54:8,8 56:21
58:12 62:7
64:21 65:12
67:23 69:11
70:11 72:7,16
74:11,18 75:3
76:21 77:9,13
81:8

Kinsley Kornegay

12/16/2022

Page 89

**record** 16:22
75:9
**red** 69:8 72:9
**reduced** 82:7
**relating** 2:18
**released** 15:15
71:6,7
**remember**
20:20 21:10
23:17 24:3,22
25:9,18,19
27:18,20 29:19
31:7 42:9,13
42:14,15 43:21
45:5 46:7 48:2
48:4,8,12,15
48:22 49:2,4
51:11,16,19
53:11,14,20,22
56:21 58:7,11
80:2,6 81:7,8
**remembered**
43:19
**remind** 8:22
**repeat** 36:22
**repel** 62:20
**repelling** 33:16
**rephrase** 8:5
**reporter** 1:20
2:7 3:14 6:5
8:15
**represent** 6:14
**represented**
80:22
**represents** 82:9
**requires** 73:14
**respective** 2:4
**responsible**
35:13,22
**rest** 76:15
**result** 82:15
**retained** 3:13
**ride** 24:21
**right** 6:20 7:20
8:9 9:2,13
10:11 12:21

14:4,6,23 15:2
15:3,4,10
20:17 21:3,21
23:11 26:5,12
26:16 30:12
32:8 33:12,19
34:14 37:22
38:4,22 42:1
42:13 45:10
49:23 50:4
51:4,5 55:21
60:14 64:19
67:11,13 68:9
69:2,5 70:5
80:15,17
**risk** 73:5 77:4
**rode** 27:21
**room** 7:14 24:9
24:13 26:2
29:2,10 30:2
30:14 32:5,6,7
32:11,12 39:12
39:21 40:18
47:6 50:7,15
63:20
**rooms** 39:6
**rope** 38:4 42:11
69:1 70:2
**Rule** 3:5
**rules** 2:17 3:6
**run** 73:20
**running** 65:7
66:22 73:14,16

―――――――
**S**
**S** 2:1 4:1
**s/Kimberly**
82:18
**safe** 36:19 37:7
62:2 73:8
78:10,15 79:14
**safely** 70:3
**SAITH** 81:11
**Sarah** 18:21
**sat** 46:13 49:14
49:18

**saw** 7:14 29:7
38:4 42:4
53:21
**saying** 29:20
31:21 38:14
54:20 57:5,6
57:13 59:18
**scared** 38:16
74:18,22 75:2
**school** 10:4,5,6
14:6,11 16:15
20:5,13 22:3
23:2 72:13
73:11
**scouts** 71:14
**season** 15:9
16:18 71:18
76:16,19
**seat** 13:19
**seating** 41:16
**second** 29:9 32:7
66:17
**seconds** 40:12
42:16
**see** 8:15 22:4
30:22 41:10,20
46:15 47:2,3
51:1 52:2,3,4
66:8
**seen** 37:17,19
**self's** 32:17
**send** 66:12
72:14
**sense** 57:4
**separate** 24:23
**series** 7:2
**shakes** 12:11
**shaking** 8:21
**short** 55:13
**Shorthand** 2:6
**show** 25:22
31:22 56:11
**showed** 32:18
34:23 58:23
**shower** 72:10
**showing** 29:18

68:19
**side** 40:18 41:14
**sign** 25:12,15,19
26:6 28:12
33:5,22
**signature** 2:13
**signed** 28:12
**signing** 1:22
24:6 26:10
29:6
**silly** 19:21
**single** 34:11
**sir** 6:21 7:12,16
8:8,12 10:2,12
10:15 11:4,7
11:13 12:22
13:4 14:7,22
15:1,11 17:3
18:2,10,12
19:12,14 20:3
20:14,16,23
21:11,18,22
22:9,11 23:10
25:5,8 26:17
27:10,13,16,23
28:15,21 30:21
33:6,20 34:1
34:11 35:4,7
35:18 36:16
37:10,15,18
38:23 39:19,23
40:19 41:1,23
42:2 43:17
47:8,11 48:5
48:18 50:13,16
51:13,15,22
53:10,16 54:11
54:14 56:14
57:12,16 58:1
58:5,16,19
60:10,20 61:13
62:7 63:6,14
64:2 67:12,15
67:18 68:10,22
69:4,6 70:1,6,9
72:22 77:19

78:12,18,23
79:4,7,16 80:3
80:7,11,16
**sister** 9:18
**sit** 40:13 46:16
**sitting** 29:13,22
31:5,6,8 41:11
46:9,14 47:23
48:23 49:23
55:9
**situation** 35:14
52:10
**situations** 35:21
**six** 16:5
**sixth** 76:7 77:7,8
78:5,6,8 79:2
**sixth-grade** 76:9
**slid** 42:12
**slightly** 61:22
**slow** 33:15
**slowly** 15:23
64:12 65:4,10
70:3
**small** 4:14 13:17
**smaller** 29:11
32:12
**social** 19:10
54:16,17 55:2
58:4
**softball** 9:5 14:9
14:11 15:6,7
16:3,4 20:10
22:11 56:3
67:7,9,10,17
70:19,20,22
71:2 77:22
**solid** 77:17
**somebody** 28:14
31:14 78:3
**somebody's**
19:21
**song** 56:13,16
57:8,8
**soon** 44:8
**sophomore** 14:5
**sorry** 26:15

EXHIBIT 2 - 000028

sort 14:18 20:21
  29:23 36:19
  41:19 42:9,11
  43:19 46:7
  51:20 53:13
sound 21:3,4
  26:5 56:7,22
sounds 20:10
  57:10
speak 28:2
specialist 66:13
spend 51:14
  59:7,16 75:5
spending 9:6
spent 22:15,16
  56:1
sports 36:8 65:7
  72:6 73:17
  74:3 78:13,17
spring 67:17
St 82:3
stability 77:1
stabilize 77:2
stabilizing 77:1
stand 40:8 43:3
  72:10 78:3
standing 24:8
  44:16 53:13
  55:9
start 17:12
  45:18 61:9
started 16:12
  30:23 31:1
  44:10 45:16,17
  45:19 52:7,8
  60:14 64:11,12
  65:9,13
starting 76:5
starts 15:9 61:2
State 2:7 82:2
  82:21
STATES 1:1
stay 37:7 60:7
  75:1
stayed 77:12
staying 17:13

stenotype 82:6
stepped 41:5
STIPULATED
  2:2,12,19
stipulations 6:6
stood 40:4
stop 33:5,22
strained 44:5
Street 4:15
strength 77:10
strengthen
  64:18
strengthening
  65:18
stuff 7:21 19:10
  31:20 36:13,14
  36:15 54:16
  56:3,9 57:21
  58:9 65:15
stunts 76:17
  78:1,8
Suite 4:6,15
summer 66:18
  76:11
supervising
  31:15
supervision 82:8
support 15:19
supposed 32:21
  33:9,14 34:19
  35:2 59:12
  61:8 63:1
  69:17 76:23
sure 7:3 8:6
  12:12 23:15,21
  24:17 25:16
  30:6,16 32:2
  33:23 34:6
  36:2,23,23
  38:13 39:14
  42:5 43:9
  47:15 48:11
  49:17 50:11,21
  56:19 59:16
  62:2 63:9 65:5
  67:6 68:12

73:7 77:11
  78:7
surgeries 15:22
  18:1 57:20
  72:4
surgery 14:15
  14:20 15:5,13
  15:16,18 56:6
  57:3 66:14
  67:2
swear 7:20
swell 66:23
swelling 17:12
  47:2
swim 18:5
swollen 66:2
  72:7 73:21
sworn 6:2

_____
              T
T 2:1,1 82:1,1
take 7:7,11
  10:22 11:2
  12:10 28:16
  33:1 38:2 39:1
  43:10,10 68:1
  69:17,19 73:15
taken 2:5 3:10
  12:17 43:12
  68:5 82:5
talk 8:17 9:14
  9:21 20:18
  22:2,5 25:13
  32:14 40:14
  42:8 43:7 46:6
  46:16 47:17
  48:5,14 49:7,8
  54:6,8
talked 6:17
  25:21 28:7
  47:7 48:6
  53:23 54:3,9
  54:12 58:13,19
  66:15 74:1
talking 33:4
  38:17 43:19

44:13,15,18
  47:21 48:4
  49:2,22 53:15
  55:14,16 56:23
  57:2,7 68:21
  78:4
targeted 61:20
team 14:12,13
  16:6,7 67:14
  73:8
teammates 77:4
teams 78:9
technically
  76:13
teenage 19:8
tell 7:20 9:3
  11:18,19 12:1
  14:8 18:3
  22:13 24:2
  31:13 42:9,12
  59:11 69:11,14
telling 35:20
  49:9
tendency 8:13
tendons 64:18
terms 26:3 58:2
test 10:22 11:2
testified 6:3 80:4
testimony 1:16
  3:10 7:15
  82:10
Thank 75:18
  79:17 81:9
therapy 64:5,12
  64:14,17 65:3
  65:4,9,18
thereto 3:4 82:7
thing 7:8 19:19
  20:11 23:2
  24:17 30:10,11
  30:15 32:8
  33:1,2,3,11,18
  35:1 38:11
  41:8 55:3
  59:20,22 60:22
  68:19 69:20

71:4 79:21
things 7:5 18:4
  35:13 36:7
  41:5 56:12
  65:11 68:3
  73:16,19 74:20
  74:22 78:14
think 11:20,23
  13:5 17:9
  20:20 21:8,12
  23:13,16,20
  25:15,19 28:8
  34:5 37:12
  38:8,19 39:13
  49:19 50:9,11
  50:19,22 53:1
  53:18 55:17
  58:11 59:1
  60:15 61:14
  63:3,18 68:3
  70:10 75:17
  79:21 80:4
thinking 42:7
  64:22
thought 37:20
  38:5,20 47:22
  62:18 64:15
three 16:18
  17:19 18:16
  26:9,18 46:12
  75:13,16
thrown 78:20
thumb 69:19
tight 13:18
  21:21
TikTok 19:13
  55:6,7,12 57:7
TikToks 19:17
time 3:2,3 7:6
  9:7 13:23
  15:14,15 18:15
  23:17 25:12,17
  29:7 31:13,16
  34:19 35:16
  37:9 38:2 39:3
  39:7 47:4

Kinsley Kornegay                                    12/16/2022

Page 91

49:16 54:7
59:7,16 62:23
63:3 64:16
66:8 70:8,20
72:3,17 75:5
78:16 79:14
**times** 13:22
17:19 54:6
60:9 62:4,14
66:7 74:10
**tissues** 12:16
**today** 6:15 11:12
38:17 66:20
**told** 29:17,21
31:17 35:19
47:23 48:1
51:6 58:22
59:10 60:13
62:23 63:7
64:23 69:15
**top** 37:16 69:9
70:4
**tough** 38:15
42:7,8
**tournament**
71:2
**towels** 53:2
**transcript** 3:9
82:10
**travel** 16:7,10
16:11
**treatment** 7:5
14:19
**tree** 54:20
**trial** 3:2
**triangle** 33:4
68:19 69:9
81:1,6
**triangular** 30:10
59:22
**tried** 14:13 39:9
42:10 43:3
44:7,8,20 54:5
73:12 76:8,18
77:7,8,20,21
78:5,15

**trouble** 60:11
**true** 82:9
**truth** 7:21
**try** 60:1
**trying** 37:1
44:22 46:10,12
46:14 53:8
55:17 57:9
59:8,9 72:6
73:16,17
**tryouts** 15:6,7
67:7,9,22
**tumble** 73:1
**tumbling** 36:12
**turn** 72:9
**turned** 9:20
10:17
**twisted** 44:6
**two** 9:23 17:19
18:19 24:23
38:11 52:20
56:5 57:21
64:6

_____

**U**

**U** 2:1
**Uh-huh** 50:2
52:11 56:20
62:19
**unclip** 33:1
**unclipped** 24:18
30:9,18 32:1
59:19
**understand** 8:3
8:6 37:5 41:17
41:18 49:17
50:10 70:8
81:4
**understanding**
10:9 14:17
64:3
**understood** 8:11
30:19 36:18
77:6,16
**undid** 32:9
**UNITED** 1:1

**unstable** 73:6
**upcoming** 76:10
**upper** 77:10
**upset** 54:7
**USA** 71:2
**use** 38:10
**Usual** 6:5
**usually** 16:23

_____

**V**

**video** 37:17 52:2
52:3,9
**videos** 55:13
**view** 41:3
**voice** 49:4
**volcano** 40:22
**vs** 1:11

_____

**W**

**waist** 69:21
**waistband** 33:12
**wait** 10:22 15:16
**waited** 10:18
**waiting** 24:8
50:23 51:5
53:6
**waived** 1:23
2:15
**walk** 10:23
19:20 72:12
**walked** 24:5
26:1 29:10
30:3 32:12
34:13 39:7
40:2,6 45:13
45:15 47:1,19
**walking** 17:11
44:21 45:16,19
64:9,10 66:3
72:15 73:22
**walks** 60:2
**wall** 33:13,16
34:9,14,20
35:2 37:12,17
37:22 38:6,21
40:22 41:14

43:2 59:13
60:17,19 61:9
62:15 63:4,11
69:1,16 70:4
80:6,9,13 81:3
81:4
**walls** 24:15
29:11 30:4
34:12 35:10
39:10,12 41:10
62:5 63:16
**want** 7:7 8:5
11:17 12:2,10
32:11 39:1
43:9,23 68:12
73:5 75:4 77:3
**wanted** 23:5
41:18 49:21
**warming** 71:10
**wasn't** 38:14
45:18 46:18
49:1 55:8
65:19 72:23
77:3
**watch** 18:6 20:8
40:8,12 41:22
**watching** 31:15
40:5
**way** 27:22 52:6
62:22 78:20
**ways** 11:1
**we'll** 11:21
14:18 19:17
**we're** 6:15 7:3
7:18 17:11
31:21 34:15
67:19
**we've** 54:5
**wear** 67:4
**wearing** 64:11
65:5 69:23
**weeks** 38:11
**weight** 73:2
76:14
**went** 19:1 23:18
29:12 30:3

32:6 38:6 39:5
39:16,20 40:3
41:6,7 46:13
47:10 64:22,23
66:7,8 74:20
**weren't** 34:19
35:2
**West** 9:11 10:5
22:10 50:18
**Westin** 21:7
22:23
**wheelchair** 51:5
51:8,9 64:7
74:9
**whichever** 32:10
**Whitten** 4:4 5:8
5:10 6:7 12:15
34:21 36:21
37:8 55:19
59:4,14 61:7
61:12,18 64:20
69:3 70:16
79:11,15,20
**wise** 20:15
**witness** 2:14 5:3
12:9,11,13
19:6 26:20
38:1 45:11
82:11
**wondering** 37:4
**woods** 9:12
**words** 33:7 44:1
**work** 50:19,20
71:22 73:19
76:21
**worked** 13:23
28:14 30:20
47:14
**worker** 28:23
46:19,22 47:5
48:2,9,16
**workers** 48:4
53:15
**works** 32:20
33:8 55:12
**worse** 44:10

| | | |
|---|---|---|
| **wouldn't** 37:21 45:9 53:2 60:7 | **years** 16:5,18 56:5 57:21 71:16 75:13,16 | **2022** 1:18 2:10 3:11 |
| **wrists** 52:18 | **yellow** 30:10 33:2,3 68:18 | **2023** 82:17 |
| **wrong** 45:1,2,22 46:11 49:5 66:11 | **young** 31:12 42:18 61:20 | **20th** 4:15 |

**X**

| | | |
|---|---|---|
| **X** 5:1 | **younger** 11:16 21:12 22:4 | **3** |
| **x-rays** 51:21,23 52:13 63:22 | | **30** 34:4 49:19 50:12 |

**Z**

| | | |
|---|---|---|
| | **zipline** 75:1 | **35203** 4:7,16 |

**Y**

| | | |
|---|---|---|
| **y'all** 10:1 16:23 17:15 19:15 21:13 22:10,13 23:8,18 24:3,4 24:21 26:18 28:16 29:21 30:16,23 31:15 31:15 32:10,11 32:14,14,17 34:2,14 39:4,5 39:20,21 40:3 40:8,23 41:13 41:13,22 49:13 51:1 53:5 54:2 54:3,9 69:14 69:14 | **ziplining** 74:23 | **4** |
| | **zone** 30:1,22 39:4,18 | **40** 34:4 |
| | | **5** |
| | **0** | **5(d)** 3:5 |
| | | **505** 4:15 |
| | **1** | **6** |
| | **1** 5:20 68:14,20 79:23 | **6** 5:7 |
| | **10** 16:12,13 | **6/8/24** 82:23 |
| | **10:05** 1:19 2:11 | **68** 5:20 |
| | **100** 25:16 50:11 | **7** |
| | **10th** 10:8 | **70** 5:8 |
| | **11:29** 81:12 | **76** 5:9 |
| | **1100** 4:6 | **79** 5:10 |
| | **12** 16:9,10 25:11 35:16,22 36:6 | **7th** 76:10,16,19 |
| **y'all's** 32:17 50:18 | **13** 16:10 | **8** |
| **yeah** 6:7 13:5,9 17:8,8 28:6 31:4,4 36:23 42:6,21,23 53:7 59:9 63:9 70:17 78:7 | **15** 3:7 10:13,17 | **81** 5:11 |
| | **16** 1:18 2:10 3:10 10:14 | **8th** 76:19 |
| | **16th** 75:7,8 | **9** |
| | **18** 9:20,20 | **9/30/23** 82:20 |
| | **1800** 4:15 | |
| | **1988** 3:7 | |
| **year** 11:16 13:1 13:3 14:11,16 14:21 15:8 17:2,7,16,18 17:19 18:1 35:16,22 36:6 56:18 73:13 76:9,10,16 | **2** | |
| | **2** 82:17 | |
| | **2:21-CV-0050...** 1:5 | |
| | **20** 46:19 47:9 | |
| | **2001** 4:6 | |
| | **2007** 10:10 | |
| **year's** 67:10 | **2013** 13:10 | |

EXHIBIT 2 - 000031