FILED
2023 Feb-21  AM 10:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

Matt Kornegay                                                      12/16/2022

## Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

CIVIL ACTION NUMBER
2:21-CV-00505-SGC

KINSLEY KORNEGAY, a minor, by and
through her parent and guardian,
MATTHEW KORNEGAY,
          Plaintiff,
vs.
High Point BIRMINGHAM, LLC and
High Point CLIMBING, LLC,
          Defendant(s).

DEPOSITION TESTIMONY OF:
MATT KORNEGAY
DECEMBER 16, 2022
11:34 A.M.
COURT REPORTER:
KIMBERLY ISBELL, CCR
The reading and signing of this deposition
has been waived

## Page 2

1          STIPULATION
2          IT IS STIPULATED AND AGREED
3   by and between the parties through their
4   respective counsel that the deposition of
5   MATT KORNEGAY may be taken before Kimberly
6   Isbell, Certified Shorthand Reporter and
7   Notary Public, State at Large, at the
8   offices of PITTMAN, DUTTON & HELLUMS,
9   BIRMINGHAM, ALABAMA, on DECEMBER 16, 2022,
10  commencing at approximately 11:34 A.M.
11          IT IS FURTHER STIPULATED AND
12  AGREED that the signature to and the
13  reading of the deposition by the witness
14  IS waived, the deposition to have the same
15  force and effect as if full compliance had
16  been had with all laws and rules of Court
17  relating to the taking of depositions.
18          IT IS FURTHER STIPULATED AND
19  AGREED that it shall not be necessary for
20  any objections to be made by counsel to
21  any questions, except as to form or
22  leading questions, and that counsel for
23  the parties may make objections and assign

## Page 3

1   grounds at the time of trial or at the
2   time said deposition is offered in
3   evidence, or prior thereto.
4          In accordance with Rule 5(d)
5   of the Alabama Rules of Civil Procedure,
6   as amended, effective May 15, 1988, I,
7   Kimberly Isbell, am hereby delivering
8   JEREMY HAZELTON the original transcript of
9   the oral testimony taken DECEMBER 16,
10  2022, along with exhibits.
11          Please be advised that this
12  is the same and not retained by the Court
13  Reporter, nor filed with the Court.
14
15
16
17
18
19
20
21
22
23

## Page 4

1          A P P E A R A N C E S
2
3   FOR THE PLAINTIFF(S):
4       Austin B. Whitten
5       Pittman, Dutton & Hellums, P.C.
6       2001 Park Place North, Suite 1100
7       Birmingham, Alabama 35203
8
9
10
11
12  FOR THE DEFENDANT(S):
13      Jeremy Hazelton
14      Christian & Small, LLP
15      505 North 20th Street, Suite 1800
16      Birmingham, Alabama 35203
17
18  Also Present:  Kinsley Kornegay
19
20
21
22
23

1 (Pages 1 to 4)

EXHIBIT 4 -000001

Matt Kornegay                                              12/16/2022

Page 5

1        I N D E X
2
3    WITNESS:
4    MATT KORNEGAY
5
6    EXAMINATION BY          PAGE
7    Mr. Hazelton.......................
8
9
10        PLAINTIFF'S EXHIBITS
11   There were no Plaintiff's Exhibits marked
12   to this deposition.
13
14        DEFENDANT'S EXHIBITS
15   There were no Defendant's Exhibits marked
16   to this deposition.
17
18
19
20
21
22
23

Page 7

1    in through your daughter Kinsley's
2    deposition, correct?
3        A.   Yes, sir.
4        Q.   So I'll skip all the introductory
5    stuff.  You understand I think kind of my
6    spiel about that and how this is going to
7    work.  If you would just state your full
8    name for the record.
9        A.   Matthew Sean Kornegay.
10       Q.   What's your date of birth?
11       A.   8/18 of '79.
12       Q.   Where did you grow up, Matt?
13       A.   West Blocton.
14       Q.   And what's your current address?
15       A.   213 Deer Trace, West Blocton,
16   Alabama 35184.
17       Q.   Did you also go to West Blocton
18   High?
19       A.   Yes, sir.
20       Q.   What year did you graduate?
21       A.   '98.
22       Q.   How long have you lived at the
23   address on Deer Trace?

Page 6

1             MATT KORNEGAY,
2    having been first duly sworn, was examined
3    and testified as follows:
4
5
6         MR. HAZELTON:  Usual stipulations
7    is good with me.
8         MR. WHITTEN:  Good with me.
9
10            EXAMINATION
11   BY MR. HAZELTON:
12       Q.   Mr. Kornegay, am I pronouncing
13   your name right?
14       A.   Not really but.
15       Q.   Well, that's why I asked.  How do
16   you pronounce it?
17       A.   Kornegay.
18       Q.   Kornegay, okay.
19       A.   Yes, sir.
20       Q.   I'll just call you Matt if that's
21   all right.
22       A.   That's perfect.
23       Q.   Okay.  Well, Matt, you just sat

Page 8

1        A.   I've lived at that particular
2    address on Deer Trace since '07.
3        Q.   And it's my understanding that
4    it's you, your wife -- is your wife's name
5    Lindsey; is that right?
6        A.   Yes, sir.
7        Q.   You, your wife, Kinsley, and her
8    brother live at that address?
9        A.   Yes, sir.
10       Q.   Anybody else?
11       A.   No, sir.
12       Q.   What did do you when you
13   graduated from high school?
14       A.   I had work release in high school
15   at Ivan Leonard Chevrolet in the body shop.
16   I continued working there after graduation
17   and been working in and out of the car
18   business ever since.
19       Q.   In and out of the auto mechanic
20   business?
21       A.   Collision center.
22       Q.   Okay.  So what is it you do now?
23       A.   I consult for Exalta and manage

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

EXHIBIT 4 -000002

Matt Kornegay                                                    12/16/2022

Page 9

1    Stivers Ford Collision Center.
2        Q.    So are you still getting dirty?
3        A.    I hope not.  If I do, something's
4    wrong.  I had to wash some cars the other
5    day, so yeah.
6        Q.    So you're just an office guy now,
7    is that fair to say?
8        A.    Yes, sir.
9        Q.    And how long have you been doing
10   that?
11       A.    Since 2001.
12       Q.    At Stivers?
13       A.    No, sir.
14       Q.    I meant your current role how
15   long have you been --
16       A.    At Stivers?
17       Q.    Right.
18       A.    I started consulting with them in
19   2019 in December.  I filled the position as
20   body shop manager until we could hire one.
21   That was done November of -- December 1st
22   of last year.  That did not work out, and
23   now I am back as manager as of October 31st

Page 10

1    of this year.
2        Q.    Okay.  And where were you
3    employed at the time this happened in
4    August of '19?
5        A.    I was consulting at a body shop
6    in Hueytown called Barnett Collision
7    Center.
8        Q.    When you say consulting, what
9    does that mean?
10       A.    Putting standard operating
11   procedures in place, measuring their paint
12   measurables to make sure there is no waste,
13   helping run the shop, and streamlining the
14   processes to make them more profitable.
15       Q.    So is that -- are you hired to do
16   stuff like that as an independent
17   contractor, or were you an employee?
18       A.    I was an independent contractor.
19       Q.    Are you an independent contractor
20   with Stivers?
21       A.    No.  Once I take over the
22   management role, then I am an employee -- a
23   W2 employee.  When I am a -- just a

Page 11

1    consultant, then I am a 1099 employee.
2        Q.    Got you.  Did you receive --
3    after you graduated in '98 from West
4    Blocton High, did you -- I know you
5    mentioned you had a work release situation,
6    and you continued to work there.  At any
7    time since then, have you gone back to
8    school or gotten any specialized sort of
9    academic --
10       A.    I have had I-CAR training which
11   deals with the collision industry.  I've
12   had CCC estimating training which deals
13   with the collision industry.  But no formal
14   college since then.
15       Q.    Or --
16       A.    Or at all.
17       Q.    Okay.  What about certifications?
18       A.    Yeah, I-CAR comes with
19   certifications, yes.
20       Q.    Okay.  Anything else?
21       A.    No, sir.  Yeah.  Well, I've got
22   my food and -- food manager certificate
23   from ANSI.  I'm also a proctor for ANSI

Page 12

1    with a food manager's training.  So yeah.
2    I also have travel career certifications.
3        Q.    Got you.  How -- we'll go ahead
4    and move to why we're here today.  How much
5    would you say you remember about that day
6    leading up to Kinsley going with her
7    friends to --
8            MR. WHITTEN:  Object to the form.
9        A.    Callie Jo she had spent the
10   night.  They was doing some, you know,
11   wanting to hang out before school started
12   back, that type of stuff.  Then they all
13   wanted to go over to Kim's house.  They
14   went over there.  They all decided that
15   they wanted to go do something, made a
16   call.  I said yeah, sure, you know, I don't
17   care.  Just let me know what you're doing,
18   where you're going.
19       Q.    Do you remember what day of the
20   week that was?
21       A.    I do not.
22       Q.    Were you working?
23       A.    Yes, sir.

                                    3  (Pages 9 to 12)

EXHIBIT 4 -000003

Matt Kornegay                                                12/16/2022

Page 13

1      Q.    Were you working sort of -- and I
2  don't know what the consulting gig you had
3  at the time, what it entails, if you could
4  do the job from anywhere, or were you
5  physically in Hueytown?
6      A.    I was physically in Hueytown.
7      Q.    And that's when, I guess, Kim
8  called you and said can they come over here
9  or --
10     A.    No, we had -- I had already knew
11  they was over there.  Then, you know, she
12  called, said they was wanting to go rock
13  climbing, did I mind if they went.  And I
14  said no, it's perfectly fine with me.  So
15  yeah.
16     Q.    And at some point, you learned or
17  someone told you you had to sign an
18  electronic sort of waiver and all that
19  stuff in order to allow her to climb?
20     A.    Yes.
21     Q.    Do you remember how you found
22  that out?
23     A.    I do not recall definitely.  I'm

Page 14

1  about sure it was a phone call from Kim.
2  Hey, they need to you sign this.  I sent a
3  link, and I think it was a link I clicked.
4      Q.    So you just did it over your
5  phone?
6      A.    Yeah.
7      Q.    Okay.  And did you read all the
8  information before you signed it?
9      A.    Of course, I glanced over just
10  the high points or the big block letters
11  and went on about my business, so not
12  great.
13     Q.    So there was nothing in there
14  that stood out that concerned you; is that
15  fair?
16     A.    Correct.
17     Q.    And you were okay with signing
18  your name on behalf of Kinsley to allow her
19  under those circumstances?
20     A.    Yes, sir.
21     Q.    And conditions?
22     A.    Yes, sir.
23     Q.    When was the next time you heard

Page 15

1  something?
2      A.    I had just had lunch.  I was on
3  my way back to the office and got a phone
4  call that Kinsley was hurt, and she wanted
5  to talk to me.  So then I got on the phone
6  with Kinsley, and that's the next time I
7  heard anything.
8      Q.    Who was it that called you?
9      A.    I'm about sure it was Misty, but
10  I'm not 100 percent sure on that because I
11  talked to Misty and Jennifer at the same,
12  you know, pretty much at the same time.
13     Q.    It was definitely one of the
14  moms?
15     A.    Yes.
16     Q.    Probably either Misty or
17  Jennifer?
18     A.    Yes.
19     Q.    And did they call from their
20  phone or --
21     A.    Yes.
22     Q.    Did Kinsley have a phone at that
23  time?

Page 16

1      A.    Yes.
2      Q.    Did she have it with her?
3      A.    Yes.
4      Q.    But --
5      A.    She better have.
6      Q.    But as far as you remember?
7      A.    She had it.
8      Q.    And the phone call you got though
9  was not from Kinsley's phone though?  It
10  was from one of their phones?
11     A.    I'm about sure it was from one of
12  their phones.
13     Q.    Okay.  And when they put Kinsley
14  on the phone, what do you remember?
15     A.    Screaming hysterically.  Trying
16  to calm her down.  They are trying to calm
17  her down, you know, talk, breathe, you
18  know.  Yeah.
19     Q.    Did you or Lindsey ever talk to
20  Kim, Misty, or Jennifer about what
21  happened?
22     A.    Yeah.  I talked to them, you
23  know, after the fact that day.  And then,

4  (Pages 13 to 16)

Matt Kornegay                                                    12/16/2022

Page 17

1  you know, for the next week, you know, I
2  was pretty inclined to take care of my
3  daughter and really wasn't worried about
4  what happened.
5      Q.    Sure.
6      A.    We just had a situation we had to
7  handle.
8      Q.    Sure.
9      A.    Unfortunately, Lindsey had a
10  massive stroke in January of that same
11  year, so she did not handle any aspects of
12  that.
13     Q.    In January of 2019?
14     A.    Yes, sir.
15     Q.    I'm sorry to hear that.  Is
16  Lindsey doing better now?
17     A.    She is doing better, yeah.
18     Q.    Good.  Well, so you remember
19  talking to either Misty or Jennifer
20  immediately.  They handed the phone to
21  Kinsley.  You calmed her down.
22     A.    We all attempted to, yes.
23     Q.    Right.  Did anybody put one of

Page 18

1  the moms back on the phone after that?
2      A.    Yes, I talked to them.
3      Q.    What did they say happened?
4      A.    They said she fell.  That's all.
5      Q.    That was it?
6      A.    That's all they said.  Fell off
7  of a wall.  You know, they said they
8  couldn't get much help from -- they had
9  been to the desk a couple times.  Couldn't
10  get much help from them.  They said I think
11  we just need to get her to a hospital, you
12  know, what do you want to do.  I said load
13  her up and take her to a hospital if
14  they're not doing anything.
15     Q.    And do you have any idea about
16  how long after the fall this was?
17     A.    I'm going to say around 20
18  minutes, you know.  And that's just going
19  off memory from talking to them versus, you
20  know, making the call if you're not getting
21  much help, go ahead and take her because
22  nobody knew what was wrong at that point.
23     Q.    Did at any time you speak to

Page 19

1  anyone at High Point Climbing?
2      A.    Yes, sir, I did.  Once we was at
3  the medical center, the doctor asked for
4  anybody that knew how she fell and how she
5  landed more importantly.  None of the moms
6  could tell me how she actually landed.  So
7  I called High Point at that time.  I was
8  told that they would send a video to the
9  doctor's office, not to me but to the
10  doctor's office.  I said that's perfect.  I
11  don't care.  Gave them the e-mail to the
12  doctor's office, and another hour went by.
13  Nothing had come through.  I called them
14  back, and I was told at that point -- you
15  know, I called them back, and I said hey,
16  I'm Matt Kornegay, you know, daughter just
17  fell and got hurt there.  Y'all were
18  supposed to be sending a video to the
19  doctor's office.  They haven't received it
20  yet.  I'm just trying to check on it
21  because it's holding up her treatment.  And
22  at that point, they put somebody else on
23  the phone, and they informed me that their

Page 20

1  management told them that I would have to
2  seek legal action if I wanted to see the
3  video.
4      Q.    And did you eventually get a copy
5  of the video?
6      A.    A year and a half, two years
7  later.
8      Q.    How long were y'all at the ER
9  for; do you remember?
10     A.    Approximately three to four
11  hours.
12     Q.    And did you drive straight there
13  from your place in Hueytown?
14     A.    Yes, sir.  Actually, I left
15  Hueytown, went 459, got stuck in a wreck,
16  got off of 459, and went 150 to where we
17  was.
18     Q.    Do you remember about how long it
19  took you to get there?
20     A.    Yeah, probably within about 25
21  minutes at the most because I was trying to
22  make sure I beat them there because I
23  wanted to be there when she got there.

5  (Pages 17 to 20)

EXHIBIT 4 -000005

Matt Kornegay                                                    12/16/2022

Page 21

1       Q.    And where -- which ER did they
2   take her to?
3       A.    UAB freestanding on highway 150
4   off of 459.
5       Q.    Oh, yeah, yeah.  Over there kind
6   of by Ross Bridge -- that area?
7       A.    Yeah, that area, yes, sir.
8       Q.    I know where you're talking
9   about.
10      A.    They initially was going to take
11  her to Grandview, and something was going
12  on and they couldn't get in the parking
13  lot.  So they felt like the fastest way was
14  to get there so I could meet them because
15  the interstate was stopped coming that way.
16      Q.    Well, what was going on at
17  Grandview?
18      A.    I think it was just all the
19  traffic, and me could not get to Grandview.
20      Q.    Oh, I see.
21      A.    Yes.
22      Q.    So they were trying to get to a
23  place that was more kind of convenient to

Page 22

1   where you could get there?
2       A.    No, the quickest way possible for
3   me to get to my daughter.
4       Q.    Right.  That's what I mean.
5       A.    Yes, to get her medical treatment
6   and for me to be there with her.
7       Q.    Right.  So you left.  You said
8   you had come back from lunch?
9       A.    Uh-huh.
10      Q.    So after 12:00, 1:00 o'clock,
11  something like that?
12      A.    Yes, it would have been after
13  12:00.  You know, unfortunately, I still
14  don't have a set lunch hour.  It's whenever
15  you can break through, but I never go to
16  lunch before 11:00.
17      Q.    Uh-huh.
18      A.    Yeah.  Most of the time, it's
19  after that.
20      Q.    And so -- and you said it took
21  you about 25, 30 minutes from the --
22  Hueytown to the UAB place off 150?
23      A.    Yes, sir.

Page 23

1       Q.    Do you remember about how long
2   you were there before they got there?
3       A.    I had pulled up, walked in, asked
4   the nurse at the desk if they was there.
5   She said not yet.  I told her what was
6   going on.  And by the time I got through
7   with what was going on, I said well there
8   they are.  They had just pulled up, so
9   moments.
10      Q.    Five minutes maybe?
11      A.    Probably not even that --
12      Q.    If that?
13      A.    -- but, yes.
14      Q.    Had you been in touch with them
15  during that time period at all?
16      A.    Yes, sir.
17      Q.    Like while y'all were both in the
18  car?
19      A.    Yes, sir.
20      Q.    And do you remember what was
21  discussed at that point?
22      A.    Yeah, I'm in a wreck.  I can't
23  get up there to Grandview.  They said well

Page 24

1   traffic is terrible right here at
2   Grandview.  It looks like, you know, there
3   is a holdup there.  I said I don't know
4   where else to take her.
5       Q.    I got you.
6       A.    And then they said well we can --
7   what about here.  And honestly, we've used
8   that medical facility ever since it was so
9   well.  And that was our first trip there.
10      Q.    Got you.  Okay.  So you get
11  there.  They show up shortly after you
12  arrived.  And did -- well, Kinsley had told
13  me it was in Kim's car.
14      A.    Uh-huh.
15      Q.    Does that sound right to you?
16      A.    Yes, sir.
17      Q.    Did-- was it Kim and her
18  daughter?  Was anyone else with them?
19      A.    Yes.  Now, I do not recall who
20  all got out of that car because I was
21  focused on trying to help the nurse get her
22  into a wheelchair.  But to my recollection,
23  it was Kim, Misty -- because Misty was in

6  (Pages 21 to 24)

EXHIBIT 4 -000006

Matt Kornegay                                              12/16/2022

Page 25

1  the back holding Kinsley.
2      Q.   Uh-huh.
3      A.   And I want to say it was Bella,
4  but I'm not 100 percent sure.
5      Q.   That's fine.  Did they just drop
6  her off, and you got her?
7      A.   No, they stayed the whole time.
8      Q.   Or did they stay?  They stayed
9  the whole time?
10     A.   Yes.
11     Q.   While y'all were at the hospital,
12 did you ask any of them sort of what
13 happened, tell me what happened, how did
14 this happen?
15     A.   No.  Bella has some issues.  She
16 is -- got a real good touch of autism, and
17 she was really, really upset.  So no, at
18 that point, there was no need in discussing
19 anything out with anybody.  And I stayed in
20 the back with Kinsley the 99 percent of the
21 time.  And I would come out and just give
22 them an update on where we was and, you
23 know, what they had said so far.  But as

Page 26

1  far as any in-depth discussion on what
2  happened, what transpired, I didn't bring
3  any of that up right then.  I didn't feel
4  like it was the time.
5      Q.   Sure.  Well, when, I guess, was
6  the time if you remember?  When did you
7  finally have that discussion?
8      A.   There's not really been a formal
9  discussion on it besides she fell.  She was
10 hurt.  They got her to, you know, medical
11 attention.  And there's really been no
12 discussion with them.  I don't know what
13 kind of discussion I could have that would,
14 you know, shed any more light on it than
15 she fell, and she's hurt, you know.  It's
16 not like somebody pushed her.
17     Q.   Sure.  No, I understand.  But I
18 guess at some point, you would have had to
19 have a discussion with somebody to decide
20 to, you know, file a lawsuit over it.
21     A.   The law --
22     Q.   I guess my question is the next
23 sort of in-depth discussion you had was it

Page 27

1  with anyone prior to hiring counsel?
2      A.   The next discussion I had was
3  with an attorney Anthony Johnson that
4  referred me --
5      Q.   That's fine.
6          MR. WHITTEN:  I'll stop you
7  there.
8      Q.   I don't need to know -- I don't
9  need to, nor do I want to nor is it proper
10 for me to know about any discussions you
11 ever had with counsel about it.  I'm just
12 -- what I'm trying to get at here is did
13 you do any sort of -- of your own
14 investigation since you weren't there as to
15 what happened before getting an attorney
16 involved?
17     A.   No, sir.  The attorney was gotten
18 involved because of the doctor wanting to
19 see the video.
20     Q.   Uh-huh.
21     A.   Your client told me they was
22 sending the video to the doctor, and then
23 retracted on what they said.  And that is

Page 28

1  why we got an attorney involved in the
2  first place.
3      Q.   Got you.  But outside of that, no
4  -- none of your -- you never did any sort
5  of your own investigation to try to
6  determine sort of what happened?
7      A.   No, sir.
8      Q.   Or talk to anyone else?
9      A.   Now, I think on the phone when I
10 called High Point when they would not
11 release that, I asked them why and what
12 they was trying to hide.
13     Q.   And what did they say?
14     A.   Would not discuss anything any
15 further.  Told me to seek legal counsel, so
16 I did what they said.
17     Q.   Okay.  Did you go to High Point
18 after that?
19     A.   No, sir, because of the attitude
20 they had, I did not need to be at that
21 facility.
22     Q.   Have you ever been back to that
23 facility, or has --

7 (Pages 25 to 28)

EXHIBIT 4 -000007

Matt Kornegay                                    12/16/2022

Page 29

1   A.   Would not go.
2   Q.   -- has Kinsley?
3   A.   No, sir, she will not go.
4   Q.   Has she ever gone to any other
5   climbing facility?
6   A.   No, sir.
7   Q.   Or has anyone that you know of
8   gone back --
9   A.   None --
10  Q.   -- or to another climbing
11  facility?
12      MR. WHITTEN:  Object to the form.
13  A.   None of my family that I have any
14  opinion of what they do has been to another
15  rock-climbing facility at all.
16  Q.   Do you know whether any of these
17  other kids or their parents have gone to
18  any other rock-climbing facilities after
19  that?
20  A.   I don't know.
21  Q.   Or gyms?
22  A.   I do not know.
23  Q.   Okay.  That's fair.

Page 30

1   A.   Yeah.
2   Q.   I was just wondering if you knew
3   one way or the other?
4   A.   No, sir, I don't.
5   Q.   Okay.  Well, tell me what you did
6   after y'all left the emergency room and how
7   you followed up in terms of a course of
8   treatment for Kinsley.
9   A.   Emergency room gave us a
10  recommendation for an orthopedic to go to.
11  Q.   Who was that?
12  A.   I do not remember who they gave
13  it to us.  It was somebody that was
14  connected with their building.  We made
15  phone calls and decided that the gentleman
16  that we used for -- from Precision seemed
17  to have an excellent reputation and that we
18  would want to use him because everybody you
19  talked to, you know, gave his name.  So
20  that's how --
21  Q.   You don't remember his name?
22  A.   No, sir, I do not off the top of
23  my head.

Page 31

1   Q.   And do you remember the name of
2   the clinic?
3   A.   Pre -- the one they recommended
4   us to, or the one we went to?
5   Q.   The one you went to.
6   A.   Precision in Alabaster.
7   Q.   Is that the physical therapy?
8   A.   No, sir, that was the orthopedic.
9   Q.   That's the orthopedic?
10  A.   Yes, sir.
11  Q.   Where is that?
12  A.   Alabaster straight across from
13  Shelby Medical.
14  Q.   Okay.  So that's in Alabaster.
15  Do you remember how many times you went out
16  there?
17  A.   A bunch.
18  Q.   A bunch?
19  A.   Yeah.
20  Q.   Do you remember how much time
21  passed between the ER and the first time
22  y'all went there?
23  A.   Two days I believe or something

Page 32

1   like that.  Wasn't long at all.
2   Q.   Was she casted at the emergency
3   room, or did they do that at Precision?
4   A.   No, they put some kind of hard
5   things on and then wrapped it.  So she was
6   not casted at the emergency room.
7   Q.   Got you.
8   A.   They told us, you know, no weight
9   on it, anything like that.  So I ended up
10  toting her, you know, from the car to the
11  house to all that until we went to the
12  orthopedic, got a wheelchair, and all that
13  stuff.
14  Q.   And was -- is there anything --
15  and you were in the room for Kinsley's
16  deposition, and you heard what she had to
17  say about sort of her treatment and all
18  that, is there anything that you feel like
19  she, you know, left out or got wrong about
20  that based on your independent memory?
21  A.   No, sir, not really.
22  Q.   Okay.  Because I know that after
23  this happened, she was in casts, in a

                    8  (Pages 29 to 32)

Matt Kornegay                                        12/16/2022

---

Page 33

1    wheelchair, and she mentioned that this
2    sort of course of treatment was to let it
3    heal on its own and sort of ease back into
4    activities.  Does that sound right?
5        A.   Yes, sir, with some physical
6    therapy in between that.
7        Q.   Right.  Exactly.  And so do you
8    remember when the physical therapy started?
9        A.   Months and months afterwards.
10       Q.   The following year sometime or
11   had it been --
12       A.   Yeah, November.
13       Q.   -- the new year yet?
14       A.   I think physical therapy I think
15   we started it -- I mean, I -- I don't know.
16       Q.   That's okay.  I have records.
17       A.   Yeah.
18       Q.   And that will say what -- when it
19   was.  I was just trying to get an idea of
20   your just independent memory of it.
21       A.   Right.
22       Q.   So do you remember how many times
23   a week you had to take her to physical

---

Page 34

1    therapy?
2        A.   I think twice.  Yeah, I think it
3    was twice.
4        Q.   Do you remember how long a period
5    of time it was?
6        A.   I think it lasted about an hour
7    each time.
8        Q.   Well, I mean, the entire course
9    of the treatment?
10       A.   Three months, I think.  And
11   anything I'm saying there is just an
12   educated guess.
13       Q.   Sure.  I understand.  So that
14   puts us at about, you know, sometime in
15   early 2020?
16       A.   Uh-huh.
17       Q.   I guess right around when COVID
18   hit is what it sounds like.  Is that --
19       A.   She was still in -- I think she
20   was back in boots at that time.
21       Q.   Would she have been going to --
22       A.   Because we went to physical
23   therapy, and then it wasn't -- something

---

Page 35

1    wasn't going on -- yeah, I mean, we've been
2    back and forth with this for three years
3    now.  And it's hard to remember the direct
4    times now.
5        Q.   Sure.  And during that 2020 time
6    period, was -- that first course of
7    physical therapy was done at some point
8    around there, correct?
9        A.   Yes, sir.
10       Q.   In early 2020?
11       A.   Yes, sir.
12       Q.   And then how much time went by
13   before y'all had to go back?
14       A.   Midsummer.
15       Q.   And is that -- did you go back to
16   Precision at that point?
17       A.   Yes, sir.
18       Q.   And what did they say?
19       A.   I think we tried more physical
20   therapy because we went back after we had
21   done physical therapy after the physical
22   therapist said that, you know, we might
23   need to go back to the doctor because this

---

Page 36

1    isn't -- something isn't right still.  So
2    we went back, and then he brought up how
3    weak her ankles was because it was both of
4    them.  And you know, it's just going to
5    take time because she had not walked on
6    either leg for so long and to do more
7    physical therapy.  And we did that.  I
8    mean, we've been back and forth on a lot of
9    that.
10       Q.   Did y'all do the -- like pretty
11   much everybody else at some point whether
12   it was just school got cancelled or it
13   became sort of remote?
14       A.   Online.
15       Q.   Online.  And was that the first
16   semester of the fall of 2020 was that
17   online if you remember?
18       A.   Man, yeah.  I'm going to be
19   honest, between Lindsey and this I, you
20   know.
21       Q.   I understand.
22       A.   A lot of that runs together.
23       Q.   I understand.

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

EXHIBIT 4 -000009

Matt Kornegay                                          12/16/2022

---

Page 37

1    A.    Yeah.
2    Q.    But at some point, she went back
3    to school?
4    A.    Yes.
5    Q.    Whether it was virtually or --
6    A.    Yes.
7    Q.    -- in person?
8    A.    Uh-huh.
9    Q.    And --
10   A.    She was actually in school with a
11   wheelchair before that.
12   Q.    Yeah.  I'm getting -- okay.  She
13   has her first course of treatment and
14   physical therapy is like all right there is
15   nothing else we could do.  Let's just see
16   how you do type deal?
17   A.    Uh-huh.
18   Q.    That was sort of early 2020-ish?
19   A.    Yeah.
20   Q.    And then you go back in the
21   summer of 2020 because whatever the issue
22   was clearly is not resolving?
23   A.    Right.

---

Page 38

1    Q.    And then the doctor -- is this
2    Dr. Krauss?
3    A.    No, sir, not at that point.
4    Q.    Okay.  So this is whoever it is
5    at Precision?
6    A.    Uh-huh.
7    Q.    Says let's do another course of
8    physical therapy?
9    A.    Uh-huh.
10   Q.    Is that right?
11   A.    Yes.
12   Q.    And then she does -- I assume she
13   does another course of physical therapy
14   that takes us into the fall of 2020?  Does
15   that sound right?
16   A.    Sounds right.
17   Q.    And tell me about after that how
18   she was.
19   A.    Then we attempted to play
20   softball.  And the legs swelling up, pain
21   shooting up her legs.  And then we end up
22   back -- yeah, that's where we're at on
23   that.

---

Page 39

1    Q.    When you say attempted to play
2    softball, would that have been the spring
3    of 2021?
4    A.    Fall.
5    Q.    It wouldn't have -- fall ball?
6    A.    Yes.
7    Q.    And so when did you end up back
8    at Precision?
9    A.    I would have to go look through
10   my notes.  I mean, we've been back and
11   forth so much.  It's steadily throughout
12   those several years.
13   Q.    Well, when is the first time
14   surgery became something y'all discussed?
15   A.    It would have been probably fall
16   or winter, you know, roughly around in
17   there.  Probably November of last --
18   Q.    '21?
19   A.    '21.
20   Q.    And was it someone at Precision
21   that referred y'all to somebody?
22   A.    Yes.
23   Q.    And that's Dr Krauss?

---

Page 40

1    A.    Correct.
2    Q.    Do you remember the first time
3    when y'all went and saw Dr. Krauss was?
4    That was the fall of last year?
5    A.    Yes, sir.
6    Q.    Is that what you're talking
7    about?  Okay.  It's my understanding that
8    she had the surgery on one of her ankles
9    this past January?
10   A.    In January.
11   Q.    And then the other one in May?
12   A.    Correct.
13   Q.    In your mind just from outside
14   looking in, I know you can't speak for how
15   Kinsley feels, but did the surgery seem to
16   help?
17   A.    I guess that's to be seen once we
18   get into a lot of physical activity that
19   she used to do before this.  You know, a
20   lot of times, it has not reared its ugly
21   head until, you know, two days of practice
22   or two days of this, you know, because we
23   can treat the swelling with ice.  But I

---

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

EXHIBIT 4 -000010

Matt Kornegay                                                12/16/2022

Page 41

1    don't know that I'm willing to say that
2    it's better now until I see it's better
3    because we have had so many issues with it
4    coming back.
5        Q.    When's the last time that you've
6    had to take Kinsley to a doctor for this?
7    Was it the surgery or --
8        A.    It was the checkup after the
9    surgery and then the physical therapy so --
10       Q.    When did this last --
11       A.    -- probably June.
12       Q.    Is that when the last course of
13   physical therapy ended?
14       A.    August, I think.
15       Q.    The end of the summer?
16       A.    Yeah.
17       Q.    Has she been back to see anyone
18   since then?
19       A.    No, sir, not at this time because
20   the physical therapist said, you know, ease
21   into things and let's see how it goes.  And
22   we haven't had nothing to ease into yet.
23       Q.    I got you.  Have y'all gone to

Page 42

1    this same physical therapist this entire
2    time?
3        A.    Correct.
4        Q.    And other than Dr. Krauss's
5    office, Precision, and the ER, are there
6    any other medical providers that she's
7    seen?
8        A.    Yes, she's seen Anna Lockhart at
9    Cahaba Medical.
10       Q.    What was that for?
11       A.    It was for depression.
12       Q.    Is that a regular appointment
13   that she keeps?
14       A.    No.
15       Q.    Was it just a one-time thing?
16       A.    It's just some stuff going on.
17   You know, she diagnosed her with
18   depression, recommended a prescription.
19   And we are still determining what we're
20   going to do there.
21       Q.    Was that something recent?
22       A.    Yes, sir, probably June.
23       Q.    Of this year?

Page 43

1        A.    Yes, sir.
2        Q.    Okay.  But prior to that --
3        A.    I might be wrong again.
4        Q.    That's fine.  But prior to that,
5    you had never taken her anywhere to be
6    treated for any sort of depression or --
7        A.    No, sir.
8        Q.    -- anxiety or anything like that?
9        A.    No, sir.  No, sir.  Some, you
10   know, you're supposed to move on.  And, you
11   know, the doctor tells you to be -- work
12   yourself into it.  Then we need to give it
13   time to work yourself into it.  They are
14   the ones that, you know, are professionals
15   and know.  I don't have a clue how long it
16   takes to heal from something like that.  So
17   if they say ease into it, then we need to
18   ease into it and give it a try, you know.
19       Q.    Right.  But I'm talking about for
20   the sort of depression issues or anything
21   like that.  Was there any time before this
22   June where --
23       A.    No, sir.  We've tried to handle

Page 44

1    that amongst ourselves.
2        Q.    Understood.  And is that the only
3    time so far that you've taken her -- is it
4    Dr. Lockhart?
5        A.    For depression.  Yes, for that,
6    yes.
7        Q.    Have there been any follow ups?
8        A.    No, not yet.
9        Q.    Since June?
10       A.    Yes -- no.
11       Q.    Okay.  Okay.  So other than the
12   ER, Precision, physical therapist, Dr.
13   Krauss, and Dr. Lockhart, any other issues
14   or medical providers that she's seen for --
15       A.    Besides physical therapists, no,
16   sir.
17       Q.    Okay.  And do you currently have
18   any appointments for anything to take her
19   to see somebody?
20       A.    No, sir, not at this time.
21       Q.    Is health insurance -- has health
22   insurance been paying for --
23       A.    Yes, sir, everything but the

11  (Pages 41 to 44)

EXHIBIT 4 -000011

Matt Kornegay                                              12/16/2022

Page 45

1  co-pays.
2      Q.    And is that through -- I know you
3  probably told me somewhere.  But just for
4  the sake, go ahead and tell me is that Blue
5  Cross?
6      A.    It's through Blue Cross Blue
7  Shield All Kids.
8      Q.    Okay.  Is that something through
9  Stivers?
10     A.    No.
11     Q.    Is it a separate --
12     A.    No, it's separate through All
13  Kids for the State of Alabama.
14     Q.    Okay.  So there is not a separate
15  health insurance that you have that she's
16  on?
17     A.    No.
18     Q.    Understood.  And from what you're
19  telling me, they've covered everything
20  except co-pays?
21     A.    Yes, sir.
22     Q.    Are there any bills at all that
23  remain outstanding for medical treatment

Page 47

1      A.    Okay.  Yes, sir.
2          MR. WHITTEN:  I don't have any
3  questions either.
4
5          (AND FURTHER DEPONENT SAITH NOT.)
6          (Deposition concluded 12:09 p.m.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 46

1  that you know of?
2      A.    I don't know.
3      Q.    You haven't gotten anything in
4  the mail saying you owe us this money?
5      A.    Not to my knowledge.  I'm not for
6  sure.
7      Q.    I know Kinsley told me that she
8  hasn't talked to any of her friends or the
9  moms really about this since it happened.
10  Have you?
11     A.    No, sir.  I've talked to my mom.
12     Q.    Did you talk to anyone outside
13  your lawyer about this lawsuit or the
14  deposition today?
15     A.    No, sir.
16     Q.    Did you do anything to prepare
17  for it?
18     A.    No, sir.
19     Q.    Look at any documents or
20  anything?
21     A.    No, sir.
22     Q.    All right.  Matt, that's all I
23  got.  I appreciate it.

Page 48

1          C E R T I F I C A T E
2  State of Alabama
3  St. Clair County
4    I hereby certify that the above and
5  foregoing proceedings were taken down by
6  me in stenotype and the questions and
7  answers thereto were reduced to computer
8  print under my supervision, and that the
9  foregoing represents a true and correct
10  transcript of the testimony given by said
11  witness upon said proceedings.
12    I further certify that I am neither of
13  counsel nor of kin to the parties to the
14  action, nor am I anywise interested in the
15  result of said cause.
16
17    Certified January 2, 2023.
18          /s/Kimberly Duckett Isbell
19          KIMBERLY DUCKETT ISBELL, CCR
20          CCR#142, Expires 9/30/23
21          Commissioner for the State
22          Of Alabama at Large
23          My Commission Expires 6/8/24

                          12  (Pages 45 to 48)

EXHIBIT 4 -000012

**A**

**A.M** 1:19 2:10
**academic** 11:9
**action** 1:4 20:2
   48:14
**activities** 33:4
**activity** 40:18
**address** 7:14,23
   8:2,8
**advised** 3:11
**agent** 12:2
**AGREED** 2:2
   2:12,19
**ahead** 12:3
   18:21 45:4
**Alabama** 1:2 2:9
   3:5 4:7,16 7:16
   45:13 48:2,22
**Alabaster** 31:6
   31:12,14
**allow** 13:19
   14:18
**amended** 3:6
**ankles** 36:3 40:8
**Anna** 42:8
**ANSI** 11:23,23
**answers** 48:7
**Anthony** 27:3
**anxiety** 43:8
**anybody** 8:10
   17:23 19:4
   25:19
**anywise** 48:14
**appointment**
   42:12
**appointments**
   44:18
**appreciate**
   46:23
**approximately**
   2:10 20:10
**area** 21:6,7
**arrived** 24:12
**asked** 6:15 19:3
   23:3 28:11

**B**

**aspects** 17:11
**assign** 2:23
**assume** 38:12
**attempted** 17:22
   38:19 39:1
**attention** 26:11
**attitude** 28:19
**attorney** 27:3,15
   27:17 28:1
**August** 10:4
   41:14
**Austin** 4:4
**autism** 25:16
**auto** 8:19

**B**

**B** 4:4
**back** 9:23 11:7
   12:12 15:3
   18:1 19:14,15
   22:8 25:1,20
   28:22 29:8
   33:3 34:20
   35:2,13,15,20
   35:23 36:2,8
   37:2,20 38:22
   39:7,10 41:4
   41:17
**ball** 39:5
**Barnett** 10:6
**based** 32:20
**beat** 20:22
**behalf** 14:18
**believe** 31:23
**Bella** 25:3,15
**better** 16:5
   17:16,17 41:2
   41:2
**big** 14:10
**bills** 45:22
**Birmingham**
   1:12 2:9 4:7,16
**birth** 7:10
**block** 14:10
**Blocton** 7:13,15
   7:17 11:4

**C**

**Blue** 45:4,6,6
**body** 8:15 9:20
   10:5
**boots** 34:20
**break** 22:15
**breathe** 16:17
**Bridge** 21:6
**bring** 26:2
**brother** 8:8
**brought** 36:2
**building** 30:14
**bunch** 31:17,18
**business** 8:18,20
   14:11

**C**

**C** 4:1 48:1,1
**Cahaba** 42:9
**call** 6:20 12:16
   14:1 15:4,19
   16:8 18:20
**called** 10:6 13:8
   13:12 15:8
   19:7,13,15
   28:10
**Callie** 12:9
**calls** 30:15
**calm** 16:16,16
**calmed** 17:21
**cancelled** 36:12
**car** 8:17 23:18
   24:13,20 32:10
**care** 12:17 17:2
   19:11
**cars** 9:4
**casted** 32:2,6
**casts** 32:23
**cause** 48:15
**CCC** 11:12
**CCR** 1:21 48:19
**CCR#142** 48:20
**center** 8:21 9:1
   10:7 19:3
**certificate** 11:22
**certifications**
   11:17,19 12:2

**Certified** 2:6
   48:17
**certify** 48:4,12
**check** 19:20
**checkup** 41:8
**Chevrolet** 8:15
**Christian** 4:14
**circumstances**
   14:19
**Civil** 1:4 3:5
**Clair** 48:3
**clearly** 37:22
**clicked** 14:3
**client** 27:21
**climb** 13:19
**climbing** 1:13
   13:13 19:1
   29:5,10
**clinic** 31:2
**clue** 43:15
**co-pays** 45:1,20
**college** 11:14
**collision** 8:21
   9:1 10:6 11:11
   11:13
**come** 13:8 19:13
   22:8 25:21
**comes** 11:18
**coming** 21:15
   41:4
**commencing**
   2:10
**Commission**
   48:23
**Commissioner**
   48:21
**compliance** 2:15
**computer** 48:7
**concerned** 14:14
**concluded** 47:6
**conditions** 14:21
**connected** 30:14
**consult** 8:23
**consultant** 11:1
**consulting** 9:18
   10:5,8 13:2

**D**

**continued** 8:16
   11:6
**contractor**
   10:17,18,19
**convenient**
   21:23
**copy** 20:4
**correct** 7:2
   14:16 35:8
   40:1,12 42:3
   48:9
**counsel** 2:4,20
   2:22 27:1,11
   28:15 48:13
**County** 48:3
**couple** 18:9
**course** 14:9 30:7
   33:2 34:8 35:6
   37:13 38:7,13
   41:12
**Court** 1:1,20
   2:16 3:12,13
**covered** 45:19
**COVID** 34:17
**Cross** 45:5,6
**current** 7:14
   9:14
**currently** 44:17

**D**

**D** 5:1
**date** 7:10
**daughter** 7:1
   17:3 19:16
   22:3 24:18
**day** 9:5 12:5,19
   16:23
**days** 31:23
   40:21,22
**deal** 37:16
**deals** 11:11,12
**December** 1:18
   2:9 3:9 9:19,21
**decide** 26:19
**decided** 12:14
   30:15

Matt Kornegay                                                    12/16/2022

**Deer** 7:15,23 8:2
**Defendant's**
   5:14,15
**Defendant(s)**
   1:14 4:12
**definitely** 13:23
   15:13
**delivering** 3:7
**DEPONENT**
   47:5
**deposition** 1:16
   1:22 2:4,13,14
   3:2 5:12,16 7:2
   32:16 46:14
   47:6
**depositions** 2:17
**depression**
   42:11,18 43:6
   43:20 44:5
**desk** 18:9 23:4
**determine** 28:6
**determining**
   42:19
**diagnosed** 42:17
**Did--** 24:17
**direct** 35:3
**dirty** 9:2
**discuss** 28:14
**discussed** 23:21
   39:14
**discussing** 25:18
**discussion** 26:1
   26:7,9,12,13
   26:19,23 27:2
**discussions**
   27:10
**DISTRICT** 1:1
   1:2
**doctor** 19:3
   27:18,22 35:23
   38:1 41:6
   43:11
**doctor's** 19:9,10
   19:12,19
**documents**
   46:19

**doing** 9:9 12:10
   12:17 17:16,17
   18:14
**Dr** 38:2 39:23
   40:3 42:4 44:4
   44:12,13
**drive** 20:12
**drop** 25:5
**Duckett** 48:18
   48:19
**duly** 6:2
**Dutton** 2:8 4:5

--- E ---

**E** 4:1,1 5:1 48:1
   48:1
**e-mail** 19:11
**early** 34:15
   35:10 37:18
**ease** 33:3 41:20
   41:22 43:17,18
**educated** 34:12
**effect** 2:15
**effective** 3:6
**either** 15:16
   17:19 36:6
   47:3
**electronic** 13:18
**emergency** 30:6
   30:9 32:2,6
**employed** 10:3
**employee** 10:17
   10:22,23 11:1
**ended** 32:9
   41:13
**entails** 13:3
**entire** 34:8 42:1
**ER** 20:8 21:1
   31:21 42:5
   44:12
**estimating**
   11:12
**eventually** 20:4
**everybody**
   30:18 36:11
**evidence** 3:3

**Exactly** 33:7
**Exalta** 8:23
**EXAMINATI...**
   5:6 6:10
**examined** 6:2
**excellent** 30:17
**exhibits** 3:10
   5:10,11,14,15
**Expires** 48:20
   48:23

--- F ---

**F** 48:1
**facilities** 29:18
**facility** 24:8
   28:21,23 29:5
   29:11,15
**fact** 16:23
**fair** 9:7 14:15
   29:23
**fall** 18:16 36:16
   38:14 39:4,5
   39:15 40:4
**family** 29:13
**far** 16:6 25:23
   26:1 44:3
**fastest** 21:13
**feel** 26:3 32:18
**feels** 40:15
**fell** 18:4,6 19:4
   19:17 26:9,15
**felt** 21:13
**file** 26:20
**filed** 3:13
**filled** 9:19
**finally** 26:7
**fine** 13:14 25:5
   27:5 43:4
**first** 6:2 24:9
   28:2 31:21
   35:6 36:15
   37:13 39:13
   40:2
**Five** 23:10
**focused** 24:21
**follow** 44:7

**followed** 30:7
**following** 33:10
**follows** 6:3
**food** 11:22,22
   12:1
**force** 2:15
**Ford** 9:1
**foregoing** 48:5,9
**form** 2:21 12:8
   29:12
**formal** 11:13
   26:8
**forth** 35:2 36:8
   39:11
**found** 13:21
**four** 20:10
**freestanding**
   21:3
**friends** 12:7
   46:8
**full** 2:15 7:7
**further** 2:11,18
   28:15 47:5
   48:12

--- G ---

**gentleman**
   30:15
**getting** 9:2
   18:20 27:15
   37:12
**gig** 13:2
**give** 25:21 43:12
   43:18
**given** 48:10
**glanced** 14:9
**go** 7:17 12:3,13
   12:15 13:12
   18:21 22:15
   28:17 29:1,3
   30:10 35:13,15
   35:23 37:20
   39:9 45:4
**goes** 41:21
**going** 7:6 12:6
   12:18 18:17,18

**21**:10,11,16
   23:6,7 34:21
   35:1 36:4,18
   42:16,20
**good** 6:7,8 17:18
   25:16
**gotten** 11:8
   27:17 46:3
**graduate** 7:20
**graduated** 8:13
   11:3
**graduation** 8:16
**Grandview**
   21:11,17,19
   23:23 24:2
**great** 14:12
**grounds** 3:1
**grow** 7:12
**guardian** 1:8
**guess** 13:7 26:5
   26:18,22 34:12
   34:17 40:17
**guy** 9:6
**gyms** 29:21

--- H ---

**half** 20:6
**handed** 17:20
**handle** 17:7,11
   43:23
**hang** 12:11
**happen** 25:14
**happened** 10:3
   16:21 17:4
   18:3 25:13,13
   26:2 27:15
   28:6 32:23
   46:9
**hard** 32:4 35:3
**Hazelton** 3:8
   4:13 5:7 6:6,11
**head** 30:23
   40:21
**heal** 33:3 43:16
**health** 44:21,21
   45:15

EXHIBIT 4 -000014

**hear** 17:15
**heard** 14:23
  15:7 32:16
**Hellums** 2:8 4:5
**help** 18:8,10,21
  24:21 40:16
**helping** 10:13
**hey** 14:2 19:15
**hide** 28:12
**high** 1:12,13
  7:18 8:13,14
  11:4 14:10
  19:1,7 28:10
  28:17
**highway** 21:3
**hire** 9:20
**hired** 10:15
**hiring** 27:1
**hit** 34:18
**holding** 19:21
  25:1
**holdup** 24:3
**honest** 36:19
**honestly** 24:7
**hope** 9:3
**hospital** 18:11
  18:13 25:11
**hour** 19:12
  22:14 34:6
**hours** 20:11
**house** 12:13
  32:11
**Hueytown** 10:6
  13:5,6 20:13
  20:15 22:22
**hurt** 15:4 19:17
  26:10,15
**hysterically**
  16:15

**I**

**I-CAR** 11:10,18
**ice** 40:23
**idea** 18:15 33:19
**immediately**
  17:20

**importantly**
  19:5
**in-depth** 26:1,23
**inclined** 17:2
**independent**
  10:16,18,19
  32:20 33:20
**industry** 11:11
  11:13
**information**
  14:8
**informed** 19:23
**initially** 21:10
**insurance** 44:21
  44:22 45:15
**interested** 48:14
**interstate** 21:15
**introductory**
  7:4
**investigation**
  27:14 28:5
**involved** 27:16
  27:18 28:1
**Isbell** 1:21 2:6
  3:7 48:18,19
**issue** 37:21
**issues** 25:15
  41:3 43:20
  44:13
**Ivan** 8:15

**J**

**January** 17:10
  17:13 40:9,10
  48:17
**Jennifer** 15:11
  15:17 16:20
  17:19
**Jeremy** 3:8 4:13
**Jo** 12:9
**job** 13:4
**Johnson** 27:3
**June** 41:11
  42:22 43:22
  44:9

**K**

**keeps** 42:13
**kids** 29:17 45:7
  45:13
**Kim** 13:7 14:1
  16:20 24:17,23
**Kim's** 12:13
  24:13
**Kimberly** 1:21
  2:5 3:7 48:19
**kin** 48:13
**kind** 7:5 21:5,23
  26:13 32:4
**Kinsley** 1:7 4:18
  8:7 12:6 14:18
  15:4,6,22
  16:13 17:21
  24:12 25:1,20
  29:2 30:8
  40:15 41:6
  46:7
**Kinsley's** 7:1
  16:9 32:15
**knew** 13:10
  18:22 19:4
  30:2
**know** 11:4 12:10
  12:16,17 13:2
  13:11 15:12
  16:17,18,23
  17:1,1 18:7,12
  18:18,20 19:15
  19:16 21:8
  22:13 24:2,3
  25:23 26:10,12
  26:14,15,20
  27:8,10 29:7
  29:16,20,22
  30:19 32:8,10
  32:19,22 33:15
  34:14 35:22
  36:4,20 39:16
  40:14,19,21,22
  41:1,20 42:17
  43:10,11,14,15

43:18 45:2
  46:1,2,7
**knowledge** 46:5
**Kornegay** 1:7,9
  1:17 2:5 4:18
  5:4 6:1,12,17
  6:18 7:9 19:16
**Krauss** 38:2
  39:23 40:3
  44:13
**Krauss's** 42:4

**L**

**L** 2:1
**landed** 19:5,6
**Large** 2:7 48:22
**lasted** 34:6
**law** 26:21
**laws** 2:16
**lawsuit** 26:20
  46:13
**lawyer** 46:13
**leading** 2:22
  12:6
**learned** 13:16
**left** 20:14 22:7
  30:6 32:19
**leg** 36:6
**legal** 20:2 28:15
**legs** 38:20,21
**Leonard** 8:15
**let's** 37:15 38:7
  41:21
**letters** 14:10
**light** 26:14
**Lindsey** 8:5
  16:19 17:9,16
  36:19
**link** 14:3,3
**live** 8:8
**lived** 7:22 8:1
**LLC** 1:12,13
**LLP** 4:14
**load** 18:12
**Lockhart** 42:8
  44:4,13

**long** 7:22 9:9,15
  18:16 20:8,18
  23:1 32:1 34:4
  36:6 43:15
**look** 39:9 46:19
**looking** 40:14
**looks** 24:2
**lot** 21:13 36:8,22
  40:18,20
**lunch** 15:2 22:8
  22:14,16

**M**

**mail** 46:4
**making** 18:20
**Man** 36:18
**manage** 8:23
**management**
  10:22 20:1
**manager** 9:20
  9:23 11:22
**manager's** 12:1
**marked** 5:11,15
**massive** 17:10
**Matt** 1:17 2:5
  5:4 6:1,20,23
  7:12 19:16
  46:22
**Matthew** 1:9 7:9
**mean** 10:9 22:4
  33:15 34:8
  35:1 36:8
  39:10
**meant** 9:14
**measurables**
  10:12
**measuring**
  10:11
**mechanic** 8:19
**medical** 19:3
  22:5 24:8
  26:10 31:13
  42:6,9 44:14
  45:23
**meet** 21:14
**memory** 18:19

32:20 33:20
mentioned 11:5
  33:1
**Midsummer**
  35:14
**mind** 13:13
  40:13
**minor** 1:7
**minutes** 18:18
  20:21 22:21
  23:10
**Misty** 15:9,11
  15:16 16:20
  17:19 24:23,23
**mom** 46:11
**moments** 23:9
**moms** 15:14
  18:1 19:5 46:9
**money** 46:4
**months** 33:9,9
  34:10
**move** 12:4 43:10

**N**

**N** 2:1 4:1 5:1
**name** 6:13 7:8
  8:4 14:18
  30:19,21 31:1
**necessary** 2:19
**need** 14:2 18:11
  25:18 27:8,9
  28:20 35:23
  43:12,17
**neither** 48:12
**never** 22:15 28:4
  43:5
**new** 33:13
**night** 12:10
**North** 4:6,15
**NORTHERN**
  1:2
**Notary** 2:7
**notes** 39:10
**November** 9:21
  33:12 39:17
**NUMBER** 1:4

**nurse** 23:4 24:21

**O**

**O** 2:1
**o'clock** 22:10
**Object** 12:8
  29:12
**objections** 2:20
  2:23
**October** 9:23
**offered** 3:2
**office** 9:6 15:3
  19:9,10,12,19
  42:5
**offices** 2:8
**Oh** 21:5,20
**okay** 6:18,23
  8:22 10:2
  11:17,20 14:7
  14:17 16:13
  24:10 28:17
  29:23 30:5
  31:14 32:22
  33:16 37:12
  38:4 40:7 43:2
  44:11,11,17
  45:8,14 47:1
**once** 10:21 19:2
  40:17
**one-time** 42:15
**ones** 43:14
**online** 36:14,15
  36:17
**operating** 10:10
**opinion** 29:14
**oral** 3:9
**order** 13:19
**original** 3:8
**orthopedic**
  30:10 31:8,9
  32:12
**outside** 28:3
  40:13 46:12
**outstanding**
  45:23
**owe** 46:4

**P**

**P** 2:1 4:1,1
**P.C** 4:5
**p.m** 47:6
**PAGE** 5:6
**pain** 38:20
**paint** 10:11
**parent** 1:8
**parents** 29:17
**Park** 4:6
**parking** 21:12
**particular** 8:1
**parties** 2:3,23
  48:13
**passed** 31:21
**paying** 44:22
**percent** 15:10
  25:4,20
**perfect** 6:22
  19:10
**perfectly** 13:14
**period** 23:15
  34:4 35:6
**person** 37:7
**phone** 14:1,5
  15:3,5,20,22
  16:8,9,14
  17:20 18:1
  19:23 28:9
  30:15
**phones** 16:10,12
**physical** 31:7
  33:5,8,14,23
  34:22 35:7,19
  35:21,21 36:7
  37:14 38:8,13
  40:18 41:9,13
  41:20 42:1
  44:12,15
**physically** 13:5
  13:6
**Pittman** 2:8 4:5
**place** 4:6 10:11
  20:13 21:23
  22:22 28:2

**Plaintiff** 1:10
**Plaintiff's** 5:10
  5:11
**PLAINTIFF(S)**
  4:3
**play** 38:19 39:1
**Please** 3:11
**point** 1:12,13
  13:16 18:22
  19:1,7,14,22
  23:21 25:18
  26:18 28:10,17
  35:7,16 36:11
  37:2 38:3
**points** 14:10
**position** 9:19
**possible** 22:2
**practice** 40:21
**Pre** 31:3
**Precision** 30:16
  31:6 32:3
  35:16 38:5
  39:8,20 42:5
  44:12
**prepare** 46:16
**prescription**
  42:18
**Present** 4:18
**pretty** 15:12
  17:2 36:10
**print** 48:8
**prior** 3:3 27:1
  43:2,4
**probably** 15:16
  20:20 23:11
  39:15,17 41:11
  42:22 45:3
**Procedure** 3:5
**procedures**
  10:11
**proceedings**
  48:5,11
**processes** 10:14
**proctor** 11:23
**professionals**
  43:14

**profitable** 10:14
**pronounce** 6:16
**pronouncing**
  6:12
**proper** 27:9
**providers** 42:6
  44:14
**Public** 2:7
**pulled** 23:3,8
**pushed** 26:16
**put** 16:13 17:23
  19:22 32:4
**puts** 34:14
**Putting** 10:10

**Q**

**question** 26:22
**questions** 2:21
  2:22 47:3 48:6
**quickest** 22:2

**R**

**R** 4:1 48:1
**read** 14:7
**reading** 1:22
  2:13
**real** 25:16
**really** 6:14 17:3
  25:17,17 26:8
  26:11 32:21
  46:9
**reared** 40:20
**recall** 13:23
  24:19
**receive** 11:2
**received** 19:19
**recollection**
  24:22
**recommendat...**
  30:10
**recommended**
  31:3 42:18
**record** 7:8
**records** 33:16
**reduced** 48:7
**referred** 27:4

Matt Kornegay                                                        12/16/2022

Page 53

39:21
regular 42:12
relating 2:17
release 8:14
  11:5 28:11
remain 45:23
remember 12:5
  12:19 13:21
  16:6,14 17:18
  20:9,18 23:1
  23:20 26:6
  30:12,21 31:1
  31:15,20 33:8
  33:22 34:4
  35:3 36:17
  40:2
remote 36:13
Reporter 1:20
  2:6 3:13
represents 48:9
reputation
  30:17
resolving 37:22
respective 2:4
result 48:15
retained 3:12
retracted 27:23
right 6:13,21 8:5
  9:17 17:23
  22:4,7 24:1,15
  26:3 33:4,7,21
  34:17 36:1
  37:14,23 38:10
  38:15,16 43:19
  46:22
rock 13:12
rock-climbing
  29:15,18
role 9:14 10:22
room 30:6,9
  32:3,6,15
Ross 21:6
roughly 39:16
Rule 3:4
rules 2:16 3:5
run 10:13

runs 36:22

—————
**S**
—————

S 2:1 4:1
s/Kimberly
  48:18
SAITH 47:5
sake 45:4
sat 6:23
saw 40:3
saying 34:11
  46:4
Says 38:7
school 8:13,14
  11:8 12:11
  36:12 37:3,10
Screaming
  16:15
Sean 7:9
see 20:2 21:20
  27:19 37:15
  41:2,17,21
  44:19
seek 20:2 28:15
seen 40:17 42:7
  42:8 44:14
semester 36:16
send 19:8
sending 19:18
  27:22
sent 14:2
separate 45:11
  45:12,14
set 22:14
shed 26:14
Shelby 31:13
Shield 45:7
shooting 38:21
shop 8:15 9:20
  10:5,13
Shorthand 2:6
shortly 24:11
show 24:11
sign 13:17 14:2
signature 2:12
signed 14:8

signing 1:22
  14:17
sir 6:19 7:3,19
  8:6,9,11 9:8,13
  11:21 22:23
  14:20,22 17:14
  19:2 20:14
  21:7 22:23
  23:16,19 24:16
  27:17 28:7,19
  29:3,6 30:4,22
  31:8,10 32:21
  33:5 35:9,11
  35:17 38:3
  40:5 41:19
  42:22 43:1,7,9
  43:9,23 44:16
  44:20,23 45:21
  46:11,15,18,21
  47:1
situation 11:5
  17:6
skip 7:4
Small 4:14
softball 38:20
  39:2
somebody 19:22
  26:16,19 30:13
  39:21 44:19
something's 9:3
sorry 17:15
sort 11:8 13:1
  13:18 25:12
  26:23 27:13
  28:4,6 32:17
  33:2,3 36:13
  37:18 43:6,20
sound 24:15
  33:4 38:15
sounds 34:18
  38:16
speak 18:23
  40:14
specialized 11:8
spent 12:9
spiel 7:6

spring 39:2
St 48:3
standard 10:10
started 9:18
  12:11 33:8,15
state 2:7 7:7
  45:13 48:2,21
STATES 1:1
stay 25:8
stayed 25:7,8,19
steadily 39:11
stenotype 48:6
STIPULATED
  2:2,11,18
stipulations 6:6
Stivers 9:1,12
  9:16 10:20
  45:9
stood 14:14
stop 27:6
stopped 21:15
straight 20:12
  31:12
streamlining
  10:13
Street 4:15
stroke 17:10
stuck 20:15
stuff 7:5 10:16
  12:12 13:19
  32:13 42:16
Suite 4:6,15
summer 37:21
  41:15
supervision 48:8
supposed 19:18
  43:10
sure 10:12 12:16
  14:1 15:9,10
  16:11 17:5,8
  20:22 25:4
  26:5,17 34:13
  35:5 46:6
surgery 39:14
  40:8,15 41:7,9
swelling 38:20

40:23
sworn 6:2

—————
**T**
—————

T 2:1,1 48:1,1
take 10:21 17:2
  18:13,21 21:2
  21:10 24:4
  33:23 36:5
  41:6 44:18
taken 2:5 3:9
  43:5 44:3 48:5
takes 38:14
  43:16
talk 15:5 16:17
  16:19 28:8
  46:12
talked 15:11
  16:22 18:2
  30:19 46:8,11
talking 17:19
  18:19 21:8
  40:6 43:19
tell 19:6 25:13
  30:5 38:17
  45:4
telling 45:19
tells 43:11
terms 30:7
terrible 24:1
testified 6:3
testimony 1:16
  3:9 48:10
therapist 35:22
  41:20 42:1
  44:12
therapists 44:15
therapy 31:7
  33:6,8,14 34:1
  34:23 35:7,20
  35:21 36:7
  37:14 38:8,13
  41:9,13
thereto 3:3 48:7
thing 42:15
things 32:5

Matt Kornegay																		12/16/2022

41:21
**think** 7:5 14:3
18:10 21:18
28:9 33:14,14
34:2,2,6,10,19
35:19 41:14
**three** 20:10
34:10 35:2
**time** 3:1,2 10:3
11:7 13:3
14:23 15:6,12
15:23 18:23
19:7 22:18
23:6,15 25:7,9
25:21 26:4,6
31:20,21 34:5
34:7,20 35:5
35:12 36:5
39:13 40:2
41:5,19 42:2
43:13,21 44:3
44:20
**times** 18:9 31:15
33:22 35:4
40:20
**today** 12:4 46:14
**told** 13:17 19:8
19:14 20:1
23:5 24:12
27:21 28:15
32:8 45:3 46:7
**top** 30:22
**toting** 32:10
**touch** 23:14
25:16
**Trace** 7:15,23
8:2
**traffic** 21:19
24:1
**training** 11:10
11:12 12:1
**transcript** 3:8
48:10
**transpired** 26:2
**travel** 12:2
**treat** 40:23

**treated** 43:6
**treatment** 19:21
22:5 30:8
32:17 33:2
34:9 37:13
45:23
**trial** 3:1
**tried** 35:19
43:23
**trip** 24:9
**true** 48:9
**try** 28:5 43:18
**trying** 16:15,16
19:20 20:21
21:22 24:21
27:12 28:12
33:19
**twice** 34:2,3
**two** 20:6 31:23
40:21,22
**type** 12:12 37:16

**U**

**U** 2:1
**UAB** 21:3 22:22
**ugly** 40:20
**Uh-huh** 22:9,17
24:14 25:2
27:20 34:16
37:8,17 38:6,9
**understand** 7:5
26:17 34:13
36:21,23
**understanding**
8:3 40:7
**Understood**
44:2 45:18
**unfortunately**
17:9 22:13
**UNITED** 1:1
**update** 25:22
**ups** 44:7
**upset** 25:17
**use** 30:18
**Usual** 6:6

**V**

**versus** 18:19
**video** 19:8,18
20:3,5 27:19
27:22
**virtually** 37:5
**vs** 1:11

**W**

**W2** 10:23
**waived** 1:23
2:14
**waiver** 13:18
**walked** 23:3
36:5
**wall** 18:7
**want** 18:12 25:3
27:9 30:18
**wanted** 12:13,15
15:4 20:2,23
**wanting** 12:11
13:12 27:18
**wash** 9:4
**wasn't** 17:3 32:1
34:23 35:1
**waste** 10:12
**way** 15:3 21:13
21:15 22:2
30:3
**we'll** 12:3
**we're** 12:4 38:22
42:19
**we've** 24:7 35:1
36:8 39:10
43:23
**weak** 36:3
**week** 12:20 17:1
33:23
**weight** 32:8
**went** 12:14
13:13 14:11
19:12 20:15,16
31:4,5,15,22
32:11 34:22
35:12,20 36:2
37:2 40:3

**weren't** 27:14
**West** 7:13,15,17
11:3
**wheelchair**
24:22 32:12
33:1 37:11
**When's** 41:5
**Whitten** 4:4 6:8
12:8 27:6
29:12 47:2
**wife** 8:4,7
**wife's** 8:4
**willing** 41:1
**winter** 39:16
**witness** 2:13 5:3
48:11
**wondering** 30:2
**work** 7:7 8:14
9:22 11:5,6
43:11,13
**working** 8:16,17
12:22 13:1
**worried** 17:3
**wouldn't** 39:5
**wrapped** 32:5
**wreck** 20:15
23:22
**wrong** 9:4 18:22
32:19 43:3

**X**

**X** 5:1

**Y**

**y'all** 19:17 20:8
23:17 25:11
30:6 31:22
35:13 36:10
39:14,21 40:3
41:23
**yeah** 9:5 11:18
11:21 12:1,16
13:15 14:6
16:18,22 17:17
20:20 21:5,5,7
22:18 23:22

30:1 31:19
33:12,17 34:2
35:1 36:18
37:1,12,19
38:22 41:16
**year** 7:20 9:22
10:1 17:11
20:6 33:10,13
40:4 42:23
**years** 20:6 35:2
39:12

**Z**

**0**

**07** 8:2

**1**

**1:00** 22:10
**100** 15:10 25:4
**1099** 11:1
**11:00** 22:16
**11:34** 1:19 2:10
**1100** 4:6
**12:00** 22:10,13
**12:09** 47:6
**15** 3:6
**150** 20:16 21:3
22:22
**16** 1:18 2:9 3:9
**1800** 4:15
**19** 10:4
**1988** 3:6
**1st** 9:21

**2**

**2** 48:17
**2:21-CV-0050...**
1:5
**20** 18:17
**2001** 4:6 9:11
**2019** 9:19 17:13
**2020** 34:15 35:5
35:10 36:16
37:21 38:14
**2020-ish** 37:18

Matt Kornegay                                        12/16/2022

**2021** 39:3
**2022** 1:18 2:9
  3:10
**2023** 48:17
**20th** 4:15
**21** 39:18,19
**213** 7:15
**25** 20:20 22:21

_____
**3**
_____
**30** 22:21
**31st** 9:23
**35184** 7:16
**35203** 4:7,16

_____
**4**
_____
**459** 20:15,16
  21:4

_____
**5**
_____
**5(d)** 3:4
**505** 4:15

_____
**6**
_____
**6/8/24** 48:23

_____
**7**
_____
**79** 7:11

_____
**8**
_____
**8/18** 7:11

_____
**9**
_____
**9/30/23** 48:20
**98** 7:21 11:3
**99** 25:20