**Smartwaiver Certificate of Authenticity**

Verify Authenticity of Document
Document ID: tGb7LNNuY2MpXLBExT5Tg5
Completed: 2019-08-02T16:06:14+00:00 UTC

# High Point Climbing and Fitness Gym Rules and Waiver

**Please read the following rules of the gym. You are responsible for understanding and abiding by these rules. Please ask gym staff if you do not understand something.**

- For each visit, all visitors will check in at the front desk upon arrival. If you have an address change, please let us know.
- All visitors (climbers and belayers) must fully execute the Visitors Agreement before participating and completing a gym orientation.
- Before being allowed to belay, individuals will be tested for proficiency by gym staff for knowledge of the following: proper belaying (managing the rope for a climber), knot tying, climbing commands and equipment checks. Belaying without being tested will result in loss of climbing privileges. The minimum age for belaying at a gym is 11.
- Gym staff must test all lead climbers and lead belayers for proficiency. Lead climbing ropes may be rented. If you wish to use your own, a separate waiver must be signed.
- Boulderers are responsible for providing their own spotter. It is recommended that climbers age 13 and under only boulder as high as they are tall.
- Only climbing equipment approved by gym staff is to be used in the climbing facility. All belayers must belay directly off of their harness. Climbers must tie in with a figure 8 knot.
- **Loose chalk is not allowed in the gym. Chalk balls only!**
- For insurance purposes, no instruction is allowed except by gym staff or High Point Climbing School staff.
- Climber and belayer must always double-check each other's systems before each and every climb.
- When using the auto belays you may only climb an arms width to either side of the point where the auto belay is anchored at the top of the wall.
- A parent or adult guardian must accompany climbers 13 years old or younger at all times unless lessons are scheduled. Children 13 and under are not allowed to use the training and fitness areas of the gym.
- No bare feet allowed anywhere! This complies with State Health Codes.
- No horseplay! No running, yelling, jumping or swinging on ropes. No headphones allowed while climbing or belaying.
- No alcohol, drugs, or tobacco allowed. Anyone suspected of being under the influence will not be permitted in the gym. No foul language on High Point's premises. No chewing gum for safety reasons. Also, food and open drinks are not allowed on padded surfaces.
- Personal items are not allowed on padded surfaces. Water bottles, bags, etc., should be stored in cubbies or lockers.
- Management has the right to suspend or terminate any visitor's membership for violation of the gym policies and/or rules. In such a case, there will be no refund of any fees. Rules are subject to change and will be enforced by gym staff.
- Any injuries or damaged equipment must be reported to gym staff.

**EXHIBIT 5 - 000001**

- These are not all of the gym's policies. Participants are responsible for reading additional policy information posted in the gym.
- When visiting another High Point facility, it is the visitor's responsibility to ask and familiarize themself with any differences in policies or rules.

## High Point Climbing and Fitness

## Assumption of Risk, Indemnity, and Release of Liability Agreement

## (Please read carefully)

In consideration of the use of the premises, facilities and services of High Point (defined below), I (the "Visitor") and, if the Visitor a minor, his or her parent or legal guardian (the "Parent," who is executing this agreement on behalf of the Visitor and hereby represents and warrants that they are such Visitor's parent or legal guardian) understand, acknowledge and hereby agree as follows. This Assumption of Risk, Indemnity, and Release of Liability Agreement ("Agreement") pertains to all High Point Climbing and Fitness facilities, including but not limited to those located in Tennessee and Alabama, which are operated by High Point Climbing, LLC doing business as "High Point Climbing," "High Point Climbing and Fitness," etc. (collectively, "High Point").

**Acknowledgement of Activities and Risks:** I understand that the activities offered by High Point include, but are not limited to, the following (collectively, the "Activities"): climbing, rappelling, bouldering, belaying, spotting, slacklining, team building activities, rescue training and other activities on aerial equipment, massage therapy, yoga, and fitness training and classes, including the use of stationary bicycles and other aerobic and weight equipment. The Activities require moderate to heavy physical exertion. Fitness training, yoga classes, massage therapy, and/or High Point's climbing school may be operated by independent contractors and/or tenants of High Point. When that is the case, the independent contractor or tenant, not High Point, is responsible for its respective activities, and disputes and claims arising from their activities must be resolved with the contractor or tenant, not High Point. Rented equipment is accepted by the Visitor in an "as is" condition and without any warranty as to condition, fitness or otherwise. Visitors share the responsibility for managing the risks of High Point and its activities, supervised or not, and must follow staff instructions and directions and High Point rules and policies. I understand that High Point staff have no responsibility to assist, supervise or even observe Visitors in their activities or movement about the facility, except while instructing or testing, and that High Point staff are not responsible for the condition of any equipment I bring to High Point, including harnesses, belay devices, and ropes, and that it is my responsibility to continually inspect and maintain such equipment and follow the manufacturers' instructions. I understand that climbing and the Activities are inherently dangerous and that Visitors will be exposed to risks including, among others: trips and falls and other accidents that may occur in moving about the facility and its perimeter, including its parking area; overexertion; failing to properly secure themselves to belay devices or ropes; falls from walls, boulders and other structures and equipment; abrupt contact with other persons, structures and equipment; falling climbers, and dropped tools and hardware; the failure of ropes, harnesses, climbing holds and other equipment, including mats and pads; and the carelessness of staff and other visitors.

**Agreements Regarding Orientation, Training, Policies and Rules:** I understand that High Point requires me to participate in certain orientation(s) and/or training(s), to review certain policies and rules, and to abide by and follow the foregoing. I agree to participate in, and review, such orientations, trainings, policies, and/or rules, and to abide by and follow the foregoing. No Visitor may belay another unless and until he or she has been tested and determined to be qualified by Gym staff to do so.

**Assumption of Risks:** The risks described above, and others, are inherent to climbing, High Point, the Activities and premises -- that is, they cannot be eliminated without destroying the basic nature of the visit to High Point and reducing its appeal and value. I understand that the risks described above, and others, inherent or not, may result in all manner of trauma including breaks, sprains, abrasions, serious injury and even death. I acknowledge and assume all such risks, inherent and otherwise and whether or not described above. If the Visitor is a minor, I, Parent, have discussed the activities and risks with the minor, who understands them and wishes to participate nevertheless.

**Release and Indemnity:** I, for myself and, to the maximum extent allowed by law, on behalf of my minor child or ward, if applicable, agree to release and not to sue, and to defend and indemnify (that is, to pay or reimburse damages and costs, including attorneys' fees), High Point Climbing, LLC and its affiliates, owners, members, directors, officers, coaches, instructors, staff, contractors and subcontractors (all referred to as "Released Parties") with respect to any and all claims of injury, disability or death, products liability (including strict liability), breach of warranty or other loss or damage to person or property in any way related to my, or the minor Visitor's, visit to High Point, including the use of its facilities, equipment or services. These agreements of release and indemnity include loss or damage caused or claimed to be caused in whole or in part by the negligence, but not the intentional wrongs or the gross negligence, of a Released Party.

**Medical Treatment Authorization:** I hereby authorize and grant permission to High Point staff to secure emergency medical treatment for myself or, if my minor child or ward is the Visitor, for the minor. I have insurance sufficient to cover medical costs that may be incurred and/or in any event I agree to be responsible for such costs. I represent that neither I nor the minor Visitor (if applicable) have any mental or physical condition that might create risks to ourselves or to others. I understand that High Point reserves the right to deny or terminate a Visitor's participation in its Activities, in its sole discretion.

**Photo and Video Release:** I authorize High Point to take photographs and videos of me or the minor Visitor for any lawful purpose (e.g., publicity, web content) without compensation and agree that such photographs and video are the property of High Point.

**Governing Law; Severability; Continuing Validity:** I, along with the Released Parties, agree that in any dispute, the laws of the State in which the applicable High Point facility is located shall govern this Agreement and that any action or claim relating in any way to this Agreement, High Point, the Activities, or any other dispute between a Released Party and a Visitor or Parent shall be brought solely in a court of competent jurisdiction in the county in which the applicable facility is located. The prevailing party in any such action or claim shall be entitled to recover its related costs including attorneys' fees. I, along with the Released Parties, AGREE TO WAIVE MY RIGHT TO A TRIAL BY JURY IN ANY ACTION OR PROCEEDING related in any way to this Agreement, High Point, or the Activities. This Agreement shall be binding, to the fullest extent allowed by law, on all persons signing below, the minor child, if any, and their respective successors, heirs, executors, administrators and family members. It may not be altered. If any part of this document is deemed by a court of competent jurisdiction to be unenforceable the remainder shall nevertheless remain in full force and effect. I understand that each time I, or the minor Visitor, visits any High Point facility, then I, or the minor Visitor, shall be and remain bound by the terms and conditions herein; provided, however, that High Point may require a modification or replacement agreement in the future as a condition to further visits to High Point.

**I have read, understood, and fully informed myself of the contents of this Agreement, which constitutes a binding contract.**

Date: August 2, 2019

## Participant's Name

**Kinsley**
First Name*

**N/A**
Middle Name

**Kornegay**
Last Name*

**(205) 470-8518**

Phone*

## Participant's Date of Birth*

2 - February   15   2007

## Participant's Address

Address Line 1:* **213 deer trace**
Street address, P.O. box, company name, c/o

Address Line 2: **N/A**
Apartment, suite, unit, building, floor, etc.

Country:* United States

City:* **West Blocton**

State/Province:* **AL**

Zip/Postal:* **35184**

## Parent or Legal Guardian's Email Address

**matt@magnificentvacation.com**
Email*

**matt@magnificentvacation.com**
Confirm Email*

   Would you like to receive our monthly newsletter?

## Emergency Contact

**matt kornegay**
Emergency Contact's Name*

**(205) 470-8518**
Emergency Contact's Phone Number*

EXHIBIT 5 - 000004

## How did you hear about us?

Friends

---

I AM THE PARENT OR LEGAL GUARDIAN OF THE MINOR VISITOR AND I HAVE READ THIS VISITOR AGREEMENT (WHICH INCLUDES AGREEMENTS OF RELEASE AND INDEMNITY) IN ITS ENTIRETY. I AM SIGNING THIS VISITOR AGREEMENT ON MY OWN BEHALF AND ON THE BEHALF OF THE MINOR VISITOR.

## Parent or Legal Guardian's Name

**Matt**
First Name*

**N/A**
Middle Name

**Kornegay**
Last Name*

**(205) 470-8518**
Phone*

## Parent or Legal Guardian's Date of Birth*

8 - August   18   1979



**Parent or Legal Guardian's Signature***

---

## Electronic Signature Consent*

☑ By checking here, you are consenting to the use of your electronic signature in lieu of an original signature on paper. You have the right to request that you sign a paper copy instead. By checking here, you are waiving that right. After consent, you may, upon written request to us, obtain a paper copy of an electronic record. No fee will be charged for such copy and no special

EXHIBIT 5 - 000005

hardware or software is required to view it. Your agreement to use an electronic signature with us for any documents will continue until such time as you notify us in writing that you no longer wish to use an electronic signature. There is no penalty for withdrawing your consent. You should always make sure that we have a current email address in order to contact you regarding any changes, if necessary.

EXHIBIT 5 - 000006