• Long hair: and if the stuck hair can be belay device, and their hold on the brake yanked from the head. Although better than loose long hair, a ponytail, if long enough, can become fouled in the belay device. Recommend that any hair that can reach the belay device be tied up.

**c.ii.F. Auto-belays:** If your facility has auto-belays you should provide an orientation to their use and a discussion of the common risks. The orientation should involve supervised, hands-on practice and a test to ensure the climber fully understands how the auto-belay system is used and the common misuses the climber might encounter.



Auto-belay barrier

EXHIBIT 6 - 000001