## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| KINSLEY KORNEGAY, a minor, by and through her parent and guardian, MATTHEW KORNEGAY,<br><br>    Plaintiff,<br><br>v.<br><br>HIGH POINT BIRMINGHAM, LLC and HIGH POINT CLIMBING, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) CASE NO.: 2:21-cv-00505-NAD<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S NOTICE OF FILING EVIDENTIARY MATERIAL

COMES NOW the Plaintiff by and through her undersigned counsel of record, offers the following evidentiary materials in support of her Response in Opposition to Defendants' Motion for Summary Judgment:

- Exhibit 1:   Video Footage of Plaintiff's Fall
- Exhibit 2:   Perfect Descent Operations Manual
- Exhibit 3:   Climbing Wall Association's Industry Practices
- Exhibit 4:   Photo of Kid Zone & Lava Wall
- Exhibit 5:   Dr. W. Krauss Deposition (Kinsley's Surgeon)
- Exhibit 6:   D. Hague Expert Report
- Exhibit 7:   High Point's Orientation Outline
- Exhibit 8:   High Point's Interrogatory Responses

Respectfully submitted this 10th day of March 2023,

/s/Austin Whitten
Austin B. Whitten (WHI165)
Michael C. Bradley (BRA094)
**PITTMAN, DUTTON, HELLUMS, BRADLEY & MANN, P.C.**
2001 Park Place North, Suite 1100
Birmingham, AL 35203
Tel:    (205) 322-8880
Fax:    (205) 328-2711
Email:  austinw@pittmandutton.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notification to all counsel of record.

/s/ Austin Whitten
Of Counsel

## CERTIFICATE OF SERVICE

 I hereby certify that on March 10, 2023, a true and correct copy of the foregoing was served on the following counsel of record via electronic filing:

**Neal D. Moore, III**
**Jeremy S. Hazelton**
**Christian & Small, LLP**
505 North 20th Street
Suite 1800
Birmingham, AL 35203
jshazelton@csattorneys.com

             /s/Austin Whitten
             Of Counsel