# EXHIBIT 1
# Video Footage of Plaintiff's Fall
# (Filed Conventionally)