# EXHIBIT 4
# Photo of Kid Zone & Lava Wall

