FILED
2023 Mar-10 PM 01:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 6
# D. Hague Expert Report

**Climbing Wall Management LLC**
PO Box 333
Lynchburg, VA 24505
January 7, 2022

Austin Whitten
Pittman Dutton Hellums Bradley & Mann
2001 Park Place North, Suite 1100
Birmingham, AL 35203

Re: Kornegay v High Point Climbing and Fitness

Dear Mr. Whitten,

Per your request I have prepared the following report on the above referenced case.

In formulating my opinion, I reviewed and/or relied on the following documents provided by your office. The opinions provided in this report are to a reasonable degree of rock-climbing professional evaluation certainty, incorporating the accepted standards of care for operations similar to that of the Defendants.

Deposition of Hannah Staubach with exhibits
Deposition of Shawn Watson with exhibits
Filed Complaint
Plaintiff's Defendant's Responses to Plaintiff's First Interrogatories
Video of the incident supplied by Mr. Whitten labeled 20210426_093611.avi
Incident Report
Orientation Form
Orientation Outline 3-20
Staff Training Outline

In formulating my opinion I also reviewed and/or relied on the following other documents
Hague, Dan. *Artificial Climbing Wall Operation and Risk Management.* 2019 (ACWO)
Climbing Wall Association. *Industry Practices, A Sourcebook for the Operation of Manufactured
    Climbing Walls, Third Edition.* 2007 (CWA)

<u>Summary of qualifications</u>
I founded (1993) and led Sportrock Climbing Centers in the Washington D.C. area for its first 11 years. In that time, Sportrock grew to become the East Coast's largest climbing company with three indoor facilities, extensive indoor and outdoor instructional offerings, and a reputation for excellence within the climbing industry. In 2008 I opened my fourth gym, in Lynchburg, Virginia, where I currently reside.

I have been climbing since 1972 and teaching the sport since 1994. I developed and continually improved the operational standards by which my facilities ran. I have vast experience recruiting, hiring, training and managing climbing gym staff. In addition, my coached clients have included many

1

climbers in the junior divisions who have gone on to impressive finishes in local, regional, and national competitions.

During my tenure at Sportrock I developed the successful Fast Forward Progression, a series of classes that has helped thousands of climbers acquire movement skills quickly and effectively. Along with co-author Douglas Hunter, I wrote The Self Coached Climber (2006) in which we reveal the many principles, tips, and tricks which make his instructional method so successful. Douglas and I followed with a second book called Redpoint in 2011. After over 50 years in the sport I continue to be an avid climber.

I am a past Chairmen of the Climbing Wall Association's (CWA) Operational Standards Committee which oversees and revises the operational standards for the climbing wall industry. In addition I chaired the CWA's Climbing Wall Instructor (CWI) certification committee helping to put the program in place. I have been classified as a "provider" for the CWI giving me authority to certify instructors to the CWI standards. In addition, I was a board member at the CWA from 2010 to 2012.



# Artificial Climbing Wall Primer

Artificial climbing walls are typically constructed using textured sheeting attached to steel framework. The sheeting is usually either coated plywood or fiberglass and is perforated with 3/8" sleeved inserts known as T-nuts that allow the attachment of modular climbing holds to the climbing surface. These holds are what allow a climber to ascend the wall.



Modular climbing holds bolted to the climbing wall

Roped climbing involves two parties, a climber and a belayer. In a top rope system (see below) the rope has been looped over or through an anchor at the top of the wall and remains in place; in lead climbing (see below) the climber trails the rope behind him. The climber is attached to one end of a specialized climbing rope by way of a harness, and the belayer, through a friction producing device called a belay device, controls the other end. As the climber ascends the wall the belayer manipulates his end of the rope such that if the climber falls the belayer locks down the rope using the belay device thereby arresting the fall and resulting in the climber suspended on the rope.

<u>Climbing Equipment</u>
Climbers engaged in roped climbing wear a harness purposely built for rock climbing. The climber attaches the rope to his harness by way of direct tie in using a climbing specific knot such as a figure eight follow through or bowline or in some top rope or auto-belay applications by way of lockable carabiners. Carabiners are climbing specific D shaped snaplinks. The belayer attaches the belay device (described below) to a specific point on the harness and threads the rope through the device.

Although not required for safety reasons, climbers typically wear specialized shoes that provide



toproping

lead climbing
(protection means quickdraws!)

3

support and increased friction. Climbers might also carry a small bag of gymnastic chalk on their waste to keep their hands dry thereby improving friction on the holds.

### Top Rope Climbing

Top rope climbing implies that the climbing rope has previously been strung through an anchor at the top of the climbing wall with both ends on the ground. The climber ties or clips (if using carabiners) into one end of the rope and the belayer sets up his belay device on the other. After a double check of their partner's setup and verbal communication indicating all parties are prepared and ready the climber begins his ascent. The belayer, through specific hand motions designed to always keep the brake hand on the rope (belayer's right hand in picture below), takes up slack in the rope as the climber climbs. Should the climber fall the belayer locks down on the brake end of the rope suspending the climber in mid-air and thereby arresting the fall.

A belayer's secondary job is lowering the climber back to the ground using the friction produced by the belay device.



A typical top rope setup

4



### Lead (Sport) Climbing

In lead climbing the climber trails the rope behind him clipping into points of protection known as quickdraws which have been previously and permanently installed at regular intervals. A quickdraw is a short sling of nylon webbing attached to the wall with a carabiner on the free hanging end. The set up, double check, and verbal communication all remain the same as top roping except that the climber always ties in to the rope rather than attaching by carabiners. Lead climbing is more dangerous than top rope climbing due to the potential additional length of the falls. A longer fall means the belayer must deal with significantly increased forces. Lead climbing requires more skill from both the climber and belayer than top roping.



Lead climbing

### Auto-belay Climbing

Autobelay systems allow a single person to use a roped climbing wall. The climber attaches his harness to a spring loaded lanyard held in place at the base of the climbing wall. The lanyard is attached to a braking device anchored to the top of the climbing wall. As he climbs the spring retracts the lanyard and if a fall occurs the device will gently lower him back to the ground.



Autobelay climbing



### Bouldering
Bouldering is climbing close to the ground without a rope or harness. Bouldering walls are usually from 10 to 20 feet in height. Each fall from a bouldering wall results in a ground fall and even though it would appear a safer activity than roped climbing due to the limited height there is in actuality an industry known greater risk of injury.



Bouldering

### Climbing Routes or Problems
Difficulty and not speed is the common goal in climbing. It's not how fast you can climb a wall but rather the difficulty grade you can ascend. To that end indoor climbing facilities create routes (called "problems" in bouldering) of varying grades up the wall. These routes or problems are usually designated with the same color holds or duct tape and are labeled with the difficulty grade at the base of the wall. Climbers pick their route and attempt to "send" the route meaning climb it from bottom to top without help from the rope and using only the designated holds. Routes and problems are changed frequently to provide climbers with a continuous offering of new challenges.



Climbing routes designated by hold color

6



### Belay Devices

A belay device creates varying friction on the rope to assist the belayer in arresting falls and lowering the climber gently to the ground. There are two broad categories of belay devices: manual and auto-assist. Both types allow the rope to flow freely through them when no load or action is applied but can be quickly locked down to stop the rope moving through the device.

In the event of a fall a manual device requires the belayer to apply quick action by physically bending the rope downward over the lower side of the device. If the belayer does not control the downside end of the rope known as the brake end, the rope will flow freely through the device and the climber will rapidly drop to the ground. In addition, once a climber begins to fall if the belayer does not act immediately or loses grip on the brake end it is almost impossible to regain control of the rope due to the momentum generated by the fall.

An auto-assist device, on the other hand, typically utilizes a moving cam to automatically clamp down on the rope if sufficient force, as in a fall, is applied to the rope.



Black Diamond ATC – manual



Petzl Gri-gri - auto-assist

7



### Padding

The impact attenuation surfaces placed under climbing walls have evolved greatly over the last 20 years. Current padding, which has been used in the industry for the past 10 to 15 years, involves a continuous surface (see below) with no exposed edges or open seams between pads. Edges and seams frequently have been found to increase the risk of injury especially to boulderers whose every fall is to the ground.

Today's padded climbing surfaces and those for the past 10 to 15_ years, are typically constructed of a denser and thinner layer of closed cell foam over a more flexible but thicker layer of open cell foam. The foam layers are covered with vinyl or carpet. The closed cell foam distributes the force of a fall over a large area before the softer open cell foam absorbs the impact. The thickness of the padding varies but is typically four or more inches under roped walls and eight or more inches under boulders. Importantly, continuous padding does not present the dangerous seams or the possibility of the climber falling and missing the padding altogether, while at the same time removes the foreseeable possibility that the instructor or spotter will improperly place the padding under the falling climber.



Continuous surface impact attenuation padding

8



Brief summary of facts in this case

On August 2, 2019 Plaintiff Kinsley Kornegay (at the time age 12 years) visited the High Point Climbing and Fitness (HPC) facility in Birmingham, AL for the purpose of participating in indoor rock climbing. Ms. Kornegay had never visited an HPC facility nor participated in any form of rock climbing prior to this date.

Ms. Kornegay was accompanied by several other minors and their parents; Ms. Kornegay's parents were not present. After checking in at the front counter and a brief orientation to the facility including the auto-belay system in which parents were directed to supervise the minors in the group they were turned out to climb without direct HPC staff supervision. The group moved to the kid's zone section of the facility where Ms. Kornegay completed several climbs on auto-belays. Ms. Kornegay subsequently approached an auto-belay climb, pressed a button to start a series of lights to race up the wall and began climbing without attaching to the auto-belay lanyard. The safety guard in place known as a belay gate was inadequate to prevent her accessing the climbing wall. When she reached the top she pressed another button, interacted with the climber next to her and let go assuming the auto-belay would lower her back to the floor. Instead, she free fell 25 feet and was severely injured.

Cause of the accident

Although the immediate cause of Ms. Kornegay's fall was failing to connect to the auto-belay, there are multiple proximate causes for the injury sustained.

1. <u>Lack of proper orientation to the auto-belay system.</u> The HPC orientation takes approximately 15 minutes and includes descriptions of and warnings for all three types of climbing available at HPC leaving perhaps five minutes for the auto-belay orientation and instruction. Five minutes is not enough time to describe the safety procedures, provide adequate warnings and demonstrate the proper techniques for safe use. The instruction and warnings from HPC staff should then have been followed by a demonstration by each individual in the group (in this case three adults and four children) showing that the information imparted by the HPC staffer had been learned. That demonstration of acquired skills is commonly proved by performing actual climbs in the presence of the staffer. HPC provided the initial portion of an adequate orientation but failed to follow up with hands on practice.

   In addition there is no evidence that any of the three adults in Ms. Kornegay's group were provided an orientation. Only the minors in the group are listed on the *Facility and auto belay orientation* form.

2. <u>Lack of an auto-belay proficiency test.</u> The CWA Industry Practices (section 4.10) specify that "***If the facility employs auto belay devices, the staff administers an auto belay orientation and proficiency test for each climber before being allowed to use the auto-belay device without assistance or direct supervision.***" From the evidence reviewed no proficiency test was administered to any of the participants in Ms. Kornegay's group. HPC failed to provide this critical step in ensuring that all participants were thoroughly trained in auto-belay use and safety procedures.

   Additionally, Ms. Kornegay, at age 12 on the date of the incident, was due an elevated duty of care above that which would be expected for an adult. Children require repeated instruction and practice in recognizing and minimizing risks. Ms. Kornegay did not even receive the minimum level of instruction that would be required for an adult.

3. <u>Failure to provide adequate supervision.</u> According to the Perfect Descent Operations Manual for the 220 Series, the devices in use at HPC Birmingham, "***Climbers should be under constant***

*supervision by a trained operator. Before ascending the wall, operators should check to verify that each climber has:*
- *Properly fit and secured climbing harness.*
- *Properly clipped their harness onto the Perfect Descent Climbing System carabiner."*

HPC only provided sporadic supervision when time allowed. There was no direct supervision by a trained operator who would have ensured that Ms. Kornegay was properly secured to the auto-belay system prior to her leaving the ground.

4. <u>Distractions.</u> The button Ms. Kornegay pressed just prior to her beginning to climb started a series of lights that lit progressively up the wall. The climber is intended to race those lights to the top of the wall and press another button. This type of amusement is a distraction from the more important safety aspects of using the auto-belay system and the excitement to beat those lights to the top can cause a climber to forget to clip in, especially if that climber is a minor. HPC knowingly created this easily foreseeable additional risk without providing any added safety measures.

5. <u>Inadequate belay gates.</u> HPC manufactures their own belay gates. Ms. Kornegay, a 12 year old first time climber, was easily able to climb around HPC's belay gate defeating it's purpose of blocking access to the starting holds. An adequately sized belay gate would prevent a climber access to the beginning holds until the climber had detached the safety lanyard from the gate. HPC's belay gates are clearly inadequate at preventing a climber access to the climbing wall.

<u>Conclusions</u>

HPC estimated it has experienced a dozen similar accidents involving climbers failing to clip into the auto-belay in the last three years but, according to Shawn Watson in his deposition, has done nothing to change their policies, procedures or equipment to stem the tide of resulting injuries. Policy changes providing additional supervision and technology such as the Nicros Auto Belay Safety System (https://nicros.com/wall-products/abss/) or larger belay gates would prevent the vast majority of these incidents, but HPC has failed to implement anything beyond the bare minimum of a brief orientation and inadequate belay gates that are easily defeated.

HPC failed Ms. Kornegay as described above. These deviations from best practices were the proximate causes of Ms. Kornegay's accident and resulting severe injuries.

All opinions offered herein are within a reasonable degree of certainty in my expertise as a climbing instructor, climbing consultant, and climbing facility operator. I reserve the right to change my opinion based on facts which have yet to be discovered or disclosed.

*Dan Hague*
Dan Hague