# EXHIBIT 7
# High Point's Orientation Outline

## Orientations should take a minimum of 15 minutes.

Always ask if they have questions

Always make sure everyone is paying attention and understands what you're talking about

Be personable and relatable to customers. Talk to and with them, not at them. Have a dialogue and conversation. Imagine every point you discuss is a response to a question.

Always use emphasis on extremely important policies to re-enforce risk and that they are paying attention

Intro/ Basic Rules

- Introduce yourself – Hi my name is….
- Welcome to High Point
- Start with role call to make sure everyone in your group is on the orientation form. If they aren't, find out what they will be doing. If they don't have a waiver, explain that they can't be on any padded surface and they are not allowed to assist a climber in any way.
- The purpose of this orientation is to explain the gyms policies and to let you know what you can and can't do while you're in the facility.
- If you visit one of our other facilities, this orientation will transfer but it is your responsibility to ask if there are any differences you should be aware of.
- If you ever have a question, please ask. There is no such thing as a dumb question when you're dealing with these types of heights. Make sure you know the correct way to do something, don't assume.
- The rules of the gym are posted here. We are going to cover the most important rules in this orientation but there are others you will want to familiarize yourself with.
- "Before you begin climbing you must understand that climbing is inherently dangerous. That means you can be seriously injured at any time, even if you aren't climbing. Your safety is your responsibility."
- "All of you have signed a waiver acknowledging the risks associated with climbing and accept responsibility for your participation and being in the facility. After this orientation, it is your responsibility to follow all of our policies."
- "Parents are directly responsible for the safety of their children. Anyone 13 and younger must be directly supervised by an adult at all times."
- If there is an accident, please notify a staff member, we have basic first aid.
- If it is a serious injury, let staff know as soon as you can.
- We recommended taking off rings, watches, or bracelets.
- We recommend no long necklaces and to tie back all long hair.
- No headphones while climbing. We need to be able to communicate with you. No chewing gum is allowed in the facility. Please put your gum in the garbage can now.

- Take everything out of your pockets so it can't fall out while climbing.
- Shoes should be worn at all times.
- The only shoes allowed on the walls are CLIMBING SHOES. No sneakers or bare feet.
- NO CLIMBING SHOES ARE ALLOWED IN RESTROOMS – please take them off before entering the restrooms.
- NO running, yelling, wrestling, gymnastics, or foul language.
- No loose chalk. Please use a chalk ball to improve air quality and prevent messes.
- No food or drink on the padded surfaces.
- Personal items should be stored in cubbies or lockers. Do not place personal items on the padded surfaces. Every padded surface is a potential fall zone.
- Always look up when stepping onto a pad to make sure there isn't anyone overhead and never sit on the pads.
- Show them the monthly calendar and describe what's on it and what they can do to participate.

## Kid Zone

- Everything is on an auto belay.
- Anyone can climb in here.
- **This is the kids' bouldering area.
- ASK IF QUESTIONS

## Identify What's upstairs

- Upstairs you'll find our party rooms, fitness area, yoga room.
- 13 and younger are not allowed in the fitness areas.
- Party rooms can be reserved.

## Bouldering

- *(Describe bouldering. More dynamic style, very powerful and strength based).*
- BOULDERING IS ONE OF THE MOST DANGEROUS FORMS OF CLIMBING IN THE GYM. There is no rope involved so every time you fall, you will hit the floor.
- No matter how high you are you can be seriously injured. *(description of potential injuries: sprains, breaks, popping joints out of socket).*
- Because of the risk YOU MUST BE 14 to climb in main boulder room. Kids 13 and younger can climb on the kids' boulder structure in the kid zone. *(Ask the ages of kids and identify who is allowed to boulder and who is not. Obtain parents acknowledgement).*
- Kids 13 and younger can gain access to the bouldering room if they are: A part of clubs and teams, members, or USA climbing members.
- We recommend younger climbers only climb as high as you feel comfortable. Climb down to where you are comfortable letting go and drop to the pads.

- We always recommend down climbing, do not just jump off at any point. Start by going up a little ways and practice down climbing. Work into it. *(Then, immediately talk about down-climbing holds).*
- You should take short falls before taking big falls.
- <span style="color:red">Do not top out. There's nothing back there.</span>
- <span style="color:red">The best way to fall is to simply fall straight down and do not try to stick the landing. Tuck and roll onto your back or side while hugging your shoulders. Let the pads do their job and take the force of your fall. Demonstrate.</span>
- <span style="color:red">No spins or backflips allowed.</span>
- <span style="color:red">ALWAYS look up before approaching the boulder to make sure no one is over head.</span>
- While bouldering communicate with others: Identify where routes go to avoid intersections, do not walk, sit or stand underneath anyone climbing.
- Each route is only one color. Start with hands on the taped holds, use that one color all the way up, and the last hold has tape on it as well.
- The easiest routes have yellow cards under the start holds, green is a little harder, and then orange. It's called the 'V-scale' and we have it on this poster over **here and over **there.
- <span style="color:red">"AGAIN, THIS IS ONE OF THE MOST DANGEROUS FORMS OF CLIMBING, YOU MUST BE AWARE OF YOUR SURROUNDING AT ALL TIMES."</span>
- <span style="color:red">ASK IF QUESTIONS</span>

<mark>TR/ Lead Room Description</mark>

- *(Point out Lead climbing, top-roping, and autobelays. Describe each one).* Lead climbing is when you lead the route up the wall. So, you start with your rope on the floor and clip into those quick draws on the wall (black lanyards). Top-roping is similar but instead of starting with the rope on the floor you start with the rope over the anchor, at the top. The climber ties in to one side of the rope and the belayer connects to the other side where they use a belay device to pinch the rope and hold the climber in the air when they're tired or if they fall. The autobelay is a mechanism which keeps the rope taut as you climb and lowers you slowly.
- <span style="color:red">Please, NO SWINGING ON THE ROPES or MESSING AROUND WITH THEM.</span>
- Those of you who know how to lead or belay, will need to do a belay test right after the orientation in order to be able to lead or TR today. If you don't know how to belay we can get you into a class. It doesn't take long to learn and is a skill that is used around the world anywhere people are rock climbing.
- <span style="color:red">*(Inform them of optional classes to learn how to belay).*</span>
- <span style="color:red">While in the Rope Room DO NOT WALK UNDERNEATH ANY CLIMBERS or IN FRONT OF ANY BELAYERS *(people using ropes).*</span>
- <span style="color:red">DO NOT grab on to any metal objects on the walls like those metal bolts *(point them out)* and the quick draws *(black lanyards that have carabiners on them).*</span>
- Just like bouldering, all of the routes in the rope room are one color. If you start on yellow, then use only yellow all the way up.

- The routes are graded by numbers; the lower the number the easier. 5.5 is the easiest we have set right now and 5.13 is the hardest.
- *(Talk about the Route Setters).* Every week route setters are taking down and setting up brand new routes. It takes between 8 and 12 weeks for both the Rope Room and Bouldering room to be completely re-done, meaning there's always new climbs being set.
- ASK IF QUESTIONS

<mark>Auto belay Instruction</mark>

- An autobelay is a device that takes up slack as you climb and lowers you when you let go.
- Parents. If your kids are 6 and under, then you are responsible for doing all of their connections for them. If they are 7-13, then they can attach themselves. However, you must directly supervise them at all times and make sure the webbing is taut and they are not only attached, but attached correctly.

- The first thing you do when approaching an auto belay is test it. Make sure it's working by pulling down on the webbing and make sure it retracts. If it doesn't retract, do not climb on it and TELL A STAFF MEMBER as soon as possible.
- If you are climbing on an autobelay and it stops retracting, immediately stop climbing. Climb down if possible or yell for help. Staff can assist and try to get you down.
- After testing it attach the red carabiner to your attachment point first. Then, attach green to the same attachment point.
- You will always attach BOTH carabiners to the green loop on the harness before you start climbing.
- Next, do three safety checks: First, ensure the harness is up over your hips and the leg loops are snug *(they might have gone to the bathroom and put harness on incorrectly).* Make sure both carabiners are clipped into the green loop and finally squeeze test both carabiners to make sure they are locked.

- Make sure to stay in your autobelay lane otherwise you will swing very hard into the wall or others.
- When you're ready to come down let go of the wall completely, sit down into your harness, and put your feet in front of you against the wall. Walk down the wall.  Don't push of because you can twist around and hit your back or head on the wall.
- Green comes off first and is put directly back onto the yellow triangle, then red comes off second and can hang freely.
- *Verbally describe the entire procedure a second time including safety checks. Ask participants to tell you which carabiners should be attached and what the safety checks are.*
- Remember if the device stops taking slack in, stop climbing and yell for help or down climb.

- <span style="color:red">One of the most common accidents with these is not hooking up to the auto belay before climbing. You must attach to the system. (Reinforce parental responsibility). This is why we do safety checks and recommend working in pairs.</span>
- <span style="color:red">If you don't clip into this device, climb up and fall, you will leave seriously injured in an ambulance.  Double check before every single route.</span>
- <span style="color:red">AT THIS TIME, ask everyone in your orientation to demonstrate the clip in procedure.</span>
- <span style="color:red">Discuss how routes are graded.</span>
- <span style="color:red">ASK IF QUESTIONS</span>
- Make sure everyone you started the orientation with is still with you and initial the orientation form showing that it was completed.
- Immediately perform any necessary belay tests.