# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| KINSLEY KORNEGAY, a minor, by and through her parent and guardian, MATTHEW KORNEGAY, <br><br> Plaintiff, <br><br> v. <br><br> HIGH POINT BIRMINGHAM, LLC and HIGH POINT CLIMBING, LLC, <br><br> Defendant. | CASE NO.: 2:21-cv-00505-NAD |

## PLAINTIFFS' NOTICE OF CONVENTIONAL FILING OF VIDEO

Plaintiff hereby serves this Notice of Filing related to the following:

1. On March 10th, 2023, counsel for Plaintiff hand-delivered to the Clerk of Court a compact disc containing one video, which is <u>Exhibit 1</u> to Plaintiff's Evidentiary Material for her Response in Opposition to Defendant's Motion of Summary Judgment [Doc. 35].

Dated: March 10, 2023

                                            Respectfully submitted,

                                            *s/Austin Whitten*
                                            Austin B. Whitten (WHI165)
                                            Michael C. Bradley (BRA094)
                                            **PITTMAN, DUTTON, HELLUMS,**
                                            **BRADLEY & MANN, P.C.**
                                            2001 Park Place North, Suite 1100
                                            Birmingham, AL 35203
                                            Tel:    (205) 322-8880
                                            Fax:    (205) 328-2711

Email:  austinw@pittmandutton.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Austin Whitten*
Of Counsel