## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **KINSLEY KORNEGAY**, a minor, by and through her parent and guardian, **MATTHEW KORNEGAY**, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| **HIGH POINT BIRMINGHAM, LLC** and **HIGH POINT CLIMBING, LLC**, | ) ) ) |
| Defendants. | ) |

Case No.: 2:21-cv-00505-SGC

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, Robert Andrew ("Drew") Yarbro of Christian & Small, LLP and files this Notice of Appearance as additional counsel of record for Defendants High Point Birmingham, LLC and High Point Climbing, LLC in the above-styled action. The undersigned requests service of all future pleadings and notices accordingly.

Respectfully submitted this 28th day of March, 2023.

/s/ Drew Yarbro
Robert Andrew Yarbro (asb-2053-f21q)
*Counsel for Defendants High Point Birmingham, LLC and High Point Climbing, LLC*

**OF COUNSEL:**
CHRISTIAN & SMALL, LLP
505 20th Street North, Suite 1800
Birmingham, Alabama 35203
Telephone: (205) 795-6588
Telecopier: (205) 328-7234
rayarbro@csattorneys.com

{W0701424.1 }

## CERTIFICATE OF SERVICE

I hereby certify that on March 38, 2023, a true and correct copy of the foregoing was served on the following counsel of record via electronic mail:

Austin B. Whitten
Michael C. Bradley
**Pittman, Dutton & Hellums, P.C.**
2001 Park Place North, Suite 1100
Birmingham, Alabama 35203
Austinw@pittmandutton.com

*/s/ Drew Yarbro*
OF COUNSEL

{W0701424.1 }

3792034.1