FILED

2023 Mar-28  PM 03:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

KINSLEY KORNEGAY, a minor, )
by and through her parent and )
guardian, MATTHEW )
KORNEGAY, )
                       )
         Plaintiff, )    **Case No.: 2:21-cv-00505-SGC**
v. )
                       )
HIGH POINT BIRMINGHAM, )
LLC )
and HIGH POINT CLIMBING, )
LLC, )
         Defendants.

## AFFIDAVIT OF SHAWN WATSON

BEFORE ME, the undersigned notary public, authorized by law to administer oaths in and for said county, in said state, appeared **SHAWN WATSON**, who swore based on personal knowledge that the following facts are true:

1.     My name is Shawn Watson. I am over the age of nineteen, am competent to testify, and have personal knowledge of the matters stated herein.

2.     I have worked at High Point since October 2013. I presently serve as the chief operating officer of High Point Climbing & Fitness in Chattanooga, Tennessee. I have reviewed High Point's safety records before providing this statement.

1

3.     The High Point location in Birmingham opened in November 2016. From November 2016 through the end of 2020, the High Point Birmingham location had 235,537 visits by 67,056 unique visitors.

4.     I was asked to search High Point's records for all falling incidents at the High Point Birmingham location that resulted from a failure to clip into the auto-belay system. From 2016 to 2020, there were only 8 such reported incidents at the High Point Birmingham location out of the aforementioned 235,537 visits during that same time period. This includes the August 2, 2019 incident involving Kinsley Kornegay made the basis of the suit.

5.     No visitor to High Point Birmingham, aside from the Plaintiff in this suit, has alleged any problems with High Point's safety training or equipment.

6.     High Point's internal investigations of these incidents have identified human error on the part of the participating climbers as the sole cause of these incidents.

7.     High Point routinely performs rigorous testing of all its safety and climbing equipment. After every incident, High Point performs a thorough inspection of the equipment used by the visitor involved in the incident to determine if the equipment used was defective in any way. High Point's investigations have never identified any defects in the safety or climbing equipment provided to its visitors.

2

8.      I declare under penalty of perjury that the testimony above is true and correct.

Executed on the 28 day of March, 2023.

Shawn Watson

**STATE OF** _Alabama_ )
)
**COUNTY OF** _Jefferson_ )

I, the undersigned Notary Public, in and for said County and State, hereby certify that **SHAWN WATSON** whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, she executed the same voluntarily on the day the same bears date.

Given under my hand and Official Seal on this the 18th day of March, 2023.

NOTARY PUBLIC

Commission Expires: _____

NOTARY
PUBLIC

P JANE EDGERTON
My Commission Expires
July 26, 2026