FILED

2023 Apr-10  PM 12:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| KINSLEY KORNEGAY, a minor, | ) | |
| by and through her parent and | ) | |
| guardian, MATTHEW KORNEGAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:21-cv-00505-NAD |
| | ) | |
| HIGH POINT BIRMINGHAM, | ) | |
| LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER SETTING HEARING

The court **SETS** a motion hearing on Defendants' pending motion for summary judgment (Doc. 34) for **Wednesday, June 7, 2023, at 10:30 AM** before Judge Nicholas A. Danella in **Courtroom 3B** of the Hugo Black Federal Courthouse, 1729 5th Avenue North, Birmingham, Alabama, 35203.

The parties will receive a tentative ruling from the court shortly before the hearing begins, and should plan to present focused oral argument based on that tentative ruling..

**DONE** and **ORDERED** this April 10, 2023.

_____

**NICHOLAS A. DANELLA**
UNITED STATES MAGISTRATE JUDGE