Neal DeWitt Moore, III
Direct Dial:  (205) 250-6668
E-Mail Address:  NDMoore@csattorneys.com

October 10, 2023

Honorable Judge Collins Pettaway, Jr.
P.O. Box 1225
102 Church Street, Courthouse Annex
Selma, Alabama  36702

Magistrate Judge Nicholas A. Danella
United States District Court, Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama  35203

      RE:    **NOTICE OF TRIAL CONFLICT -  DECEMBER 4, 2023**

          *Cynthia Wood Roberson v. Leslie Hughes, et al.*
          Circuit Court of Dallas County, Alabama (CV2021-900132)

          *Kinsley Kornegay, et al. v. High Point Birmingham, LLC, et al.*
          United States District Court, Northern District of Alabama
          (2:21-cv-00505-SGC)

Dear Judge Blankenship, Judge Hughey and Judge Agee:

      This is to advise that the undersigned counsel has a conflict on December 4, 2023. The case *Cynthia Wood Roberson v. Leslie Hughes, et al.* is set to begin trial in Dallas County before the Honorable Judge Collins Pettaway, Jr., on this date. The case of *Kinsley Kornegay, et al. v. High Point Birmingham, LLC, et al..* is set to begin trial the same day in the United States District Court, Northern District of Alabama before Magistrate Judge Nicholas A. Danella.  Nothing in this letter is to suggest any case take priority over the others or to suggest how the conflict be resolved in favor of the Court's own determination of how best to manage conflicting settings.  Thank you for your consideration of this issue.

October 10, 2023
Page 2

      Should you have any questions or need additional information, please feel free to call. Thank you.

                                          Sincerely,

                                          Neal DeWitt Moore, III

NDMIII/ak
cc:    Michael G. Strickland
        Strickland & Kendall, LLC
        2740 Zelda Road, Suite 500 (3606)
        P.O. Box 99
        Montgomery, Alabama  36101-0099
        mgs@jurytrial.us
        (*Roberson v. The Cato Corp., et al.*)

        Prince Chestnut
        Chestnut Law
        801 Alabama Avenue, Suite 240
        Selma, Alabama  36701
        Chestnutlaw@att.net
        (*Roberson v. The Cato Corp., et al.*)

        Austin B. Whitten
        Michael C. Bradley
        Pittman, Dutton & Hellums, P.C.
        2001 Park Place North, Suite 1100
        Birmingham, Alabama  35203
        Austinw@pittmandutton.com
        (*Kornegay v. High Point Birmingham, LLC, et al.*)