# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| KINSLEY KORNEGAY, a minor, by and through her parent and guardian, MATTHEW KORNEGAY, <br><br> Plaintiff, <br><br> v. <br><br> HIGH POINT BIRMINGHAM, LLC, et al., <br><br> Defendants. | Case No. 2:21-cv-00505-NAD |

## AMENDED ORDER SETTING TRIAL DATE AND PRETRIAL SCHEDULE

1. This case is **RESET** for trial on **MONDAY, May 20, 2024, at 9:00 AM** in Courtroom 3B of the Hugo Black Federal Courthouse, 1729 5th Avenue North, Birmingham, Alabama, 35203. This is a "hard" trial-date setting, and not a trial-ready date.

2. This case is **SET** for an initial, *telephonic* Pretrial Conference on **MONDAY, April 29, 2024, at 1:00 PM**. The parties should dial 205-931-0422 and enter conference ID 712 937 05# to participate in the call.

3. This case is **SET** for a Final Pretrial Conference on **THURSDAY, May 16, 2024, at 1:00 PM** in Courtroom 3B of the Hugo L. Black Courthouse (see above). Counsel of record are requested to notify any attorneys subsequently

1

appearing in this case of the scheduled conference.

4. The Standard Pretrial Procedures specified in **Exhibit A** (attached) are adopted as part of this order.

5. The parties are required to follow the court's Civil Administrative Procedures Manual (revised May 2021).[1] If evidence introduced at trial includes personal information, sealed documents, or documents and/or information subject to a protective order, the parties are directed to comply with sections II.I and IV.C of the Administrative Procedures Manual. The foregoing also applies to the trial transcript, which will be public record. If private and/or confidential information is mentioned in court, compliance with the Administrative Procedures Manual may require testimony to be stricken or partially redacted.

6. In addition, the pretrial schedule is as follows[2]:

a. Motions *in limine*:  Motions *in limine* shall be filed at least **twenty-eight (28) days** before the scheduled trial date and shall be accompanied by supporting memoranda. Parties are encouraged to resolve evidentiary issues by stipulation whenever possible. Any opposition briefs shall be filed at least **fourteen (14) days** before the scheduled trial date. Parties shall not file more than five (5) motions *in*

---

[1] Available at https://www.alnd.uscourts.gov/sites/alnd/files/AL-N%20Civil%20Administrative%20Procedures%20Manual.Revision.05-18-2021.pdf.

[2] A chart summarizing the standard pretrial schedule is attached as **Exhibit B**.

*limine* without leave of court.  No reply briefs are allowed on motions *in limine* without leave of court.

   b.  Trial briefs:  No trial briefs are required.  Any party may file a trial brief at least **twenty-eight (28) days** before the scheduled trial date.  If a party files a trial brief, any opposing party may file a responsive trial brief at least **fourteen (14) days** before the scheduled trial date.  Any trial brief shall be limited to no more than ten (10) pages in length without leave of court.  No reply trial briefs are allowed without leave of court.

   c.  Joint proposed pretrial order:  The parties shall submit a joint proposed pretrial order to chambers in Word format at danella_chambers@alnd.uscourts.gov at least **fourteen (14) days** before the scheduled trial date.  A sample proposed pretrial order is attached as **Exhibit C** for the convenience and use of the parties.

   d.  Proposed *voir dire* (in a jury case):  The parties shall jointly submit any special questions or topics for *voir dire* examination of the jury venire to chambers in Word format at danella_chambers@alnd.uscourts.gov at least **fourteen (14) days** before the scheduled trial date.  Where the parties cannot agree, counsel shall identify the question as disputed in bold type and indicate which party is requesting the disputed question.  The court's civil *voir dire* template may be found on the court's website, and counsel need not include the items covered by the court.

   e.  Proposed jury charges (in a jury case):  The parties shall file a joint

proposed jury charge, including all necessary instructions and/or definitions applicable to the specific issues of the case at least **fourteen (14) days** before the scheduled trial date. The court's preliminary and standard instructions may be found on the court's website and need not be submitted to the court. Each requested instruction must be numbered with authority cited. Counsel are to include all necessary instructions and/or definitions, specifically including the following: (1) the prima facie elements of each claim for relief and defense asserted; (2) legal definitions required by the jury; (3) items of damages; and (4) methods of calculation of damages. Counsel are to use the 11th Circuit Pattern Jury Instructions, or appropriate state pattern jury instructions, as modified by case law or statutory amendments, wherever possible. Any deviations must be identified and accompanied by legal authority for the proposed deviation. Where the parties cannot agree, counsel shall identify the item as disputed in bold type and indicate which party is requesting the disputed language. Accompanying each instruction shall be all authority or related materials on which each party relies. A copy shall be emailed in Word format to chambers at danella_chambers@alnd.uscourts.gov.

    f.  Proposed verdict forms or interrogatories for submission to the jury (in a jury case): The parties shall file any requested verdict forms or interrogatories for submission to the jury at least **fourteen (14) days** before the scheduled trial date. Copies shall be emailed in Word format to chambers at

danella_chambers@alnd.uscourts.gov.

**DONE** and **ORDERED** this November 15, 2023.

_____
**NICHOLAS A. DANELLA**
UNITED STATES MAGISTRATE JUDGE