FILED
2024 Mar-21  PM 04:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **KINSLEY KORNEGAY, a minor, by and through her parent and guardian, MATTHEW KORNEGAY,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>vs. )<br>)<br>**HIGH POINT BIRMINGHAM, LLC and HIGH POINT CLIMBING, LLC,** )<br>)<br>**Defendants.** ) | Case No.: 2:21-cv-00505-SGC |

### NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, Priscilla K. Williams of Christian & Small, LLP and files this Notice of Appearance as additional counsel of record for Defendants High Point Birmingham, LLC and High Point Climbing, LLC in the above-styled action. The undersigned requests service of all future pleadings and notices accordingly.

Respectfully submitted this 21st day of March, 2024.

/s/ Priscilla K. Williams
Priscilla K. Williams
Neal D. Moore, III
*Counsel for Defendants High Point Birmingham, LLC and High Point Climbing, LLC*

**OF COUNSEL:**
CHRISTIAN & SMALL, LLP
505 20th Street North, Suite 1800
Birmingham, Alabama 35203
Telephone: (205) 795-6588
Telecopier: (205) 328-7234
ndmoore@csattorneys.com / pkwilliams@csattorneys.com

{W0701424.1 }

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2024, a true and correct copy of the foregoing was served on the following counsel of record via electronic filing:

Austin B. Whitten
Michael C. Bradley
**Pittman, Dutton & Hellums, P.C.**
2001 Park Place North, Suite 1100
Birmingham, Alabama 35203
Austinw@pittmandutton.com


                              */s/ Priscilla K. Williams*
                              OF COUNSEL