# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| KINSLEY KORNEGAY, a minor, by and through her parent and guardian, MATTHEW KORNEGAY, <br><br> Plaintiff, <br> vs. <br><br> HIGH POINT BIRMINGHAM, LLC and HIGH POINT CLIMBING, LLC, <br> Defendants. | Case No.: 2:21-cv-00505-SGC |

## MOTION TO WITHDRAW

COMES NOW, the undersigned counsel, and respectfully requests entry of an Order allowing them to withdraw as counsel for Defendants, High Point Birmingham, LLC and High Point Climbing, LLC.  The Defendants will continue to be represented by Neal D. Moore, III and Priscilla K. Williams with the firm Christian & Small, and no party will be prejudiced by this withdrawal.

Respectfully Submitted,

 */s/ Jeremy S. Hazelton*
Jeremy S. Hazelton
*Attorney for Defendants*

OF COUNSEL:
CHRISTIAN & SMALL, LLP
505 20th Street North, Suite 1800
Birmingham, Alabama  35203
jshazelton@csattorneys.com

{W0701424.1 }

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2024, a true and correct copy of the foregoing was served on the following counsel of record via Alafile:

Austin B. Whitten
Michael C. Bradley
**Pittman, Dutton & Hellums, P.C.**
2001 Park Place North, Suite 1100
Birmingham, Alabama 35203
Austinw@pittmandutton.com

/s/ Jeremy S. Hazelton
OF COUNSEL

{W0701424.1 }

4208605.1