FILED
2024 Apr-11  PM 05:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1

DEPOSITION EXHIBIT LH
Hague 1 7/16/22

# Dan M. Hague

Climbing Wall Management LLC
PO Box 333
Lynchburg, VA 24505

Cell: 240-475-5513
Email: dan@climbingwallmanagement.com

## Artificial climbing wall training, operations, and risk management expert.

### Work History

**Climbing Wall Association**
**Director**
**Boulder, CO**
**July 2010 – August 2012**

Organization overview: The CWA is the only trade association addressing the needs and interests of the climbing wall industry and climbing wall operators. The mission of the Climbing Wall Association is to support the development of the climbing wall industry, to promote the sport of climbing, and to advocate for the interests of the members.
Responsibilities:
    Elected to the board of directors July 2010
    Participate in directing planning and operations of the organization.

**Climbing Wall Association**
**Climbing Wall Instructor Certification Committee**
**Boulder, CO**
**January 2009 – 2012**
**Chairman**

Organization overview: described above.
Responsibilities:
    Lead committee of ten industry experts in the creation of artificial climbing wall instructor certification standards and procedures.
    Write standards.
    Analyze survey data concerning practices in use.
    Chair meetings and help resolve disputes.

**Rise Up Climbing LLC**
**Lynchburg, VA**
**January 2008 - 2019**
**Managing Member**

Organization overview: Rise Up owns and operates an indoor climbing facility.
Responsibilities:
    Strategic planning.
    Facility and operations management.
    Sales, advertising and marketing.
Accomplishments:
    Profitable from day one.
    Surpassed growth goals every month of operation.
    Developed nationally recognized instructional program.

**Climbing Wall Association**
**Operations Standards Committee**
**Boulder, CO**
**July 2006 – 2012**
**Chairman**

Organization overview: described above.
Responsibilities:
    Lead committee of nine industry experts in the review and revision of artificial climbing wall operations standard practices.
    Write standards.
    Analyze survey data concerning practices in use.
    Chair meetings and help resolve disputes.

**Climbing Wall Management, LLC**
**Silver Spring, MD**
**January 2005 – present**
**Managing Partner**

Organization overview: Climbing Wall Management LLC provides operational consulting, training, and services to the artificial climbing wall industry. Our clients include university athletic facilities, health & fitness clubs, municipal recreation centers, and commercial climbing gyms.
Responsibilities:
    Create programming for training artificial climbing wall operators.
    Train artificial climbing wall operators and their staffs.
    Provide business consulting services to artificial climbing wall operators.
    Oversee programming and training for route setters.

**Sportrock, Inc.**
**Alexandria, VA**
**October 1993 – December 2004**
**President**

Organization overview: Sportrock owns and operates indoor climbing facilities. Under Mr. Hague's leadership, the company grew to three gyms consisting of almost 30,000 square feet of climbing wall, over 1,000 members, and $1.5 million in revenue per year.
Responsibilities:
    President of a growing corporation with oversight of 80 diverse employees.
    Strategic planning.
    Facility management of three sites.
    Existing operation growth and facility expansion.
    Advertising and marketing.
    Report to Board of Directors.
Accomplishments:
    Raised $400,000 in equity capital from over 20 individuals through personal contact.
    Raised an additional $300,000 from private lenders.
    Revenue has consistently increased 10 percent per year, net income 20 percent per year.
    Developed nationally recognized instructional program.
    Produced the market leader in the Mid-Atlantic region.
    Constructed three state-of-the-art recreational facilities.

**Shannon & Luchs Realtors**
**Silver Spring, MD**
**September 1986 – January 1994**
**Realtor**

Responsibilities:
    Sales, marketing, accounting, financial management, budgeting and all the other aspects of running a small business. My marketing responsibilities centered around attracting new clients primarily through print and telemarketing. I have extensive experience at putting together marketing campaigns that work and with selling over the phone.

Accomplishments:
    Proven success record at Shannon & Luchs, twice making the Top Ten producing agents (out of 3500 agents) and always being among the top ten percent. Other awards include Top Rookie 1987 and many other high production awards.

Skills:
    Superior face-to-face selling skills.
    Discerning customer desires and then exceeding expectations.

**IBM**
**Gaithersburg, MD**
**January 1985 - August 1986**
**Marketing Analyst**
Responsibilities:
    Collecting, analyzing and distributing management of critical marketing information.
Skills:
    Condensing large volumes of data into an easy-to-understand format.

**International Paper Company**
**Dallas, TX**
**June 1981 - January 1985**
**Wood Products Analyst**
Responsibilities:
    Studying the impact of log mix on the profitability of a given mill.
    Ran log tests through various mills to determine the output from a particular size and grade of log. This data was then used to tailor linear programs to the mills and thus assist in management decisions of procurement and output.
    Ad hoc analyses using linear regression, linear programming, statistical principles, small and large computers or just pencil, paper and creativity

Skills:
    Cogent, creative analysis under a variety of disciplines including statistics, linear programming, finance, production, and marketing.
    To the point presentations.

## Certifications
Climbing Wall Association certified Climbing Wall Instructor provider authorized to certify Climbing Wall Instructors.

## Education
MBA Finance and Marketing, The Ohio State University  1981
BS Industrial Forestry, Virginia Tech  Magna Cum Laude   1979

## Publications
The Self Coach Climber with Douglas Hunter, 2006, Stackpole Books
Redpoint with Douglas Hunter, 2011, Stackpole Books
Artificial Climbing Wall Operation and Risk Management, 2019, Kindle Direct Publishing
Climbing performance improvement articles, Rock and Ice magazine.