FILED

2024 Apr-11  PM 05:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 2



# ARTIFICIAL CLIMBING WALL

## OPERATION AND RISK MANAGEMENT

OPERATIONAL STANDARDS, PRINCIPLES, AND BEST PRACTICES

DAN HAGUE



ARTIFICIAL
CLIMBING WALL
OPERATION AND
RISK MANAGEMENT

OPERATIONAL STANDARDS, PRINCIPLES, AND BEST PRACTICES

DAN HAGUE

Artifical Climbing Wall Operation and Risk Management
Copyright © 2019 Dan Hague

All rights reserved. Published in the United States of America. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the publisher.

ISBN: 978-1-79690-360-7

Book cover and interior design by Domini Dragoone
Cover photos by Dan Hague

dan@climbingwallmanagement.com
website: climbingwallmanagement.com

9 8 7 6 5 4 3 2 1

# CLIMBING IS DANGEROUS!

Climbing is inherently dangerous indoors or out. Over the course of many years I have worked as an expert witness in climbing accident lawsuits and as a result have been exposed to the massive disruptions that severe injury can have both on the individual victim and the facility as well. Minimizing that risk is the reason for this book, but nothing can make the sport "safe" and still retain the elements that are essential to climbing.

The risk of injury from the activities involved in using an artificial climbing wall is significant, including the potential for permanent paralysis or death. This risk includes but is not limited to falling off or from the climbing wall and hitting the floor, wall faces, people or any of the equipment used in climbing, whether permanently or temporarily in place; rope abrasion and entanglement; injuries resulting from falling climbers, dropped items or broken holds; failure of ropes, knots, belays, slings, harnesses, climbing holds, anchor points or any other part of the climbing wall.

This book provides reasonable guidance in minimizing the risks associated with artificial climbing wall use but should not be your sole source of information on the subject. No book can address all the situations which may be encountered in operating an artificial climbing wall. You should seek personal, on-site training from qualified personnel to assist in the formulation of operational protocol for your facility.

Climbing should never be considered a "safe" activity. The risk to participants is real and your vigilance in producing and adhering to sound operational practice in the minimizing of that risk should not be taken lightly.

## ABOUT THE AUTHOR

Dan Hague has nearly twenty-five years of experience in the climbing wall industry including climbing facility ownership, operation, management, risk management, safety management, climbing wall and safety design, operational consulting and training, as well as climbing wall instruction.

Dan is the Managing Partner of Climbing Wall Management, LLC. Climbing Wall Management provides consulting services with regard to climbing wall operation, safety, risk management, design and training services to the climbing wall industry including commercial climbing gyms, municipal recreation centers, health and fitness clubs, and university athletic facilities.

Previously, Dan was the President of Sportrock, Inc. from October 1993 through December 2004. While he was President, Sportrock, Inc. built and operated three climbing gym facilities located in Virginia and Maryland and had over 1,000 members. As President of Sportrock, he was responsible for the oversight, design, construction, and management of three state-of-the-art climbing facilities, the oversight and management of 80 employees, strategic planning, advertising and marketing, as well as matters relating to business and finance of the facilities. In 2008 Dan opened his fourth climbing facility in Lynchburg, Virginia where he continues to coach, teach, and refine his methods.

In addition, Dan has also served as a Director, Chairman, and Committee Member of the Climbing Wall Association (CWA). This includes his position of Chairman of CWA's Oper-

ations Standards Committee, a position held from 2006 to 2014. Responsibilities with regard to that position included leading a committee of nine industry experts to draft, review, and revise climbing wall and protective equipment, operations, and risk management standards, as well as investigating and analyzing research and data concerning climbing wall practices and equipment. He also served as Chairman and Committee Member of the Climbing Wall Instructor Certification Committee of the CWA from 2009 to 2014, where he led a committee of 10 industry experts in drafting, reviewing, and revising climbing wall instructor certification standards and procedures. In addition, he was elected as Director of the CWA in July 2010 and served until August 2012.

Dan has been climbing for over 40 years and teaching climbing for 24. His coaching clients have included many climbers in the junior divisions who have gone on to impressive finishes in local, regional, and national competitions. He developed the successful Fast Forward Progression, a series of classes which have helped thousands of climbers acquire climbing movement skills quickly and effectively. Through these classes and careful observation he has spent years evaluating how climbing is learned and has refined his instructional programs accordingly, eventually resulting in the publication of two well-respected books on climbing performance improvement: *The Self-Coached Climber* and *Redpoint*, both with Douglas Hunter.

Dan began work as an expert witness in climbing accident lawsuits in 2006 and has since participated in over 50 cases. Years of experience as a climbing facility operator combined with extensive experience in accident suits have provided him with a unique insight into best practices for climbing gym owners and managers.

# CONTENTS

Introduction .................................................................................. ix

Chapter 1: Rock Climbing Primer ...................................... 1

Chapter 2: Facility Design Considerations ...................... 11

Chapter 3: Managing the Front Counter ......................... 39

Chapter 4: Bouldering .......................................................... 73

Chapter 5: Top Rope Climbing ........................................... 83

Chapter 6: Lead Climbing .................................................... 101

Chapter 7: Auto-belay ........................................................... 109

Chapter 8: Staff Training and Management .................... 113

Chapter 9: Route Setting ...................................................... 117

Chapter 10: Climbing Wall Inspection and Maintenance ..... 127

Appendices:

Appendix A: Sample Accident Report Form ..................... 134

Appendix B: Sample Top Rope Belay Test ......................... 137

Appendix C: Sample Lead Climbing and Belay Test............. 140

Appendix D: Sample Auto-belay Instruction and Test..........143

Appendix E: Sample Operations Checklist............................145

Appendix F: Sample Instruction Checklist ...........................151


Photo Credits.........................................................................153

# INTRODUCTION

Artificial climbing wall operation is complex and characterized by varied prescriptions and common uses. A climbing wall is not just another piece of workout equipment like a treadmill or weight rack, each of which come with detailed instructions and warnings and whose use and risks are commonly known among novices. Proper climbing wall use and risks, on the other hand, are not well known, leading to potentially dangerous conditions.

Climbing is an inherently dangerous activity; without the possibility of falling the sport would not exist. It is simply impossible to remove all the risk because to do so would mean you would never leave the ground. Human error is the cause of many serious climbing injuries and although with proper design, operation, training, equipment, maintenance, and supervision many accidents can be prevented it's not possible to eliminate all risk. **Falling from any height carries the risk for serious injury, paralysis, or even death.**

This book was written to give climbing wall operators a solid understanding of operating risks and procedures with the goal of minimizing the possibility of injury to patrons and staff.

For those new to climbing **Chapter 1** is a basic primer; start here unless you're well versed in climbing systems, protocol, and terminology. The remaining chapters assume you understand everything in the primer so if there's some question as to the depth of your climbing knowledge start here.



**Chapter 2** discusses facility design considerations and even though your wall may already be in place, there are a number of things you may want to consider changing.

An important system in any facility operating a climbing wall is managing the front counter. It's here that customers are screened for competency, apprised of the risks involved, and then placed in an appropriate training or testing process before being allowed to climb. Chapter 3 covers all aspects of effectively managing your front counter.

**Chapters 4, 5, and 6** cover the operation of each of the major activities typically available at a climbing facility, namely bouldering, top roping, and leading. Each is discussed in depth in its own chapter.

Your staff is an important component in keeping the gym operation flowing smoothly and heading off dangerous situations. You'll find staff training and management in **Chapter 8**. An often overlooked staff function, especially in multi-use facilities such as health clubs, is route (or course) setting. The placement of climbing holds on the wall in certain patterns can have a significant impact on climber safety and satisfaction. Route setting is covered in **Chapter 9**.

A climbing wall requires periodic inspections and maintenance. **Chapter 10** will provide you with a schedule of when and how to keep your climbing wall and equipment in safe and useful condition.

The **Appendices** provide sample forms and belay tests.

# ROCK CLIMBING PRIMER

Artificial climbing walls are typically constructed using textured sheeting attached to steel framework. The sheeting is usually either coated plywood or fiberglass and is perforated with 3/8 inch sleeved inserts known as T-nuts that allow the attachment of modular climbing holds to the climbing surface. These holds are what allow a climber to ascend the wall.

Modular climbing holds bolted to the climbing wall

Roped climbing involves two parties: a climber and a belayer. In a top rope system (see below) the rope is looped over or through an anchor at the top of the wall and remains in place; in lead climbing (see below) the climber trails the rope behind him.

The climber is attached to one end of a specialized climbing rope by way of a harness, and the belayer, using a friction-producing device called a belay device, controls the other end. As the climber ascends the wall the belayer manipulates his end of the rope such that if the climber falls the belayer locks down the rope using the belay device; thereby the climber's fall is arrested and he is suspended on the rope.

## Climbing Equipment

Climbers engaged in roped climbing wear a harness purposely built for rock climbing. The climber attaches the rope to his harness by way of direct tie-in using a climbing-specific knot such as a figure 8 follow-through or bowline or, in some top rope or auto-belay applications, by way of lockable carabiners. Carabiners are climbing-specific D shaped snaplinks. The belayer attaches the belay device (described below) to a specific point on his harness and threads the rope through the device.

Although not required for safety reasons, climbers typically wear specialized shoes that provide support and increased friction. Climbers might also carry a small bag of gymnastic chalk on their waist to keep their hands dry and improve friction on the holds.

## Top Rope Climbing

Top rope climbing implies that the climbing rope has previously been strung through an anchor at the top of the climbing wall with both ends on the ground. The climber ties or clips (if using carabiners) into one end of the rope and the belayer



Toproping and lead climbing



Typical top rope setup



Lead climbing

sets up his belay device on the other. After a double check of their partner's setup and verbal communication indicating all parties are prepared and ready the climber begins his ascent. The belayer, through specific hand motions designed to always keep the brake hand on the rope (belayer's right hand in picture below), takes up slack in the rope as the climber climbs. Should the climber fall the belayer locks down on the brake end of the rope, suspending the climber in mid-air and thereby arresting the fall.

A belayer's secondary job is lowering the climber back to the ground using the friction produced by the belay device.

### Lead (Sport) Climbing

In lead climbing the climber trails the rope behind him, clipping into points of protection known as quickdraws which have been previously and permanently installed at regular intervals. A quickdraw is a short sling of nylon webbing, section of chain, or wire cable typically attached to the wall with a hanger bolted to the structural frame and a screw link. A carabiner is fitted

to the free hanging end. The setup, double check, and verbal communication all remain the same as for top roping except that the climber always ties in to the rope rather than possibly attaching with carabiners. Lead climbing is more dangerous than top rope climbing due to the potential additional length of the falls. A longer fall means both the climber and belayer must deal with significantly increased forces. Lead climbing requires more skill from both the climber and belayer than top roping.

### Auto-belay Climbing

Auto-belay systems allow a single person to use a roped climbing wall. The climber attaches his harness to a spring-loaded



Auto-belay climbing

lanyard held in place at the base of the climbing wall. The lanyard is attached to a braking device anchored to the top of the climbing wall. As he climbs the spring retracts the lanyard and if a fall occurs the device will gently lower him back to the ground.

## Bouldering

Bouldering is climbing close to the ground without a rope or harness. Bouldering walls are usually from 10 to 20 feet in height. Each fall from a bouldering wall results in a ground fall and even though it would appear a safer activity than roped climbing, due to the limited height, there is in actuality a greater risk of injury since in every fall or dismount the climber is impacting the floor.

## Climbing Routes or Problems

Difficulty and not speed is the common goal in climbing. It's not how fast you can climb a wall but rather the difficulty grade you can complete. To that end indoor climbing facilities create



Bouldering



Climbing routes designated by hold color

routes (called "problems" in bouldering) of varying grades up the wall. These routes or problems are usually designated with the same color holds or duct tape and are labeled with the difficulty grade at the base of the wall. Climbers pick their route and attempt to "send" the route, i.e. climb it from bottom to top without help from the rope and using only the designated holds. Routes and problems are changed frequently to provide climbers with a continuous offering of new challenges.

## Belay Devices

A belay device creates varying friction on the rope to assist the belayer in arresting falls and lowering the climber gently to the ground. There are two broad categories of belay devices: passive (tube-style) and assisted-braking. Both types allow the rope to flow freely through them when no load or action is applied but can be quickly locked down to stop the rope moving through the device.

In the event of a fall a passive, tube-style device requires the belayer to apply quick action by physically bending the rope downward over the lower edge of the device. If the belayer does not control the downside end of the rope known as the brake strand, the rope will flow freely through the device and




Black Diamond ATC – manual braking

Petzl Grigri – assisted braking



Continuous surface impact attenuation padding

the climber will rapidly drop to the ground. In addition, once a climber begins to fall the belayer must act immediately or risk losing grip on the brake strand. It is almost impossible to regain control of the rope once lost due to the momentum generated by the fall.

An assisted-braking device, on the other hand, typically utilizes a moving cam to automatically clamp down on the rope if sufficient force, as in a fall, is applied to the rope.

## Padding

The impact attenuation surfaces placed under climbing walls have evolved greatly over the last 20 years. Current padding typically involves a continuous surface (see below) with no exposed edges or open seams between pads. Edges and seams have been found to increase the risk of injury especially to boulderers, whose every fall is to the ground.

Today's padded climbing surfaces are most commonly constructed of a dense, thin layer of closed cell foam over a more flexible but thicker layer of open cell foam. The foam layers are then covered with vinyl or carpet. The closed cell foam distributes the force of a fall over a large area before the softer open cell foam absorbs the impact. The thickness of the padding varies but is typically 4 or more inches under roped walls and 8 or more inches under boulders.

CHAPTER 2

# FACILITY DESIGN CONSIDERATIONS

Good risk management begins with good facility design, the goal of which is to eliminate potentially dangerous wall design, restrict customer access, promote an efficient workflow, and provide clear lines of sight for the staff.

**1. Restricting Access:** It is imperative that unscreened climbers are prevented from using the climbing wall. Climbing walls are inherently dangerous and a fall from any height can result in serious injury. Good design will require a customer to check in at the front counter located near the entrance to the facility. The entrance will be sufficiently restrictive such that customers are forced to stop at the counter and check in.

(a) New customers: A system for processing new customers in a consistent fashion must be rigorously followed by gym staff. Until proven otherwise through testing it must be assumed that new customers are complete novices in need of education and training. This process is covered in Chapter 3, Section 1.

(b) Members and repeat customers: A separate, streamlined check-in procedure can be available for members and repeat customers. It's important that these users check in before climbing so that the staff can check gym records for climbing competencies. See Chapter 3, Section 2.



Front counter restriction

**2. Customer Traffic Flow:** Customers should pass easily through the steps in the check-in process without the possibility of skipping crucial elements. A written checklist can help the staff ensure that all procedures are followed in a consistent manner across all customers. This process is covered in Chapter 3, Section 1.

(a) **Computer workstations:** To facilitate workflow the front counter should have at least one computer dedicated to member and punch pass (multi-visit pass) customers, one computer for new customers to sign a liability waiver and acknowledgment of risks, and one for ringing sales. Busy facilities may require multiples of each type.

**3. Climbing Wall Visibility:** Since your staff will by necessity spend a large percentage of their time at the front counter processing customers, ringing up sales, answering the phone, and teaching new climbers, facility design should, as much as is practicable, allow staff to view climbers and the climbing wall



Video monitoring

from the front counter. Hidden walls, alcoves, caves, etc. can restrict visibility and allow potentially dangerous situations to occur unnoticed. Keep open as many lines of sight from the counter to the climbing walls as possible. For those areas that cannot be seen from the front counter employ security cameras with a monitor at the front counter.

**4. Operational Policy and Its Enforcement:** Your climbing facility should have a written operational manual spelling out procedures for all tasks the staff will undertake. The manual should conform to existing climbing wall industry practices and common uses. A commonly used set of practices are those published by and available from the Climbing Wall Association (climbingwallindustry.org).

The CWA practices are intended to be a minimum set of operational standards, but fall short of common practice in

several areas including padding (covered in Chapters 4 and 5). Following the CWA's written practices exclusively without recognizing advances adopted by the industry as described herein could leave you vulnerable to liability.

**5. Climbing Wall Configuration Considerations:** To be interesting for climbers the architectural features of a climbing wall need to vary from less than vertical (aka "slab") to severely overhung, and it's important to note that the way those angles and the space around the climbing wall are configured and utilized can have a significant effect on safety.

**(a) Wall angles – safety considerations:** Artificial climbing walls attempt to mimic to some degree the world of real rock and therefore incorporate the different angles found outdoors.

**a.i.** Less than vertical surface (aka to climbers as "slab"): There are three major concerns with less than vertical wall angles.

**a.i.A.** Protrusions: Any large protrusion presents a fall hazard in that a climber falling from above a protruding element can impact it. This is especially dangerous for lead climbing and bouldering but also true to a lesser degree for top roping.

**a.i.B.** Less than vertical angle under vertical or overhung angle: When a less than vertical angle leads upward to a vertical or overhung wall, the less than vertical wall itself becomes a fall hazard. A climber falling from the upper wall can impact the less than vertical wall below. Once again this is especially dan-



Climber on a less than vertical (slab) wall

gerous for lead climbing and bouldering but also true to a lesser degree for top roping.

**a.i.C.** Lead climbing: Even smaller holds can present a fall hazard to a lead climber on a less than vertical surface. In addition a falling leader will impact the surface before reaching the true bottom of his fall arc. thereby increasing the force by which the climber impacts the wall. For these reasons leading should be avoided above any less than vertical surface.

Vertical climbing wall

**a.ii.** Vertical surface: Vertical walls can present danger-ous conditions in three typical ways.

**a.ii.A.** Protrusions: Any large protrusion presents a fall hazard in that a climber falling from above a protruding element can impact it. This is especially dangerous for lead climbing and bouldering but also true to a lesser degree for top roping.

**a.ii.B.** Side to side swings: Care should be taken to ensure that climbing routes do not diagonal up the wall to such a degree that a fall could result in a pendulum-like swing into another climbing wall, a large protrusion, structural components, other climbers, or belayers.

**a.ii.C.** Lead climbing: Avoid placing large protru-sions on any vertical surface where lead climbing is allowed.

**a.iii.** Overhanging surface: Overhanging walls present a different set of potential dangers.


Overhanging climbing wall

**a.iii.A.** Falling from a vertical wall above an overhanging section: A climbing wall that transitions from overhanging to vertical typically creates a sharp edge between the two angles. A lead climber falling from above this transition runs the risk of swinging into the wall with feet below edge and upper body above, increasing the risk of impacting the wall with the upper body first.

**a.iii.B.** Side to side swings: Lead climbs that diagonal up the wall create the possibility of a falling leader swinging side to side into other walls or climbers on other climbs.

**a.iv.** Roof (horizontal surface): As explained in Section 5.iii.A. above, a climbing wall that transitions from roof to vertical typically creates a sharp edge between the two angles. A lead climber falling from above this transi-tion runs the risk of swinging into the wall with feet below edge and upper body above, increasing the risk of impacting the wall with the upper body first.



Horizontal climbing surface

**(b) Space considerations**

**b.i.** Under the climbing wall: Space around the wall is as important as the wall itself. There must be enough space around the climbing wall such that a climber falling from anywhere on the wall to the surface below cannot end up on an unpadded section of floor. Typically this requires padding to be placed from the base of the climbing surface to 8 feet beyond a plumb line dropped from the top of the wall. Any structural members that could present a hazard to a climber swinging side to side should be padded as well.

**b.ii.** Top and side edges: There should be ample room at the top of the wall so that a climber can't bump his head on the ceiling or a structural member of the building. Likewise the horizontal limits or edges of the climbing wall should be far enough distant from building structural members that a climber can't impact or use them.

Additionally these edges should be rounded with texture so there is nothing sharp to grab.

**b.iii.** Structural members: Keep all structural members such as electrical conduit, gas piping, lighting, ductwork, and building support elements out of climbers' reach.

**b.iv.** Space between rope lines: Top rope and lead anchors should be no closer than 6 feet so that climbers on adjoining lines can safely and comfortably ascend simultaneously.

**b.v.** Space behind the climbing wall: Access to behind the climbing wall with enough room to work should be incorporated into the design. Periodic maintenance and structural inspection make this a necessity.

**6. Climbing Wall Texture Considerations:** An uneven climbing wall surface can expose climbers to additional risks.

**(a) Exposed hold and volume edges:** An uneven texture can result in climbing holds and volumes not sitting flush to the wall, leaving sharp edges exposed to the climber. These sharp edges can cause finger injury if a climber uses the edge of the hold instead of the intended hold surface.



Protruding hold edge

**(b) Spinners:** A "spinner" is a hold that comes loose and while in use suddenly spins around its attachment bolt potentially causing the climber to unexpectedly fall. Spinners are an inherent risk of artificial climbing but an uneven wall texture results in less surface area of the hold contacting the wall – less contact area means less friction and a higher probability of coming loose and spinning.

## 7. Climbing Holds:

**(a) Hold types:** Although the size and shape of holds varies greatly, there are just two types of attachment to the climbing wall.

> **a.i.** Bolt-on: Most holds are bolted to the wall using a 3/8 inch socket head bolt placed through the hold and into a resident T-nut in the climbing wall. T-nuts average roughly two per square foot of climbing surface, allowing holds to be placed in an almost infinite number of ways, easily removed for cleaning, and replaced in a different configuration. The central single bolt, however, means that bolt-on holds loosen and spin more readily under weight.

> **a.ii.** Screw-on: This type of hold is attached by way of wood screws, making the placement, removal, and cleaning much more difficult, but also making them very secure and much less subject to loosening and suddenly moving under weight.

**(b) T-nuts:** A product of the furniture industry, T-nuts are threaded sleeves with a flange perpendicular to the barrel and inserted into a hole in the climbing wall so that the



Bolt-on and screw-on hold configuration

threads are accessible to a bolt from the business side of the wall. They are attached to the back of the wall either with small screws or pointed spikes on the T-nut itself.

T-nuts present continuous maintenance issues. The threads routinely strip stranding holds on the wall that have to be manually cut off. Keeping the wall free of these stuck holds (as they are usually spinners as well) is important to prevent climbers from accidentally using them. In the time between realizing a hold is stuck and removing it the hold should be taped off thereby warning climbers of the potential danger.

**(c) Preventing spinners:** As described above, the bolt attaching a hold to the wall can loosen over time and suddenly give way, or spin, under weight. The unexpected nature of the resulting fall makes the climber more susceptible to injury, especially boulderers and lead climbers. Unexpected falls in top roping are typically much less risky. Spinners are most likely to occur on larger holds where pulling or standing on a portion of the hold some horizon-



Set screw (small inset in blue hold) and blocker hold



Climbing volumes in use (large green pyramids)

tal distance from the bolt results in a long lever action and significant torque. There are two primary ways to prevent spinners on larger holds.

**8. Bouldering Design Considerations:**

(a) **Height:** Climbing at an indoor facility without a harness and rope safety system is considered bouldering. Total vertical height for a standalone bouldering wall is typically

c.i. Set screws: Driving a wood screw through the hold on the outer edge will keep a hold in place.

c.ii. Blocking holds: Placing small holds so they touch the larger hold will also prevent spinning.

(d) **Volumes:** Volumes are large, multi-faceted holds that have T-nuts embedded in them, and are used to temporarily alter the architecture of the wall. Because of their size volumes almost always require the use of set screws or blockers to prevent spinning. Since volumes create a significant protrusion from the climbing wall surface, care must be taken to locate them away from any potential climber impact.



Typical bouldering wall

from 10 to 16 feet; more than 16 feet would usually be reserved for roped climbing unless extraordinary padding is provided.

**(b) Padding:** Fall protection in the form of floor padding is extremely important in a designated bouldering area.

### b.i. Types

**b.i.A.** Base layer plus supplemental portable pads: In many climbing facilities bouldering padding consists of a 4 to 6 inch continuous base layer supplemented with additional 4 to 6 inch thick movable (portable) pads that do not cover the entire padded area.

**b.i.B.** Continuous surface: A continuous surface of 6 to 12 or more inches thick without additional supplemental portable pads. A continuous surface is much preferred to a base with portables for reasons described in 8.(b)iv. below.


Base layer padding with supplemental portable pads


Continuous surface

**b.ii.** Construction: Contemporary bouldering padding typically is constructed of a thicker underlying layer of softer open cell foam (3 to 12 inches) overlaid with a stiffer, thinner layer of closed cell foam (1 to 2 inches) and wrapped with some type of protective fabric such as vinyl or denier nylon. A covering variation involves gluing a thin layer of carpet to the closed cell layer.

Base layer, portable pads, and continuous padding should all be constructed in this manner so that the force of a fall is first dissipated over a wider area by the stiffer closed cell layer before being absorbed by the open cell layer.

**b.iii.** Coverage: Base layer or continuous padding should cover the expanse of floor from the base of the bouldering wall to 8 feet beyond a plumb line dropped from the top of the wall. An additional 3 or more feet of padding should extend beyond the horizontal edge of the bouldering wall.



Cross Section of Crash Pad Foam Construction

Padding typical cross-section

Good padding coverage

**b.iv.** Seams, edges, and portable pads: The seams and edges created by the use of portable pads present additional risk of injury to boulderers. A climber landing on either is far more likely to turn, sprain, or break an ankle or knee due to the edge of the pad giving way and forcing the foot to turn violently out or in.

The risk of turning an ankle as a result of landing on a seam or edge is not obvious and presents a hazard that boulderers may not recognize. If portable pads are employed, this particular risk must be disclosed to all climbers as part of their orientation.

Due to the riskier nature of portable pads, continuous padding is preferable.



Portable pad edges are hazardous – ankle injuries are common

Open seams and edges (see red pads in background)



Continuous padding without Velcro seams

**b.v.** Continuous surfaces: Continuous padding surfaces employ two types of covering.

**b.v.A.** Velcro seams: In one system, modular pads are joined with wide Velcro tape. Care should be taken to regularly inspect Velcro-connected seams to ensure that the closure is secure. A loose or damaged Velcro seam presents the same danger as a seam between portable pads.

**b.v.B.** Continuous covering: Padding manufacturers also offer continuous coverage with no seams. The cover usually consists of either vinyl or denier nylon.

**(c) Top-outs:** Top-out boulders allow a climber to experience bouldering in the way it is typically practiced outdoors, that is the climber follows a route up and over the top of the boulder and walks off the back. Falls while turning onto the top of the boulder can be awkward and long. Novices should not be allowed to top out—care should be taken to orient climbers to this danger and a test should be provided to determine climbing ability prior to an individual being allowed to top out.

**(d) Bouldering on roped climbing walls:** Many indoor facilities allow climbers to boulder on roped climbing walls. If allowed, a climbing height restriction, such as no higher than feet to shoulder level, should be enforced. If portable pads are allowed in the roped area the same cautions should be employed as described in 8.(b)iv.



Velcro seam padding

Top-out bouldering

## 9. Roped Climbing Design Considerations:

**(a) Height:** Roped climbing walls are typically 20 to 60 feet in height.

**(b) Padding:** Impact attenuation surfaces under roped climbing walls are usually less robust than those found under bouldering walls and resemble thickness and constructions like the base layer for bouldering described in 8.(b)ii. A continuous surface of 4 to 6 inches in thickness is common. Portable pads should never be used.


Padding under roped climbing

**(c) Rope:** All rope used in climbing safety systems must be manufactured for climbing and be of sufficient diameter to meet belay device manufacturers' requirement. For example, Petzl, the manufacturer of the popular Grigri belay device, specifies a rope diameter of 8.9 to 11 mm for the Grigri 2. Rope used for top roping can be either static (does not stretch under weight) or dynamic (stretches under weight). Rope used in lead climbing must be dynamic to dissipate the larger forces generated in lead falls.

**(f) Top rope anchors:** A top rope is strung over or through anchors at the top of the wall in something of a pulley configuration. The anchors need to be of sufficient width to keep the rope from bending at an abrupt angle when under weight, typically no narrower than a carabiner. As described previously top rope belay anchors should be spaced no closer than 6 feet apart to allow climbers on adjoining ropes enough room to climb and fall without affecting the climber next to them.

**d.i.** Belay bars: The most commonly employed top rope anchor is a belay bar which consists of a 3 to 6 inch diameter by approximately 1 foot long steel pipe bracketed between steel plates and either bolted or welded to the top of the wall. Two configurations are used.

**d.i.A.** Single: A single wrapped belay bar simply has the top rope draped over the bar. A belay bar provides a wide, smooth surface for the rope to run over, making belaying easier and smoother.

**d.i.B.** Double wrap: A double wrapped setup winds the top rope around the belay bar one time. This configuration significantly increases the friction in the belay system, thereby easing the force of a climber's weight experienced by the belayer. Double wrapping is used to improve safety by making it easier for the belayer to catch a fall and lower the climber, and if the belayer loses control of the brake strand the


Double wrapped top rope belay bar

double wrap makes it possible to recover and arrest the fall. Additionally should a belayer completely fail to arrest a fall the increased friction will dramatically reduce the speed at which a climber falls, thereby potentially reducing the severity of injury.

**d.ii.** Other anchoring systems: Most other top rope anchors consist of some variation of two side-by-side quickdraws or carabiners. Two are required for redundancy should one fail or come unclipped from the rope. Although these anchors are perfectly functional, belay bars offer a superior anchoring system.

**(e) Lead climbing quickdraws and anchors:** Lead climbing requires fixed, evenly spaced quickdraws as well as top of the wall anchors.

**e.i.** Quickdraw considerations: Quickdraws are the intermediate protection points a lead climber utilizes as he ascends. Instead of a top rope slung at the top of the wall, a leader trails the rope behind, clipping into fixed quickdraws as he passes them. In the event of a fall the climber drops double the distance his waist is above the last quickdraw.


Quickdraws as top rope anchors

### e.i.A. Types

- **Fabric:** Most quickdraws owned by climbers for outdoor use are constructed from a flexible webbing sling with a carabiner on each end. Fabric slings are lighter than the alternatives but wear out faster. In a gym setting the upper carabiner is usually replaced with screw link for a permanent attachment to the wall. Fabric quickdraws require regular inspection of the sling, attachment point connection, and clipping (lower) carabiner.

- **Chain:** The weight of the quickdraw is irrelevant in indoor climbing so gyms usually opt for a sturdier but heavier alternative to the fabric sling. The first of these is a short length of steel chain connected to the wall once again with a screw link. Chain and cable quickdraws last much longer than fabric but still require a periodic inspection of the connection and carabiner.

- **Cable:** A newer version of permanent quickdraw uses a short length of steel cable.

**e.i.B.** Spacing: Indoor quickdraws should be placed at intervals of 4 to 6 feet. The spacing of bolts nearer the floor should be closer together than those higher on the wall to prevent a climber falling on the first or second quickdraw from hitting the floor.

**e.i.C.** Height of first quickdraw: The first quickdraw should be at least 8 feet but no more than 12 feet off the floor. The higher the first quickdraw, the greater the need for adequate floor padding as the climber is essentially bouldering up to the first quickdraw.

**e.ii.** Anchor considerations: At the top of the wall a set of two anchors is required for leaders. When the climber reaches the top he clips or hooks the rope into the anchors and the belayer then lowers him back to the ground. A set of two anchors is required for redundancy.


Left to right: fabric quickdraw, chain quickdraw, cable quickdraw


Separate lead and top rope anchors

Lead climbs should have separate and distinct anchors from top ropes. It is never acceptable for a lead climber to clip his rope into a carabiner that already has a rope running through it. The resulting rope on rope contact can severely damage or even sever one or both of the ropes.

e.ii.A. Lead anchor types

- Quickdraws: Many facilities simply place two quickdraws spaced around 1 foot apart horizontally at the top of the wall. These anchor quickdraws can be of the same type used as intermediate protection points on the lower portion of the wall.
- Modified cold shut: A "cold shut" is used to permanently join sections of chain and was not intended to be a piece of climbing equipment. Cold shuts have been utilized as climbing anchors, however, because they form open hooks that a lead climber can simply loop his rope over at the top of the wall. Due to the open nature of cold shuts they should never be used in their original form.


Open cold shuts


Fixe Super Shut


Combined top rope belay bar and lead anchor carabiners

There are modified versions of the cold shut such as the Fixe Super Shut that have spring-loaded gates and can be used as lead climbing anchors.

- As part of the belay bar: It is not uncommon to combine top rope and lead anchors in the same piece of equipment

e.ii.B. Spacing: Lead routes should generally follow the same line as the top ropes so that climbers stay in their "lanes". If lead and top rope anchors are offset more than 1 foot or so adjacent climbers might interfere with or present a hazard to each other. As with top ropes, lead anchors should be spaced no closer than 6 feet apart.

CHAPTER 3

# MANAGING THE FRONT COUNTER

The front counter controls entry to the facility and screens customers for qualifications and abilities. It is imperative that the location and operation of the counter restrict access and process new and repeat customers effectively and efficiently.

**1. Processing New Customers:** New customers must first be screened for climbing experience and ability, physical and mental qualities, and age then routed into the appropriate orientation, instructional, or testing processes before being allowed to climb on their own.

> (a) Greeting and ability assessment: A customer entering the facility should not be able to proceed into the climbing area without first checking in at the front counter. New customers should be screened by the following criteria to ensure they receive the appropriate orientation, instruction, or testing.
>
>> a.i. Activities requested: The activity in which a new customer wishes to participate will help determine their orientation, instruction, or testing process.
>>
>>> a.i.A. Spectators: Since a spectator could be hit by a falling broken hold or climber, many gyms require a liability waiver for anyone on the floor of the gym. At

the very least a shortened orientation is required so that basic gym rules and the risks of spectating can be explained.

**a.i.B.** Belay only: Many parents don't want to climb but do want to belay for their children. A full orientation and liability waiver are required along with any necessary instruction. A belayer can bypass instruction by demonstrating in a belay test that they have the knowledge and skill to provide an adequate belay.

**a.i.C.** Climbers: Those new customers wishing to climb will all be required to receive the full orientation regardless of experience or ability. Likewise they will also be required to either take belay instruction or a belay test should they wish to engage in roped climbing. A belayer can bypass instruction by demonstrating in a belay test that they have the knowledge and skill to provide an adequate belay. There should be separate top rope, lead climbing, and auto-belay tests (described in Appendix B, C, and D).

**a.ii.** Physical assessment: The new customer's fitness level and any health issues help the front counter staff to suggest appropriate activities.

**a.iii.** Mental assessment: The new customer should appear rational and not under the influence of drugs or alcohol, either of which can severely impair belay performance and the critical thinking involved in properly assessing climbing risk.

**a.iv.** Experience assessment: While questioning the new customer, the counter staff should ascertain previous

climbing experience before recommending instruction or testing.

**(b) Liability waiver and assumption of risk:** Almost all climbing facilities in the US require climbers to read, acknowledge, and sign a waiver of liability for the inherent dangers involved in climbing and an acknowledgment of the typical risks they are likely to encounter while at the gym.

**b.i.** The liability waiver: Liability law differs from state to state such that no one waiver fits all locations. Each gym should seek local legal counsel for the construction and review of their own waiver. Sample wording follows:

The risk of injury from the activities involved in using the Climbing Wall is significant, including the potential for permanent paralysis or death. This risk includes but is not limited to my falling off or from the Climbing Wall and hitting the floor, wall faces, people or any of the equipment used in climbing, whether permanently or temporarily in place; rope abrasion and entanglement; injuries resulting from falling climbers, dropped items or broken holds; failure of ropes, knots, belays, slings, harnesses, climbing holds, anchor points or any other part of the Climbing Wall.

I KNOWINGLY AND FREELY ASSUME ALL SUCH RISKS, both known and unknown, except those arising from the gross negligence of those persons released from liability below, and assume full responsibility for my participation; and,

I will comply with all rules and regulations. If I have any question, or observe any unusual or unnecessary hazard during my participation, I will immediately bring such to the attention of the nearest Gym Employee. I agree not to participate while under the influence of drugs or alcohol; and,

I, for myself and on behalf of my heirs, assigns, personal representatives and next of kin, HEREBY RELEASE, INDEMNIFY AND HOLD HARMLESS Climbing LLC, its owners, affiliates, agents and employees, and their successors and assigns ("Releasees"), WITH RESPECT TO ANY AND ALL INJURY, DISABILITY, DEATH or loss or damage to person or property, except those arising from the gross negligence of the Releasees, to the fullest extent permitted by law.

I acknowledge that Climbing LLC does not warrant or in any way guarantee the condition or functionality of any personal climbing equipment in use in the facility. I HEREBY RELEASE, INDEMNIFY AND HOLD HARMLESS Climbing LLC and Releasees for ANY AND ALL INJURY, DISABILITY, DEATH or loss or damage to person or property resulting from the failure, misuse, or non-functionality of any personal equipment whether or not that equipment is owned or used by me.

**b.ii.** Assumption of risk: Climbing risks are typically listed within the liability waiver. For example:

This risk includes but is not limited to my falling off or from the Climbing Wall and hitting the floor, wall faces, people or any of the equipment used in climbing, whether permanently or temporarily in place; rope abrasion and entanglement; injuries resulting from falling climbers, dropped items or broken holds; failure of ropes, knots, belays, slings, harnesses, climbing holds, anchor points or any other part of the Climbing Wall.

Care should be taken to include risks that a new climber might not recognize, for example starting up an auto-belay route without clipping in (an all too common occurrence!) or the dangers of pad edges and seams if portable pads are used in the bouldering area.

**b.iii.** Personal safety gear: The facility should not take on the responsibility for verifying that personally owned gear is safe to use other than ensuring it is intended by the manufacturer for rock climbing. Personal equipment should be addressed in the waiver form as a specific risk, i.e. personal gear has not been inspected by facility staff and it could fail.

**b.iv.** Minors: In the US minors cannot usually waive liability for themselves; a parent or legal guardian's signature is required. Check with your local legal advisor as to whether your waiver should require parental signature for a minor.

A parent or court appointed legal guardian is typically required to sign for a minor. Not a friend's parent, aunt, or grandparent. Be sure you understand the law in your location before allowing a non-parent to sign for a minor.

**b.v.** Separate or included helmet waiver: Helmets should be available for all participants. It's important to include a helmet waiver either requiring a separate signature or simply included in the main body of the liability waiver. A sample follows:

I understand and acknowledge that wearing a protective helmet is recommended. If I choose not to wear a helmet, I agree to assume all risk of personal injury and death that may occur as a result.

**b.vi.** On-line version: Allowing parents and group participants to fill out their liability waiver on-line can save your front counter staff time in processing new customers.

**(c) Orientation and warnings:** An orientation is required for all climbers and belayers new to the facility.

**c.i.** Delivering the orientation: The orientation must be delivered to every new customer in a consistent manner. Many gyms use a staff person to guide the climber around the facility delivering the orientation verbally. This approach, if performed consistently, is adequate; however, ensuring consistency between staffers or within the same staffer over time is difficult at best.

A better alternative is to create a comprehensive orientation video that all new customers are required to watch. In this way the gym can be assured that the orientation covers all topics in a consistent manner. In addition, the video frees up a staff person to engage in more productive or hands-on activities.

**c.ii.** Topics to cover: The orientation should cover the following topics.

**c.ii.A.** Location and types of climbing allowable.

- Types allowed: An orientation should include a description of each type of climbing allowed in the facility and what qualifications or testing is required to engage in each type.
- Locations: Where each type of climbing is allowed and when.

**c.ii.B.** Climbing basics: The orientation should explain the safety system used in top roping and auto-belays (if applicable), and the roles of the participants.

**c.ii.C.** General warnings: At the beginning of the orientation state the risks that are specified on your

liability waiver. In addition provide a general health warning concerning strenuous exercise.

**c.ii.D.** Bouldering: A climber is much more likely to be injured bouldering than roped climbing. The orientation should address bouldering separately with a strong warning about its dangers. To novices bouldering often appears to be the safer form of climbing since the climber never ascends to a great height, but this is erroneous. A bouldering fall always results in landing on the ground and many of those falls are unpredictable. No matter the quality or quantity of the padding, injury is far likelier.

- Minimizing risk: The goal of the orientation is to warn of the potential risks in bouldering and attempt to minimize their occurrence. Inform your new customers that they can minimize bouldering risks by:
- Watching for other climbers and equipment in the fall zone: Remove equipment, shoes, chalk bags, etc. from underneath your route.
- Down climb: Jumping off the wall results in a landing on the ground, making injury more likely than if the climber simply climbs back down to the ground. See Chapter 9 for a discussion of escape (easy down climb) routes.
- Spotting: Spotting is attempting to guide a falling boulderer such that injury is avoided or minimized. The objective is to have the falling boulderer land feet first but above all to protect the head and neck. This is a difficult task given the unpredictability of a bouldering fall.

It is important to remember that spotting does not involve catching the climber but rather altering their fall path just enough to avoid injury to the head and neck. Spotting is best accomplished by the spotter positioning himself under or behind the climber with hands held near the lower back (in the case of a vertical wall) or arm pits (in the case of an overhung wall). Thumbs should be held in so they aren't caught on clothing and bent backward. In the event of a fall the spotter pushes on the lower or upper back depending on the angle of the wall so that the climber's legs hit the floor first.

Effective spotting takes experience and intuitive sense in order to anticipate the direction and timing of a fall, the physical ability to alter the path of a falling boulderer, and close attention. Novices and those small in stature will have difficulty performing the complex movements quickly or strongly enough to provide an effective spot.

Spotters can do more harm than good. First, an improperly positioned spotter can end up in the fall zone, raising the possibility that both climber and spotter will be injured. Second, even experienced spotters can fail and either push a climber into a more vulnerable landing position or completely miss.

For these reasons teaching spotting to beginners is a mixed bag at best. If you choose to teach spotting be sure to provide hands-on, supervised practice and describe the risks involved.

- How to fall: Your orientations should include a segment on how to fall off a bouldering wall. The



Properly positioned spotter

preferred method is to keep legs bent (don't land straight legged), drop, and roll. Avoid extending an arm – an outstretched straight arm can result in a broken wrist or arm.
- Portable pads: If your facility utilizes portable pads in the bouldering area you must provide a thorough demonstration of placement and a discussion of the risks involved with pad edges and seams.

### c.ii.E. Jewelry and long hair

- Jewelry: Jewelry can catch on holds and possibly get tangled in the rope. For these reasons participants should be encouraged to remove and store all jewelry.
  - Rings: At a minimum rings will get scratched and marred by the texture on the holds. At worst if a ring gets stuck on a hold and the climber subsequently falls, severe finger injury can result.

Case 2:21-cv-00505-NAD   Document 54-2   Filed 04/11/24   Page 32 of 86

Stones and other settings can come loose and are almost impossible to locate once they fall to the ground. Recommend that rings be removed and stored before climbing.

- Necklaces and bracelets: Loose necklaces and bracelets can get tangled in the rope. Recommend that necklaces and bracelets be removed and stored before climbing.

• Long hair: Loose long hair can be pulled into a belay device, and if the belayer panics and releases their hold on the brake strand the stuck hair can be yanked from the head. Although better than loose long hair, a ponytail, if long enough, can become fouled in the belay device. Recommend that any hair that can reach the belay device be tied up.

**c.ii.F.** Auto-belays: If your facility has auto-belays you should provide an orientation to their use and a discussion of the common risks. The orientation should involve supervised, hands-on practice and a test to ensure the climber fully understands how the auto-belay system is used and the common misuses the climber might encounter.



Auto-belay barrier

The most common auto-belay accident involves the climber simply forgetting to clip into the safety lanyard and climbing up the wall unprotected. Many accidents of this type have occurred with disastrous consequences. It is imperative that you install barriers to climbing without clipping in, warning posters, and a strong verbal discussion of this risk during orientation.

A written, hard copy or digital checklist should be used to ensure all instructional steps and warnings have been provided to the user.

**c.iii.** Other warnings: In addition to warnings and risk disclosures made in an in-person or video orientation, posters and other warnings should be clearly visible around the facility.

**c.ii.A.** Posters: Warning posters should be prominently displayed.

- General warnings such as the Climb Smart posters offered by the Climbing Wall Association provide a reminder for climbers to pay attention to what they are doing.
- Bouldering: Bouldering rules and warnings should be posted around the bouldering area.
- Roped climbing: Roped climbing posters should encourage climbers to check their partner's setup before the climber leaves the ground (known as the "buddy check") and a reminder of the common verbal commands used between climber and belayer.



General warning poster



Bouldering poster

- Auto-belay: Auto-belay warnings should be posted at eye level next to all auto-belay lanyards and should remind users to double check their harness and attachment setup and untwist the lanyard before leaving the ground.



Gym rules poster

c.ii.B. Rules: Gym rules should be posted in several prominent locations around the facility.

(d) Belay instruction: Belay instruction begins with a comprehensive orientation as described in Section 1.(c). New customers wishing to belay will either need to pass a competency test or take belay instruction.

d.i. Instruction requirements: Although this book is not a "how-to" manual, there are certain aspects of belay instructions that must be covered.

d.i.A. Top rope: All aspects of the top rope safety system should be explained and taught. Repeated hands-on practice with each part is required to ensure that the new belayer has acquired the necessary skills.

- Harness use: Harness use must follow the manufacturer's instructions.
- Climber attachment: The climber will be attached to the rope directly using a knot or by way of carabiners.
- Tie in: Use only the figure 8 follow-through knot as the attachment of climber harness to rope. Follow manufacturer's instructions for directly attaching a rope to the harness.
- Clip in: If attaching with carabiners use two with gates opposed. The carabiners should auto-lock, preferably with three actions required to open them. Follow manufacturer's instructions for attaching a rope to the harness with carabiners. Attachment with carabiners is for top roping only and should not be used for lead climbing.

    The two locking carabiners are resident on the climber end of the rope and attached there with a figure 8 follow-through knot.
- Belay device setup and attachment: If your facility uses resident (fixed in place) belay devices students must be taught to correctly attach the belay device to the harness. If your facility does



Figure 8 follow-through attachment

Triple-action carabiner clip-in with figure 8 knot



PBUS belay procedure

not use resident belay devices students must be taught to properly thread the rope through the belay device and attach the rope and device to a locking carabiner and then to the proper attachment point on the harness.

- Belay method: A number of belay methods exist, but there is one that is best.
  - Elements of an effective belay: Regardless of method, all belayers must perform the following tasks utilizing the belay device and harness manufacturers' prescribed use of the equipment.
    - Maintain control of the brake strand of the rope.
    - Move hands in a manner that allows braking at any time.
    - Stay in a stable stance.
    - Arrest a fall at any time.

- PBUS: Most climbing organizations have gravitated to the PBUS (pull, brake, under, slide) belay method. This method has proven the most effective among all the various belay techniques.

- Double checks: A double check (buddy check) is required in which the climber checks the belayer's setup and the belayer checks the climber's setup. Many accidents have occurred because the climber failed to properly put on his harness or attach the rope to it, or the belayer was set up incorrectly. Double checking each other is a fast and easy way to prevent setup errors. The double check should verify:
  - The harnesses are on correctly.
  - The climber is attached to the appropriate part of the harness and to the rope either by completed figure 8 knot or double-locking carabiners with gates opposed.
  - The belay device is threaded correctly.
  - The belay device is attached to the appropriate part of the belayer's harness.
  - The belay device is functioning properly if using an assisted-braking device.
- Commands: Basic climber/belayer commands must be taught in the belay class. These include:
  - "On belay?": After the buddy check and while still standing on the ground the climber asks the belayer to verify he is ready to catch a fall. The belayer checks to be sure he is in the correct position to belay and is paying attention before responding "Belay on" signifying readiness.
  - "Climbing": After receiving the "Belay on" response the climber signals that he is now leaving the ground. The belayer responds with "Climb", signifying he understands.

  - "Up rope": If a top rope climber notices slack building up he can ask the belayer to remove it and bring the rope back taut between them.
  - "Slack": Conversely if the rope is too taut the climber can ask the belayer to provide a small amount of slack to the system.
  - "Take": The climber asks to sit back in his harness and rest on the rope. The belayer is to hold the climber in that position until the climber is ready to proceed or be lowered.
  - "Lower": The climber asks to be lowered back to the ground.
- Lowering: The new belayer must be taught to lower a top rope climber back to the ground.
- Grades: An orientation to climbing routes and grades used by the facility should be provided.
- Follow-up protocol for testing: Although a student successfully completing a belay class may belay on his own for the remainder of that day, upon the next visit he will be asked to complete a belay test to ensure that skills learned on the day of the class have been retained. The student should be apprised of this procedure.
- Checklist: All steps in the class should be in a written or digital checklist that is completed by the instructor and stored securely.

**d.i.B.** Lead climbing: Lead climbing is more dangerous and complex than top roping. As a result the instruction should take place over several sessions. Whereas many gyms teach the safety skills required for top roping in as little as 30 minutes, lead climbing instruction typically requires several multi-hour



Properly clipped quickdraw

The rope can come unclipped if the leader falls on a back-clipped quickdraw.

classes. Unlike top rope instruction, lead classes must include imparting skill to the climber as well as to the belayer.

- Climber: The climber, or leader, must learn a number of additional safety skills not taught in top roping.

  - Knot: If not taught in the top rope class, aspiring leaders must learn to tie in with a figure 8 follow-through knot. Attachment with carabiners is for top roping only and should not be used for lead climbing.

  - Clipping: New leaders must be taught effective and efficient means of attaching the lead rope to quickdraws. Many methods are acceptable so long as the rope ends up flowing from the belayer behind the clipping carabiner out through the front to the climber.

- Common clipping errors: Leaders need to recognize two basic clipping errors.

  - Back clip: A back clip occurs when the rope flows in the opposite direction as described above, i.e. from the belayer through the front of the clipping carabiner and out the back to the climber. In a lead fall a back clip can result in the rope coming unclipped. Students should be taught not only to recognize a back clip but how to correct it.

  - Z clip: A Z clip results when the leader pulls rope from below his last quickdraw to clip the next quickdraw. The resulting friction prevents any further upward progress by the climber and can also increase the length of a fall. Students should be taught not only to recognize a Z clip but how to correct it.

CLIMBER · CLIMBER · CLIMBER

BELAYER · BELAYER · BELAYER

CORRECT BOLT ORDER · LAST TWO BOLTS ARE Z-CLIPPED · MIDDLE BOLTS ARE Z-CLIPPED

Z clip

- Leg between the rope and the wall: A fall when the leader's leg is between the rope and the wall can result in a nasty rope burn or an upside down fall, both to be avoided. Practice leads during class should stress the importance of keeping the rope between the climber and the wall.
- Anchors: Lead students should be taught how to clip into and utilize the lowering anchors.
- Commands: Several additional commands beyond those learned in top roping should be taught.
  - "Falling": A leader may warn his belayer that a fall is imminent.
  - "Clipping": A leader may alert the belayer that he will require immediate slack to clip the next quickdraw.



A fall from this position will result in rope burn to the leg and potentially flip the climber upside down.

- Belayer: Lead belay skills differ from top roping. A lead belayer is constantly either feeding rope out to a climbing or clipping leader or taking in slack as a leader approaches a quickdraw clipped above the leader's waist. In addition the belayer may be required to move toward the first quickdraw to create quick slack in the rope or away from it to "take" the leader.
- Belay device setup: Students must be taught to set up and double check their belay device and how to properly attach the device to their harness.
- Belay method: Lead belaying is much more complex than that required for top roping. The constant feeding or pulling in of slack combined with movement toward or away from the wall requires coordination and practice.
- The belay method must incorporate the elements of an effective belay:
  - Maintain control of the brake strand of the rope.
  - Move hands in a manner that allows braking at any time.
  - Stay in a stable stance.
  - Arrest a fall at any time.

- Double check: As in top roping, a double check (buddy check) must be taught. The lead climbing double check is the same as that described for top roping in Section 1.(d)i.A.
- Mock leading: The preferred method of teaching lead climbing is to use the mock belay in which a top rope backup is used in addition to the lead rope.

**d.i.C.** Age requirements: The facility should set age restrictions for certain activities, most notably belaying, leading, auto-belay use, and topping out boulders if applicable. Additionally a minimum age for unsupervised climbing should be maintained. Minimum ages for certain activities might be waived for proven abilities, for example youth team participants below the minimum age for belaying might be allowed to top rope belay after extensive training and practice.

**d.ii.** Checklists: All safety classes (top rope belay and lead classes) should utilize checklists filled out by the instructor to ensure comprehensive and consistent coverage of all the topics.

**(e) Belay tests:** Belay tests are administered to determine if an individual is capable of providing an adequate belay or additionally, as in the case of lead climbing, to use good lead climbing practices.

**e.i.** Who to test:

**e.i.A.** New customers with previous belaying experience: Upon check-in a new customer who represents that he has previous belay experience will need testing prior to being allowed to belay unsupervised.

**e.i.B.** Returning customers who have not as yet passed a belay test: Any returning customer that has not previously passed the belay test can ask to take the test whether or not they had previously taken the belay class taught by the gym.

**e.ii.** What to test: The following elements of an effective belay must be tested without prompting by the instructor/tester. The elements should all be listed on a checklist filled out by the instructor/tester. When a climber passes an ability test his check-in record should be altered so that next time he enters the gym the staff will be aware of his status.

**e.i.A.** Top rope
- Proper harness use
- Proper attachment – climber
- Proper setup and attachment – belayer
- Double check
- Proper use of commands
- Ability to take up slack without removing brake hand
- Ability to brake at any time
- Arrest a fall
- Proper lowering

**e.i.B.** Lead
- Proper harness use
- Double check
- Proper use of commands
- Belayer
  - Proper setup and attachment
  - Ability to feed and take up slack without removing brake hand

- Ability to brake at any time
- Arrest a fall
- Proper lowering
- Climber
  - Proper attachment to the rope
  - Demonstrates proper clipping
  - Keeps rope between body and wall
  - Demonstrates and corrects back clip
  - Demonstrates and corrects Z clip
  - Uses anchors correctly

e.iii. Sample belay test procedures are in Appendices B and C.

(f) Minors: Those under 18 require additional safeguards and procedures.

f.i. Age requirements for certain activities: Most climbing facilities have restrictions based on the age of the participant. Although there are no hard and fast rules, many gyms place the following limitations on minor climbers.

f.i.A. Top rope climbing: The only age restriction is based on the harness manufacturer's recommendation for minimum age. Small children should be placed in full body harnesses specially made for the youngest climbers. Those under 14 are commonly required to have full-time parental or instructor supervision.

f.i.B. Top rope belaying: 14 is a commonly used minimum age for top rope belaying. Special exceptions can be made for children younger than 14 participating in on-going youth programs in which extensive

instruction and practice takes place over many weeks and thorough testing is administered.

f.i.C. Lead climbing and belaying: 16 is a commonly used age for lead climbing and belaying. Special exceptions can be made for children younger than 16 participating in on-going youth programs in which extensive instruction and practice takes place over many weeks and thorough testing is administered.

**2. Processing Repeat Customers:** Repeat customers must be checked in at the front counter prior to entering the climbing area so that their recorded tests can be verified.

(a) Assessing skills/certifications, etc.: Staff must check the recorded tests the climber has passed so that they can be properly supervised.

In busy facilities with many climbers and on-duty staff, some method of identifying the abilities of each climber should be used. Colored tags attached to the climber's harness are a common identifying tool, for example a blue tag to signify that a top rope belay test has been passed and a green tag for leading.

(b) Belay tests: Returning customers that wish to be tested should be tested on their arrival before they begin climbing on their own.

**3. Keeping Records:** Individual climber records must be kept by the facility to verify a climber's abilities when he checks in. Those records should be displayed on a check-in screen that the staff can see. The climber can then be directed to the appropriate activities or further tests.

**4. Phone and Internet Protocols:** Prepare new customers for a first visit.

(a) Liability waiver and minors: Your climbing facility's web presence can inform new users of your liability waiver policy and possibly give them the opportunity to fill out and sign the form remotely before they arrive at the gym.

(b) Prepare new customers for what to expect:

b.i. Age requirements

b.ii. Time requirements for orientation and getting started

b.iii. Basic instructional programs.

**5. Supervision:** Front counter staff are tasked with supervising the climbers in the gym. The primary objective is to ensure that climbers are acting according to gym rules and using equipment in the prescribed manner.

(a) Elements of use to supervise: All climber activities must be monitored including the type of climbing in which the climber is qualified to participate, equipment use, following of gym rules, proper belay and climbing technique, and anything else that might impact the safety of those in the gym. The staffer must intercede in any unsafe practice, inserting his presence and direct action into the situation, for example grabbing the brake strand of the rope if the belayer is showing unsafe belay procedure, removing shoes, chalk bags, etc. from the fall zone in the bouldering area, or having a leader correct a back clip before climbing any higher.

(b) Number of staffers required for supervision: The number of staffers is proportional to the size of the facility and the number of climbers using the gym. One staff person may be acceptable in a small gym with few users; large gyms may require several staffers overseeing the gym, especially if sections of climbing wall are not visible from the front counter or other single vantage point.

(c) Frequency of supervision: Frequency depends on the type of climber present. Experienced climbers that are frequent users of the gym would require little supervision, but those brand new to belaying might require constant supervision immediately following the belay class.

(d) Guidelines for specific classes of user:

d.i. Young children: Young children lack the objective judgment to assess risk. They will often put themselves in dangerous situations without realizing the risks, for example running through crowded bouldering areas.

d.ii. Minors without adult supervision: Minors 14 or over that do not require direct adult supervision should be monitored more often than average regardless of activity.

d.iii. Brand new belayers: New belayers are prone to making basic belay errors. Immediately following a belay class these users should be watched closely and their belay technique corrected if necessary.

d.iv. Any first time user: Many first time users opt to boulder initially without taking the belay class. It's important to monitor their bouldering use more frequently than average to prevent unsafe practices.

**6. Emergencies:** The facility must have a written emergency management plan.

(a) **Elements of the plan:** The plan should cover the steps that staff should take for each type of emergency.

a.i. Personal health emergency:

a.i.A. Ambulatory injury: Scrapes and bruises frequently occur in a sports setting. Simple first aid treatment including antiseptic wipes and cold compress may be used with consent from the injured party.

a.i.B. Non-ambulatory injury: A climber injured badly enough that they cannot exit the gym under their own power requires additional care. Does the injury warrant a call to 911? If so, don't hesitate to make the call! The gym should not attempt to treat serious injury but rather immobilize the victim and wait for emergency crews. Do not remove clothing or climbing gear, wait for the professionals.

a.i.C. Life-threatening injury: A life-threatening situation in which the victim is not breathing or is bleeding profusely will require immediate first aid/CPR intervention by the staff in addition to calling 911.

a.i.D. Blood-borne disease: The gym must have a policy for dealing with blood spills to eliminate the possibility of an infectious blood-borne disease. The policy should include a method for dealing with everyday blood from small cuts to the hands or knees that frequently occur in climbing.

a.i.E. Long hair stuck in belay device: The gym should have a policy on how to remove hair from an active belayer's belay device. The simplest method is to have the climber stay on the wall, create a bit of slack in the system, and carefully pull the hair free. If the climber has fallen off an overhanging climb and cannot get back on the wall, a rope ascender with an etrier attached to the rope above the belayer and weighted can provide the slack necessary to remove the hair from the belay device.

a.i.F. Child stuck on the wall: Occasionally a child will climb the wall to some height and refuse to let go so he can be lowered to the ground. Usually the child can be coaxed to let go, but if not the simplest rescue method is to have a staff person climb an adjacent rope line and physically pull the child from the wall if necessary.

a.ii. Facility emergency: The plan should cover non-medical emergencies.

a.i.A. Power failure: A policy should exist for the possibility that the power goes out and the facility is cast into darkness. At a minimum climbing should cease, with roped climbers immediately being lowered to the floor.

a.i.B. Weather emergency: Tornado watches or warnings, high winds, and other weather emergencies might require an emergency response, for example by requiring customers in the gym to shelter in a secure part of the facility while a tornado warning is in effect.

**(b) First aid and CPR:** All gym staff and instructors must be certified in basic first aid and CPR.

**(c) First aid kits and what to administer or offer:**
A first aid kit must be accessible by the staff and include at a minimum:

- antiseptic ointment and wipes
- a selection of band aids
- gauze wrap
- c.iv. latex gloves
- CPR mask
- aspirin and ibuprofen
- cold compresses.

**(d) Accident reports and witnesses:** After a serious accident victim has been removed from the gym by emergency medical services an accident report must be prepared. The facility should have a standard form to fill out for each serious injury that includes the following information. See Appendix A for a sample accident report form.

d.i. Date, time, and specific location within the gym where the accident occurred.

d.ii. The activity in which the victim was engaged: top rope, leading or bouldering.

d.iii. A description of the events leading up to and following the accident.

d.ii.A. If a roped accident, look closely at the equipment that was in use.

- Did the rope come untied from the harness?
- Did the harness come unbuckled?

- Did the climber tie in or clip in to the wrong part of the harness and then that part broke under weight, for example a gear loop?
- Did the belayer fail? If so, how?
- If a lead accident, did the climber get between the rope and the wall, hook a leg, flip upside down?

d.ii.B. If a bouldering accident, examine the following:

- If the gym uses portable pads did the climber land on an edge or seam?
- Did the climber land completely off the mat?

d.iv. What injuries were sustained?

d.v. How was the victim treated by staff?

d.vi. List all witnesses with contact information.

d.vii. Retain all equipment in use at the time of the accident

d.viii. Sign the report and file properly.

CHAPTER 4

# BOULDERING

**1. Description:** Bouldering is the act of climbing relatively close to the ground without rope, harness, or belay. Falls are typically protected by an enhanced floor padding consisting of 8 to 24 inches of foam (see Chapter 2, Section 8, for a description of bouldering padding types). Some indoor boulders have a finished top which the climber may elect to climb onto, simulating more closely outdoor bouldering.


Bouldering


Top-out boulder

**2. Supervising Bouldering:** The risks associated with bouldering differ from those found in roped climbing and as such require a separate knowledge set.

(a) **Frequency:** The frequency with which the bouldering area is supervised depends on the number and type of user. The more users in the bouldering area the more frequent the supervision requirement. Children and novices require more supervision than experienced boulderers.

(b) **Bouldering safety issues:** As noted above risk issues relative to bouldering differ from those arising from roped climbing. Following is a list of common bouldering issues to watch for during supervision.

b.i. The perception of bouldering as "safer" than roped climbing: Novices will frequently express the view that bouldering is safer than roped climbing principally because the activity takes place closer to the ground. In actuality a climber is much more likely to be injured bouldering because every fall results in the climber impacting the floor. In roped climbing it's extremely rare for the climber to impact the ground in a fall. This perception of bouldering being safer than roped climbing should be strongly dispelled in the orientation and in conversation between staff and customers.

b.ii. Young children: Children, especially those under six years of age, do not generally recognize the consequences of their actions nor do they see objective dangers. Children are drawn to the thick padding under bouldering walls for tumbling and general horseplay, but they often do not recognize the danger of falling climbers around them. Carefully observe loose children and keep them out of the bouldering fall zone. Caution parents up front about these dangers and recommend they keep children out of the bouldering area.

b.iii. Equipment in the fall zone: Careless climbers frequently leave climbing equipment lying around in the fall zone, increasing the likelihood of injury if left in place. These items might include brushes, shoes, chalk bags or buckets, cell phones, clothing, water bottles, etc. Staff should either ask these climbers to remove or move the items themselves.

b.iv. Proper spotting: If climbers elect to spot be aware of proper form – thumbs in, hands to lower back or armpits, and guiding the falling climber so that feet impact the padding first.

b.v. Portable pads: As described in Chapter 2, Section 8, portable pads should be avoided due to dangers associated with edges and seams, but if you elect to use them then vigilantly correct the following problems.

b.v.A. Move portable pads into proper placement: Portable pads should be placed in the projected fall zone for a given boulder problem (route). If a boulder problem moves diagonally up the wall or overhangs severely several pads placed end to end may be necessary. Cover all of the floor area onto which the climber might fall.

b.v.B. Not enough portable pads to cover the entire fall area for a specific problem: If there are not enough pads available to completely cover the area onto which the climber might fall, a spotter will be needed to move the available pad under the climber as he progresses up the route. Failing to do so will result in the climber being exposed to a hard landing surface with the potential for increased risk and severity of injury.

b.vi. Other padding issues:

b.vi.A. Seams in continuous pads deteriorating: The Velcro seams used in some continuous padding surfaces will generally deteriorate faster than the foam padding material. It's important to recognize and correct any deteriorated seams before someone lands on what appears to be a continuous surface when in actuality an open seam exists. The problem with open seams is described more fully in Chapter 2, Section 8.

b.vi.B. Deteriorating padding resilience: After some time the padding itself will lose its resilience. This is especially true in the fall area directly below the top of the boulder wall as many climbers will opt to drop from the top of the wall rather than climb down. This repeated heavy impact on a small area eventually leads to deteriorated resilience.

b.vii. Topping out when not authorized: Topping out can result in awkward falls as a boulderer attempts to turn the edge onto the top of the boulder. If your facility allows top-outs it's recommended to screen climbers for their experience in bouldering and possibly require a top-out test to provide some evidence of competency prior to allowing an individual to engage in this riskier activity.

b.viii. Spectators engaging in bouldering: Occasionally spectators will take it upon themselves to begin bouldering without having signed a waiver or taking the required orientation. This is especially true for spectating children whose parents don't recognize the risks involved in bouldering. Be sure to tell all spectators as they enter the facility that this is not allowed and be vigilant in watching them.

b.ix. Bouldering with harness, gear attached: Watch for some boulderers wearing their harness and other gear while bouldering. Any hard object can cause injury. Climbers should remove their harnesses prior to bouldering, and if they wish to leave their harness on all gear should be removed including belay devices, carabiners, and quickdraws. If they insist on wearing a chalk bag

while bouldering make sure they remove the hold brush that many climbers use.

b.x. Jumping off the wall: A safer procedure for returning to the ground from a completed boulder problem is for the climber to climb back down to the ground rather than jumping or dropping off. Any fall raises the risk of injury so recommend down-climbing on larger holds, and be sure there are escape holds for this use.

**3. Topping Out:** As described above, some indoor bouldering is constructed to allow a boulderer to climb onto the top of the wall and walk off the back via a ladder or stairs. Access to topping out should be restricted to those climbers who can demonstrate bouldering competency and who are willing to deal with the additional risks of the activity.

(a) **Top-out risks:** Topping out carries additional risks not found in traditional indoor bouldering.

a.i. Loss of line of sight to feet and ground: As a climber begins to top out, his body will be partly above the lip and partly below. From this position it is difficult, if not impossible, for the climber to see his feet or the ground, causing disorientation. Not seeing the feet can result in an inability to move higher and over the top. Not seeing the ground means that should the climber fall he cannot anticipate when he will impact the floor, potentially resulting in awkward landings.

a.ii. 90 degree body position: The 90 degree body angle (see above photo) can more easily result in a falling climber landing on his lower back instead of his feet, again increasing the possibility for more serious injury.

b.iii. Added height: The feet of a climber in the midst of topping out might be 10 to 12 feet off the ground, higher than non-top-out boulders. Additional height means more force absorbed by a falling climber as he impacts the ground and greater chance for injury.



Climber topping out, body above lip and feet below

b.iv. Additional skill needed: Topping out requires competency in bouldering skills such as how to fall or how to locate your feet if they're below a bulge. These skills do not come naturally; a climber develops them with experience. Without having developed basic bouldering skills a novice climber puts himself in unnecessary risk by attempting to top out.

(b) **Who may top out?** Not all boulderers should be allowed to top out for the reasons cited above. The facility should have a policy based on a climber's experience and competency in bouldering as determined by a specified test. Some gyms allow topping out after a climber is able to complete problems of the grade V2, V2 designating that the climber has worked at bouldering enough to attain a moderate level of accomplishment.


Top-out holds back from the edge

(c) **Additional structural elements to include:** If you allow topping out be sure to provide the following.

   c.i. **Top-out holds:** Place holds on the top of the boulder to allow climbers to pull themselves over the lip. It's difficult and disorienting to exit the wall onto the top as if you were exiting a swimming pool.

   c.ii. **Warnings:** Bouldering warning signs should include gym policy on topping out along with the additional dangers in engaging in the activity.

4. **Padding:** Since every bouldering fall results in the climber impacting the ground, special consideration of padding is strongly recommended.

   (a) **Types:** The types of padding available and their pros and cons can be found in Chapter 2, Section 8, and in this Chapter, Section 2.


Portable pads in use

(b) **Managing portable pads:** Although strongly discouraged, the use of portable pads continues. If the facility insists on using portable pads there must be a disclosure of their risks and rigorous instruction in their use.

   b.i. **Risk disclosures:** As a part of the assumption of risk form and orientation be sure to describe the risks that portable pads present, namely landing on an edge or seam and the potential injuries that can result.

   b.ii. **Proper use:** Instruct users during the orientation how to move and place the pads such that the landing zone under a problem is sufficiently padded. Provide coverage a few feet in each direction for every possible fall and avoid seams if possible. If there are insufficient pads to cover the entire area under a problem a spotter should be instructed to adjust the pad location as the climber moves up the wall so that a fall at any given point will be to the middle of the pad.

82  Artificial Climbing Wall Operation and Risk Management

**5. Bouldering Equipment:** There are a couple of specialized pieces of equipment that boulderers utilize.

(a) **Chalk buckets:** A chalk bucket is a large chalk bag designed to reside on the ground near the climbing and not be attached to the climber. These bags are sometimes left in the fall zone where an unsuspecting climber might fall on them.

(b) **Brushes:** Roped climbers and boulderers in particular will brush holds to remove chalk that has built up on a hand hold, thereby improving the texture and resulting friction. Brushes are hard objects that, if left in the fall zone, could cause serious injury to a falling climber.



Chalk bucket and brush

# TOP ROPE CLIMBING

**1. Description:** Top rope climbing implies that the climbing rope has previously been strung through an anchor at the top of the climbing wall with both ends on the ground. The climber ties or clips (if using carabiners) into one end of the rope and the belayer sets up his belay device on the other end. After a double check of their partner's setup and verbal communication indicating both parties are prepared and ready the climber begins his ascent. The belayer, through specific hand motions designed



Top rope system

to always keep the brake hand on the rope (belayer's right hand in Section 2), takes up slack in the rope as the climber climbs. Should the climber fall, the belayer locks down on the brake end of the rope, suspending the climber in mid-air and thereby arresting the fall.

A belayer's secondary job is lowering the climber back to the ground using the friction produced by the belay device.

**2. Supervising Top Rope Climbing:** Top roping presents a range of supervising issues. Watch for the following and intervene immediately if necessary. Many issues occur in the moments leading up to the climber leaving the ground and can be observed and corrected quickly and with little effort. Staff should be trained to run through a mental checklist of the following issues as they look over the climbers on the floor. Novice belayers will typically require more supervision.

(a) **Belay device set up properly:** Is the belayer's belay device setup correct? This can be checked at some distance from the climber: Ensure that the belay device is threaded correctly and attached to the proper point on the harness; the attachment carabiner is locked.

(b) **Harnesses on properly:** Ensure that both the climber and belayer's harnesses are on correctly without twisted webbing, belay, or leg loops; the waist belt is snug; and the waist belt buckle is properly and securely fastened.

(c) **Climber on wrong rope for the route chosen:** Some routes ascend the wall diagonally. The correct rope is that on which the route ends, not begins.

(d) **Climber tied in/clipped in properly:** A figure 8 follow-through knot can be checked at distance. Carabiners



Brake hand NOT in proper position | Brake hand in proper position

should have opposing gates. Be sure the climber is connected to the rope using the proper attachment point on the harness.

(e) **Double checks:** Partners should be checking each other for proper setup prior to the climber leaving the ground. Encouraging this check can eliminate many common accidents.

(f) **Commands:** Ensure the climber and belayer are communicating with each other, especially as the climber prepares to leave the ground. Is the belayer ready? Does the belayer know the climber is leaving the ground?

(g) **Dropping brake hand:** This is one of the most common errors that belayers, especially novices, make. With a tube-style device even a momentary lapse can mean a fall cannot be arrested. Once a falling climber generates momentum the belayer will not be able to recover and stop

the fall, and even an attentive supervisor who is nearby will not be able to intervene. As the climber ascends ensure that the belayer keeps his brake hand on the rope.


Properly positioned belayer

**(h) Not braking on each hand pass:** Belayers sometimes get in the habit of not moving their brake hand immediately into a brake position following the hand motions involved in taking up slack.

**(i) Belayer position on the floor:** Move belayers so they are back from the wall and slightly to one side of the anchor to keep the rope out of the way of the climber.

**(j) Twisted rope:** A climber falling from an overhanging route will sometimes swing around the belay end of the rope, causing the rope to become twisted. A properly positioned belayer who is stationed away from the wall and to the side will typically prevent this from happening, but in the event it does occur it's much easier for the belayer to undo the twist by walking in a circle around the climber.

**(k) Too much slack:** An inattentive or novice belayer may fail to remove slack from the belay system. A fall in this circumstance could impart a significant and unex-

pected shock load to both climber and belayer, especially if the facility uses static line for top ropes. Intervene as necessary to ensure the belayer keeps up with the climber's progress.

**(l) Lowering with just the assisted-braking device handle:** Inexperienced belayers sometimes try to lower a climber using only the release handle on an assisted-braking belay device, resulting in a jerky and dangerous descent; dangerous because it's easy to lose control. Assisted-braking devices require the simultaneous use of the release handle and friction applied to the rope with the brake hand to smoothly and safely lower a climber.

**(m) Belayer distraction:** Be sure all the belayers are paying attention to their climbers and aren't distracted by the many people commonly found in an indoor setting.

**(n) Equipment in the fall or belayer zone:** Shoes, water bottles, packs, clothing, and other items are commonly left on the padding below the climbing wall. Make sure none is in the fall zone or in the area occupied by belayers.

**3. Equipment:** If the facility allows personally owned safety gear (most do) it should only permit equipment manufactured specifically for rock climbing. Industrial safety gear should not be allowed.

The facility should not take on the responsibility for verifying that personally owned gear is safe to use other than ensuring it is intended for rock climbing. Personal equipment should be addressed in the waiver as a specific risk in that personal gear has not been inspected by facility staff and it could fail.

(a) Harnesses: Harnesses should be used according to manufacturers' instructions. Typical use is illustrated in the following images.

a.i. Buckles: Harnesses are fitted with one of two types of buckle for securing the waist belt and possibly leg loops.

a.i.A. Manually threaded: This type of harness buckle requires the user to thread the buckle each time the harness is worn. The webbing is then "doubled back" through the buckle to lock it in place.



Manual double back threading

a.i.B. Semi-permanently threaded: Most newer harnesses are equipped with a semi-permanently threaded buckle. The buckle can be undone between wearings but is typically left buckled. The user simply steps into the harness and pulls the waist belt snug instead of having to thread the buckle each time. This is a convenience so the proper threading should be checked by the climber each time the harness is worn.

a.ii. Attachment points: Harnesses have either one or two attachment points.



Modern semi-permanently threaded harness

a.ii.A. Single attachment point: Simple harnesses have a single attachment point. Typically lacking in comfort these harnesses are, however, easy to understand and use.

They are normally used as rental equipment by climbing facilities.

a.ii.B. Two attachment points: Typical personally owned harnesses provide more comfort and flexibility of movement for the user, but the



Single attachment point in green



Harness with two attachment points: direct tie-in



Harness with two attachment points: belay device attachment



Single attachment point harness: direct figure 8 follow-through tie-in



Harness with single attachment point: clip-in



Harness with single attachment point: belay setup

attachment is more complex. The waist belt and leg loops are connected with a weight-bearing sling called a belay loop. If the climber is attaching a rope to the harness it is threaded through both the waist belt and leg loops at specific points denoted by the manufacturer. Hard attachments (i.e. carabiners) are to the belay loop, whether climber or belayer. Hard attachment is never through both waist belt and leg loops.

**a.iii.** Leg loops: Leg loops provide support for a climber while hanging on the rope. Two types are typically available.

**a.iii.A.** Fixed: Fixed leg loops cannot be adjusted for diameter to accommodate climbers of differing thigh size.

**a.iii.B.** Adjustable: Adjustable leg loops can be adjusted for diameter to accommodate climbers of differing thigh size. There are many ways leg loops can be adjusted, follow manufacturers' instructions.

**a.iii.C.** Keepers: Leg loops typically have a thin section of elastic that connects them to the waist belt. These "keepers" are not weight bearing and exist solely to hold up the leg loops so they don't droop down the climber's legs potentially impairing movement.



Fixed, non-adjustable leg loops



Adjustable leg loops



Leg loop keepers in the foreground

**a.iv.** Gear loops: Gear loops are short sections of thin webbing or plastic attached to the sides of some harnesses. They are designed to carry climbing equipment and are not weight bearing. Unfortunately accidents have occurred because a climber has used a gear loop to attach himself to the rope; when that climber has eventually weighted the rope the gear loop has broken. Personal climbing equipment will likely have gear



Gear loops with gear attached

Case 2:21-cv-00505-NAD   Document 54-2   Filed 04/11/24   Page 55 of 86

loops but rental equipment should not. It is recommended that the facility purchase harnesses without gear loops for rental.

**(b) Belay devices:** There are two major belay device types, tube and assisted-braking along with sparsely used hybrids. There are many devices on the market and staff should be familiar with the more common in use.

**b.i.** Tube-style devices: Tube-style devices are commonly called ATCs after the Air Traffic Controller manufactured by Black Diamond Equipment Company. These devices are passive and rely on the belayer to bend the rope over the edge of the tube to create the necessary friction for arresting a fall.

In the event of a fall a manual, tube-style device requires the belayer to apply quick action by physically bending the rope downward over the lower edge of the device. If the belayer does not control the downside end of the rope known as the brake strand, the rope will flow freely through the device and the climber will rapidly drop to the ground. In addition, once a climber begins to fall the belayer must act immediately or risk losing grip on the brake strand. It is almost impossible to regain control of the rope once lost due to the momentum generated by the fall.

**b.ii.** Assisted-braking devices: An assisted-braking device, on the other hand, typically utilizes a moving cam to automatically clamp down on the rope if sufficient force, as in a fall, is applied to the rope. Assisted-braking devices, such as the Grigri from Petzl pictured below, are sometimes referred to as "auto-locking" since in the event of a fall the device will automatically lock.


Belaying with tube-style belay device


Belaying with a Petzl Grigri

Assisted-braking devices are not foolproof, however. The moving cam can be defeated by an anxious or inexperienced belayer, resulting in an unarrested fall. Unlike a manual device, however, an assisted-braking device will allow a belayer to recover even when momentum has been generated by the falling climber: The belayer can simply release pressure on the cam, allowing it to lock down on the rope.

**b.iii.** Hybrids: Hybrids are passive devices that provide additional friction without a moving cam. These devices are rarely used, but facility staff may


Belaying with a Mammut Smart hybrid belay device

eventually encounter one and should be aware of their proper use.

(c) Rope: Rope used in a climbing facility must be manufactured specifically for rock climbing. Industrial or nautical rope is unacceptable. Climbing rope can be either static/low elongation or dynamic, meaning the rope stretches when force is applied to it.

c.i. Static/low elongation: This type of rope is useful in a top rope application but should not be used for leading.

c.ii. Dynamic: Dynamic rope stretches when weighted, and the more force applied the more the rope will stretch. Dynamic rope is the only type that should be used for leading since lead falls can generate significantly greater forces than those from top roping. Some of that additional force is dissipated through the stretching of the rope.

c.iii. Diameter: Rope used in gym applications typically ranges from 10 to 11 mm. The larger the diameter, the longer the rope should last before being replaced. However, large diameter ropes are heavier for leading and usually require more work for the belayer in that the rope is more difficult to move through the belay device.

Some belay devices require the rope to be within a specific diameter range, for example Petzl mandates 8.9 to 11 mm for the Grigri 2.

(d) Top rope anchor(s): See Chapter 2, Section 9, for a discussion of top rope anchor types and their use.

(e) Floor anchors: Floor anchors are used to prevent a belayer who is significantly lighter than the climber from being pulled off the ground. Floor anchors are typically unnecessary for top roping if the facility utilizes wrapped belay bars and the climber to belayer weight ratio is not more than two to one. If the gym uses quickdraws or cold shuts for top anchors floor anchors are warranted.

In some facilities top roping belay devices are attached directly to a floor anchor and the belayer simply belays off the anchor and never attaches directly to the belay device. This is acceptable only if there are two floor anchor bolts attached to the floor such that each can more than sustain the maximum load expected. This requires the services of a structural engineer who can certify that the floor anchors are set to withstand the loads required.



Belayer anchored to the floor

**4. Attachment Systems:** Although a number of attachment techniques are used within the climbing community, the facility should strive to keep things simple by specifying very few allowable methods.

(a) The climber: The climber will either attach to the rope directly or by clipping in with carabiners.

a.i. Tying in: The facility should only allow the figure 8 follow-through knot to be used for attaching a lead or top rope climber to the rope. The figure 8 is secure, strong, and known to all climbers, and its proper use is easy to verify from a distance.

a.ii. Clipping in: If the facility uses carabiners to attach a top rope to a climber, two triple-action locking carabiners with gates opposed should be utilized. Climber attachment with carabiners is for top roping only and should not be used for lead climbing.

(b) The belayer: The belayer will attach the belay device to their harness using a locking carabiner.

**5. Belaying:** See Chapter 3, Section 1.(d), for a discussion of belay technique. Regardless of method, all belayers must perform the following tasks utilizing the belay device and harness manufacturers' prescribed use of the equipment.

- Maintain control of the brake strand of the rope.
- Maintain the proper amount of slack in the system by moving hands in a manner that allows braking at any time.
- Stay in a stable stance.
- Arrest a fall at any time.

**6. The Double Check:** Climbing partners should be required to double check each other prior to the climber leaving the ground. See Chapter 3, Section 1.(d), for a buddy check procedure.

**7. Climbing Commands:** See Chapter 3, Section 1.(d), for basic climber/belayer commands.

**8. Instructional Considerations**

(a) Age policy: The facility should have a minimum age for to taking part in a belay class and belay unsupervised. 14 years is a common minimum age to allow unsupervised belaying.

CHAPTER 6

# LEAD CLIMBING

**1. Description:** In lead climbing the climber trails the rope behind him, clipping into points of protection known as quick-draws which have been previously and permanently installed at regular intervals. A quickdraw is a short sling of nylon webbing, section of chain, or wire cable typically attached to the wall with a hanger bolted to the structural frame and a screw link. A cara-biner is fitted to the free hanging end. The set-up, double check, and verbal communication all remain the same as in top roping except that the climber always ties in to the rope rather than attaching with carabiners. Lead climbing is more dangerous



Lead climbing



Quickdraw attached to a bolt

than top rope climbing due to the potential additional length of the falls. A longer fall means both the climber and belayer must deal with significantly increased forces. Lead climbing requires more skill from both the climber and belayer than top roping.

**2. Supervising Lead Climbing:** Lead climbing presents a range of supervising issues. Watch for the following and intervene immediately if necessary. Many issues occur in the moments leading up to the climber leaving the ground and can be observed and corrected quickly and with little effort. Staff should be trained to run through a mental checklist of the following issues as they look over the leaders and lead belayers on the floor. Newer leaders and lead belayers will typically require more supervision.

(a) **Belay device set up properly:** Is the belay device setup correct? This can be checked at some distance from the climber: Ensure that the belay device is threaded correctly, attached to the proper point on the harness, and the carabiner is locked.

(b) **Harnesses on properly:** Ensure that both the climber and belayer's harnesses are on correctly without twisted webbing, belay, or leg loops; the waist belt is snug; and the waist belt buckle is properly and securely fastened.

(c) **Climber tied in properly:** A figure 8 follow-through knot can be checked at distance. Be sure climber is connected to the rope using the proper attachment point(s) on the harness.

(d) **Rope "flaked" below first quickdraw:** Flaking is the process of piling a rope so that it feeds easily and untangled off the top of the pile. The rope should be flaked directly below the first quickdraw. A rope piled more than a few feet away can make the belayer's job awkward.

(e) **Double checks:** Climbers should be checking each other for proper setup prior to the climber leaving the ground. Encouraging this check can eliminate many common accidents.

(f) **Commands:** Ensure the climber and belayer are communicating with each other, especially as the climber prepares to leave the ground. Is the belayer ready? Does the belayer know the climber is leaving the ground?

(g) **Dropping brake hand:** This is one of the most common errors that belayers, especially novices, make. With a tube-style device even a momentary lapse can mean a fall cannot be arrested. Once a falling climber generates momentum the belayer will not be able to recover and stop the fall, and even an attentive supervisor who is nearby will not be able to successfully intervene. As the climber ascends ensure that the belayer keeps his brake hand on the rope at all times.

Some belay devices such as the Grigri are required by the manufacturer to be used in a specific manner especially when it comes to lead belaying. Staff should be fully knowledgeable about the belay devices allowed in the facility and correct any deviations from the manufacturer's recommended method of use.

**(h) Not maintaining a brake position:** A lead belayer might get in the habit of dropping their brake hand when feeding rope to a leader who is attempting to clip a quickdraw. The rapid rope feeding required to provide the leader with enough slack to clip sometimes results in the belayer, in their haste, dropping their brake hand.

**(i) Belayer position on the floor:** Lead belayers should be positioned near the climbing wall and slightly to one side of the first quickdraw. A lead belayer that is more than a few feet away from directly under the first quickdraw can be pulled off his feet by a falling leader and slammed into the wall, creating a dangerous situation in which the belayer could be injured and lose control of the brake strand.



Properly positioned lead belayer

**(j) Too much slack:** Lazy lead belayers will sometimes leave large amounts of slack between themselves and the leader so they don't have to feed rope rapidly to a clipping leader. There should be some slack in front of the belayer sometimes referred to as a "soft J", but anything more than this results in longer than necessary lead falls.

**(k) Too little slack:** Too little slack can be just as problematic as too much. A tight line from belayer to climber results in the leader being "shorted", or not receiving enough slack, when attempting to clip. An additional consequence of a tight rope is that a falling leader does not begin his fall by dropping vertically but rather pendulums harshly and slingshots into the wall. The severity of these slingshot falls results in the leader slamming hard into the wall, increasing the possibility of injury.

**(l) Lowering with just the assisted-braking device handle:** Inexperienced belayers sometimes try to lower a climber using only the release handle on an assisted-braking belay device, resulting in a jerky and dangerous descent; dangerous because it's easy to lose control. Assisted-braking devises require the simultaneous use of the release handle and friction applied to the rope with the brake hand to smoothly and safely lower a climber.

**(m) Belayer distraction:** Be sure that belayers are paying attention to their climbers and aren't distracted by the many people commonly found in an indoor setting. Lead belaying requires more careful attention to the climber than top roping due to the constant feeding and taking up of slack.

**(n) Equipment in the fall or belayer zone:** Shoes, water bottles, packs, clothing, and other items are commonly left on the padding below the climbing wall. Make sure none is in the fall zone or in the area occupied by belayers.

**3. Equipment:** The equipment used in lead climbing is the same as that utilized in top roping with some differences in use noted below. Refer to Chapter 5, Section 3, for descriptions of the equipment.

**(a) Harnesses:** Fitting and securing a harness is the same as in top roping, but the leader must always tie in to the lead rope and never clip in with carabiners.

**(b) Belay devices:** Although the principles of belaying remain the same, the devices may operate differently when lead belaying. Refer to the manufacturer's recommendations for specifics in using a device for lead belaying.

Elements of an effective belay: Regardless of method, all belayers must perform the following tasks utilizing the belay device and harness manufacturers' prescribed use of the equipment.

- Maintain control of the brake strand of the rope.
- Maintain the proper amount of slack in the system by moving hands in a manner that allows braking at any time.
- Stay in a stable stance.
- Arrest a fall at any time.

**(c) Rope:** Lead climbing must utilize a dynamic rope manufactured for rock climbing and be of a diameter that meets the belay device manufacturer's specification.

**(d) Quickdraws:** Quickdraws will be permanently attached to the climbing wall by the facility.

**(e) Anchor types:** Lead anchors placed at the top of the wall for the leader to lower from come in a variety of styles. See Chapter 2, Section 9.(e), for a description of lowering anchor variations.

**(f) Floor anchors:** Floor anchors should not be used for lead belaying. The anchor prevents the belayer from moving to more advantageous positions: closer to the wall to feed slack, or away from the wall to "take" the climber. In addition, a principle of lead belaying is to provide a dynamic resistance in which the belayer jumps upward if the climber falls, thereby reducing the force experienced by both climber and belayer. A climber should be no more than 50 percent heavier than the belayer.

**4. Lead Climbing Commands:** See Chapter 3, Section 1.(d), for basic climber and belayer commands.

**5. Instructional Considerations**

**(a) Age policy:** The facility will have an age policy regarding lead climbing and belaying. Many facilities use 16 years as the minimum age for these activities.

**(b) Basic lead instruction format:** Leading is more involved and takes much longer to learn than top roping. The basic format provides a safe environment to practice the many additional skills the climber and belayer need to acquire prior to being allowed to lead climb unsupervised.

A useful setup is a three person team: lead climber,

lead belayer, and top rope belayer (who may be the instructor). The leader attaches to both a top rope and a lead rope. The lead belayer practices the belay as the climber ascends. The top rope belayer provides a backup belay while both leader and belayer practice.

CHAPTER 7

# AUTO-BELAY

**1. Description:** Auto-belay systems allow a single person to use a roped climbing wall. The climber attaches his harness to a spring-loaded lanyard held in place at the base of the climbing wall. The lanyard is attached to a braking device anchored to the top of the climbing wall. As he climbs the spring retracts the lanyard and if a fall occurs the device will gently lower him back to the ground. An auto-belay provides a method for top roping without needing a belayer.

**2. Supervising Auto-belays:** Auto-belay climbing presents a number of potential issues. Watch for the following and intervene immediately if necessary. Many issues occur in the moments leading up to the climber leaving the ground and can be observed and corrected quickly and with little effort. Staff should be trained to run through a mental checklist of the following issues as they look over the auto-belay climbers on the floor. Newer users will typically require more supervision.

(a) **Harnesses on properly:** Ensure that the climber's harness is on correctly without twisted webbing, belay, or leg loops; the waist belt is snug; and the waist belt buckle is properly and securely fastened.

(b) **Climber properly attached to safety lanyard:** An auto-belay lanyard should have two triple-action, locking carabiners with gates opposed for attachment to the

climber's harness. Ensure proper clip-in with both carabiners locked and gates opposed.



(c) **Lanyard twisted:** The lanyard must not be twisted. Ensure that the climber untwists the lanyard before leaving the ground.

(d) **Climber using the correct auto-belay for the chosen route:** Be sure the climber has chosen the correct auto-belay for the route they wish to attempt. The route should end at the top of the wall within 2 feet of the auto-belay device.



Auto-belayer in use

(e) **Double check:** Climbers should check themselves for proper setup prior to leaving the ground. Encouraging this check can eliminate many common accident causes.

(f) **Auto-belay manufacturer recommendations and warnings:** Staff should be familiar with all manufacturer recommendations for use of the device and enforce these requirements.

**3. Equipment:** The equipment used in auto-belay climbing is the same as that utilized in top roping with some differences in use noted below. No belay device is necessary. Refer to Chapter 5, Section 3, for descriptions of the equipment.

**4. Instructional Considerations**

(a) **Age policy:** The facility should have an age policy regarding auto-belay climbing. Many facilities use 14 years as the minimum age for unsupervised use of auto-belays.

(b) **Orientation:** Instruction for auto-belay use should take place during orientation and a test given immediately following to ensure the new user can operate the system safely.

(c) **Auto-belay class and test samples are available in Appendix D.**

CHAPTER 8

# STAFF TRAINING AND MANAGEMENT

**1. Purpose of this Chapter:** Facility staff are tasked with managing and enforcing policy. It is imperative that staff understand the company ideology and that their decisions and actions in managing the customers and equipment can have profound impacts in terms of usability and safety. This chapter outlines the basic requirements for training and managing facility staff.

**2. Basic Requirements:** Each staff position should be clearly defined by duties and responsibilities as well as prerequisites in applying for the role. These job descriptions should be part of an Operations Manual defined below.

**3. Training:** Comprehensive staff training is important to ensure that policies and procedures are consistently followed. Checklists are useful in this regard.

(a) Employee Manual: A well-run company should have a manual that spells out the relationship between employer and employee, commonly referred to as an Employee Manual.

Although it's beyond the scope of this book to provide a complete Employee Manual, many excellent templates exist as well as already written manuals available for purchase.

(b) Operations Manual: The facility should have an Operations Manual that covers policy and procedures for everything in this book. An Operations Manual should describe every aspect of gym operation and maintenance in enough detail that anyone could read it and fully understand how the gym is supposed to run.

Employees should be trained in whatever aspects of operation they will be working within, and their progress in learning the job should be tracked with checklists. Those checklists should become part of that person's employment file.

See Appendix E for a sample operations training checklist.

Although it's beyond to scope of this book to provide a complete Operations Manual, many excellent templates exist as well as already written manuals available for purchase.

(c) Instruction: The facility should have an Instructor's Manual that describes how all the classes are to be taught. Employees should be trained in the classes they will be teaching, and their progress in learning the job should be tracked with checklists. Those checklists should become part of that person's employment file.

See Appendix F for a sample instruction checklist.

Although it's beyond the scope of this book to provide a complete Instructor's Manual, many excellent templates exist as well as already written manuals available for purchase.

(d) CPR and first aid: All employees should be required to carry current CPR and first aid training.

(e) Records: The facility should keep written or digital training and general employment records for each

employee. Checklists are helpful in making sure training is consistently comprehensive, and, if used, they should be stored in an employee's personnel folder.

**4. Meetings:** The facility should hold regular staff meetings to keep employees informed of policy changes and to review existing policies and procedures. It's important that the staff are fully trained for their jobs and that they are kept abreast of changing developments in the climbing community at large as well as the policies and procedures within the organization.

In addition to informing staff about any changes to policies and procedures, regular staff meetings should include a segment in which some aspect of existing policy or procedure is reviewed and training applied where necessary. The constant attention to staff knowledge and skill in their areas of responsibility builds a culture in which consistent application of organization policy is followed.

**5. Performance Evaluations:** All staff members should be evaluated on a regular basis to a standard laid out in the Employee Manual and/or by mutual prior agreement between supervisor and employee. Performance evaluations may be used to reward good performance, correct poor performance, and as a means of removing consistently poor performers.

Performance evaluations should occur at regular intervals of not less than twice per year. Supervisors should keep written records of performance evaluations in the employee's file.

CHAPTER 9

# ROUTE SETTING

**1. Route-setting Description:** Roped climbing routes and boulder problems are the pathways up the climbing wall put in place by the facility staff. Routes and problems (hereafter referred to collectively as routes) are constructed from a combination of bolt-on and screw-on holds, volumes, and features built into the wall itself such as cracks, corners, and variations in the texture. Routes are typically designated either by marking holds with a strip of colored tape or by using the same color holds.

For frequent customers routes are the primary reason for visiting. Route turnover provides a constant set of new challenges for the enthusiast climber.



Routes marked with colored tape



Routes marked using monochromatic holds

**2. Safety Concerns for Climbers:** The creation of routes can present risks to a novice or unaware climber. Since routes are created by the staff these risks can be minimized. The following list provides some guidance in avoiding the creation of unnecessary hazards in route setting.

(a) **Injury-inducing hold types:** Some holds are more prone to causing injury to climbers.

> **a.i.** Holds that isolate one or two fingers: This type of hold should be carefully placed so that a climber does not have to pull hard on one or two fingers or that the hold is not placed in combination with poor foot holds such that an unexpected foot slip can place dynamic force on the isolated finger(s).

> **a.ii.** Holds that lock a foot in place: A hold or combination of holds that lock a foot into place can have disastrous consequences in the event of a fall.



Potentially injurious hold known as a mono pocket

(b) **Injury-inducing movement or body position:** The placement of holds and the movements created can produce unnecessary risks for users.

> **b.i.** Dynamic moves: A dynamic move is defined as one in which the climber moves from one or both hand hold(s) to the next in a lunging fashion, placing large forces on the fingers, elbows, and shoulders. Carefully evaluate the target holds and body position to avoid potentially injurious movement.

> **b.ii.** Shoulder-intensive moves: Pulling outward from a hand position has a higher risk of injury due to the position of the shoulder, especially if the move to that hand hold is dynamic in nature.

Case 2:21-cv-00505-NAD   Document 54-2   Filed 04/11/24   Page 68 of 86



Shoulder-intensive move known as a "Gaston"

(c) **Injuries resulting from swings:**

c.i. Diagonal or traversing routes: In top rope routes that diagonal up the wall the climber begins to one side of the anchor and if he falls a pendulum swing into another wall, protruding hold, or climber may result.

c.ii. Overhung top rope routes: In this case the pendulum swing is away from the wall, putting in danger anyone on the floor in the direction of the swing, including the belayer.

c.iii. Dynamic boulder moves toward padding edge: Dynamic movement toward the edge of the padding increases the chances of the climber swinging off the pad.



Large protruding hold

(d) **Injury from protruding/large holds:** Large protruding holds or volumes can present a fall hazard especially to lead climbers.

(e) **Clipping holds:** A leader pulling up rope to clip a quickdraw creates additional slack, leaving himself with the possibility of a longer fall. Difficult clips are a part of climbing but be careful that you are giving the leader a chance to clip from a not too awkward position.

(f) **Bouldering escape routes:** Leave your boulderers an easy path to down-climb by adding large holds that are not part of any route. In this way boulderers reaching the top of the wall can easily climb back down to the ground without resorting to a potentially injurious drop from height.

(g) **Hold removal and cleaning:** Hygiene should be a concern of the facility and to that end periodic removal and cleaning of the holds is necessary. At a minimum brushing with soap and water is recommended.


Bouldering escape holds boxed with black and yellow tape.


Coned-off work area


Tethered impact driver

**3. Safety Concerns for Route Setters:** Route setting is work at height and as such is inherently dangerous. Care should be taken to reduce unnecessary risks.

(a) **Partitioning off the setting area:** If setting occurs during open business hours the fall zone around the setter should be partitioned off from customers. There is always the risk that the setter might drop a hold, tool, or bolt.

(b) **Securing tools:** Tethers should be used for all tools to prevent their being dropped.

(c) **Working at height:** Route setting, whether on a ladder or rope, is always at height. Backup systems should be employed for roped setting as discussed below.

c. i. Working with ladders: Step and extension ladders are often employed during route and boulder problem setting. The first rule should be in creating a stable footing for the ladder – if the padding surface is soft then some form of protective and firm ladder base should be employed. Wobbly footing increases the likelihood of a ladder tipping over. Follow the ladder manufacturer's recommendations for safe use.

Step ladders may be used up to the top step but never use the very top. Additionally it's very easy to forget about tools that have been left on the top or upper steps of a ladder and these could fall off onto the setter when the ladder is bumped or moved. A ladder pad placed underneath the ladder's feet will prevent damage to the padding cover.


Ladder pad


Roped route setting setup

Tall extension ladders are awkward to move and this task should be taught and practiced before a setter is allowed to move one on his own. A setter using an extension ladder should be attached to an anchored top rope with some sort of backup in case he should slip and fall off the ladder. An assisted-braking belay device is commonly used as this backup.

c.ii. Working on a rope with an assisted-braking device: A great many facilities use assisted-braking belay devices for roped route setting. After ascending to a work position the setter should back up the assisted-braking device with a blocking knot so that if the assisted-braking device fails he will not fall to the ground.

(d) Dealing with spinners and stuck holds: Occasionally a hold will become stuck on the wall because of damage to the T-nut, requiring two people to remove it, one behind the climbing wall and the other in front of it. The setter on the climbing side of the wall utilizes a setup as if he was setting a route, i.e. a backed-up assisted-braking belay device with etriers. The climber behind the wall should have the same protections. Ropes or other protective equipment should be installed behind the climbing wall to assist in this process and under no circumstances should a worker be allowed to climb up the back of the climbing wall without fall protection.

**4. Route-setting Procedure and Training:** All route setters must be fully trained according to procedures written in the facility's Operations Manual. The current gold standard in roped access training is offered by Petzl's Technical Institute located at their North American headquarters in Salt Lake City, Utah.

**5. Forerunning:** An often overlooked part of the route setting program is forerunning the newly set routes. Forerunning involves a group of setters or experienced climbers climbing the routes and critiquing them for quality, safety, and targeted difficulty grade. As a result of the critique routes are often modified to bring them in line with the facility's goals. Forerunning needs to take place immediately following setting and prior to opening the route to customers so that any safety or other issues can be resolved before public use.

Forerunning procedure should be written into the facility's route setting procedures. Forerunning can help prevent dangerous situations and should not be shortchanged.

**6. Grading:** In addition to climbing and critiquing the routes setters are many times charged with grading them for difficulty. It's important that climbs are graded for difficulty to provide climbers with a reasonable idea of the commitment required. Grade cards placed at the start of a roped route or boulder problem inform the climber of the difficulty and may also include the date the route was set and the setter.



Grade card example

# CLIMBING WALL INSPECTION AND MAINTENANCE

Climbing wall inspections should occur at various time intervals as described below. Each inspection routine, except that described in "Each Use Quick Inspection", should have a checklist and should be recorded in a permanent log either written or digital.

**1. Each Use Quick Inspection:** Returned rental equipment should be inspected after every use, and any questionable equipment should be set aside for a more thorough inspection. All inspections must follow manufacturers' recommendations, but some common issues are described below. Check the following.

### (a) Rental harnesses
- The buckles are threaded properly.
- There are no hairline cracks in the buckles.
- The bar tack stitching is not frayed.

### (b) Rental belay devices and carabiners

b.i. The carabiners
- There are no hairline cracks.
- The gate opens and closes smoothly without binding.

- The spring on the gate functions properly.
- The locking mechanism functions properly.

**b.ii.** The belay device

- Check that there are no hairline cracks.
- On tube-style devices check that the keeper loop is intact.
- On assisted-braking devices check that all moving parts function properly.

**(c) Helmets**

- Look for cracks in the shell.
- The webbing is all intact.
- The head size adjustment mechanism functions properly.
- The chin strap adjustment functions properly.

**(d) Shoes:** Although shoes are technically not safety equipment staff should check for holes that might allow a toe to slip outside the shoe.

**2. Daily Inspections:** Resident equipment should be checked daily either before the gym opens or after it closes, and any questionable equipment should be set aside for a more thorough inspection. All inspections must follow manufacturers' recommendations, but some common issues are described below.

**(a) Cursory rope check:** All ropes should be quickly inspected every day to ensure there are no obvious damaged sections and that the top rope anchors are threaded correctly.

**(b) Resident belay equipment:** Any equipment left on the top ropes as residents should be checked for the following.

**b.i.** The belay devices

- Check that there are no hairline cracks.
- On tube-style devices check that the keeper loop is intact.
- On assisted-braking devices check that all moving parts function properly.

**b.ii.** The carabiners

- There are no hairline cracks.
- The gate opens and closes smoothly without binding.
- The spring on the gate functions properly.
- The locking mechanism functions properly.

**(c) Padding**

**c.i.** Continuous padding: For all the continuous padding check the following each day.

- Seams: Inspect any seams for weaknesses in the connective material (usually wide Velcro strips) that may require replacement.
- Covering: Inspect for holes in the covering that require patching or replacement.
- Lack of springiness: Check the springiness of the padding especially directly beneath the top edge of the bouldering wall and anywhere else where the padding receives heavy use.

**c.ii.** Portable padding

- Covering: Inspect for holes in the covering that require patching or replacement.
- Lack of springiness: Check the springiness of the padding.

**4. Monthly Inspections:** Monthly inspections are more thorough. Results should be recorded in a permanent written or digital log. Check the following.

(a) Rental harnesses

- The buckles are threaded properly.
- There are no hairline cracks in the buckles.
- The bar tack stitching is not frayed.

(b) Rental belay devices and carabiners

b.i. The carabiners

- There are no hairline cracks.
- The gate opens and closes smoothly without binding.
- The spring on the gate functions properly.
- The locking mechanism functions properly.

b.ii. The belay device

- Check that there are no hairline cracks.
- On tube-style devices check that the keeper loop is intact.
- On assisted-braking devices check that all moving parts function properly.

(c) Helmets

- There are no cracks in the shell.
- The webbing is all intact.
- The head size adjustment mechanism functions properly.
- The chin strap adjustment functions properly.

(d) **Shoes:** Although shoes are technically not safety equipment staff should check for holes that might allow a toe to slip outside the shoe.

(e) **Resident belay equipment:** Any belay equipment left on the top ropes as residents should be checked for the following. Record the results by rope line in the permanent inspection log.

e.i. The belay devices

- Check that there are no hairline cracks.
- On tube-style devices check that the keeper loop is intact.
- On assisted-braking devices check that all moving parts function properly.

e.ii. The carabiners

- There are no hairline cracks.
- The gate opens and closes smoothly without binding.
- The spring on the gate functions properly.
- The locking mechanism functions properly.

(f) **Rope full length:** Check the full length of each rope for flat and frayed sections. Replace as necessary per manufacturer's recommendation.

**5. Annual Inspections:** Annual inspections should cover the most durable equipment in the facility. Results should be recorded in a permanent written or digital log.

(a) Quickdraws

a.i. Webbing: Check for fraying of the sewn bar tacks and of the webbing itself especially on the ends where the webbing contacts the carabiner and screw link.

a.ii. Chain: Check for cracks.

**a.iii.** Wire cable: Check for fraying per manufacturer's recommendation.

**a.iv.** Carabiners

- There are no hairline cracks.
- The gate opens and closes smoothly without binding.
- The spring on the gate functions properly.
- Wear on the rope end of the lower carabiner is within a safe limit.

**a.v.** Screw link: Check that the screw connector is tight and check for hairline cracks.

**(b) Bolt hangers:** Check for hairline cracks. Also check that the hanger is securely fastened to the climbing wall support frame. This will require checking the tightness of the nuts from behind the climbing wall.

**(c) Floor anchors:** Check any webbing for fraying and that the anchors remain tightly attached to the floor.

**(d) Climbing wall structure:** The structural framework should be checked by a professional welding or structural engineer once per year.

# APPENDICES

APPENDIX A

# SAMPLE ACCIDENT REPORT FORM

Name: _____

Sex: _____ Male _____ Female

Address: _____

City: _____ State: _____ Zip Code: _____

Telephone: _____ Email: _____

Social Security Number: _____

Date of This Report: _____

Date of Accident: _____

Time of Accident: _____ a.m./p.m.

Place of Accident: _____

## NATURE OF INJURY

| | | |
|---|---|---|
| _____ Abrasion | _____ Fracture | _____ Asphyxiation |
| _____ Laceration | _____ Bite | _____ Poisoning |
| _____ Bruise | _____ Puncture | _____ Burn |
| _____ Scald | _____ Concussion | _____ Scratch |
| _____ Cut | _____ Shock (el.) | _____ Dislocation |
| _____ Sprain | Other (specify) _____ | |

## PART OF BODY INJURIED

| | | |
|---|---|---|
| Abdomen _____ | Ankle | ( _____ R / _____ L ) |
| Back _____ | Arm | ( _____ R / _____ L ) |
| Chest _____ | Ear | ( _____ R / _____ L ) |
| Face _____ | Elbow | ( _____ R / _____ L ) |
| Finger _____ | Eye | ( _____ R / _____ L ) |
| Head _____ | Foot | ( _____ R / _____ L ) |
| Mouth _____ | Hand | ( _____ R / _____ L ) |
| Nose _____ | Knee | ( _____ R / _____ L ) |
| Scalp _____ | Leg | ( _____ R / _____ L ) |
| Tooth _____ | Wrist | ( _____ R / _____ L ) |

Other (specify) _____

## DESCRIPTION OF ACCIDENT

How did the accident happen? What was the person doing? Where was the person? List any specifically unsafe acts and unsafe conditions existing. Specify any tool, machine, or equipment involved. Additional space available on back of form.

_____

_____

_____

_____

## IMMEDIATE ACTION TAKEN

First Aid Treatment Given? _____ YES _____ NO

By (Name): _____

Telephone: _____ Email: _____

First Aid Rendered: _____

**136** Artificial Climbing Wall Operation and Risk Management

911 Called? _____ YES _____ NO

By (Name): _____

Telephone: _____ Email: _____

Sent to Hospital? _____ YES _____ NO

Transported to health care facility for

    further examination/treatment ? _____ YES _____ NO

Ambulance _____ Personal Vehicle _____

Friends Vehicle (name) _____


**1)** Witness: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Telephone: _____ Email: _____


**2)** Witness: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Telephone: _____ Email: _____


Date: _____

Acknowledgment of Injured Party: _____

Form Submitted by: _____

Signature & Date: _____


Please attach additional comments/information on back of form.

# SAMPLE TOP ROPE BELAY TEST

Once a climber has gone through the proper orientation, waiver, and check-in procedures, he must take a belay test if he wishes to belay. The staff person present for the test will act as backup belayer by grasping the brake strand.

**Competencies:** To determine the belayer's knowledge of top rope climbing systems: harness use, climbing commands, belaying, belay stance, anchor use, and safe lowering practices.

**Note:** This test is pass or fail and there will not be a retest on the same day. Practicing before the test will result in an automatic failure.

**1)** Belayer must demonstrate knowledge and understanding of how to put on their harness.
- Load-bearing buckles must be doubled back or be self-tending so as to prevent possible failure under load.
- Failure to use harness as prescribed by the manufacturer will result in test failure.

2) Climbing Commands

| Climber | Belayer |
| --- | --- |
| *On Belay?* | *Belay's On* |
| *Climbing* | *Climb!* or *Climb On!* |
| *Slack* | Belayer feeds out rope |
| *Take!* | *Gotcha* or *On Me:* climber wants to be held so remove slack and brake |
| *Up Rope* | Belayer takes up the excess rope until no slack remains |
| *Falling* | Belayer goes to the braking position |

*Lack of proper use of climbing commands will result in failure.*

3) Partner double check: The belayer must demonstrate how to check the climber's harness for proper use and that the climber's attachment to the rope is correct. The belayer must also be able to double check his own setup: harness on correctly, belay device set up and attached to the harness properly.

4) Belay rigging, method, stance management, anchor use, and lowering practical
   - Locking carabiner should be attached through the belay loop provided by the manufacturer.
   - Belay using a method in which the brake hand never leaves the rope and belayer can and does brake when appropriate.

   - Demonstrate a proper belay stance. Example: Left foot forward if you are right handed, right foot forward for left handed persons.
   - Procure a climber. Coach the climber to use proper commands. Belayer must catch an announced and an unannounced fall.
   - Demonstrate proper lower off method: Ask what position the climber should be in while descending and why. Example: The climber should descend in the L shaped position because this provides the most stability and support. If feet are too low they may slide down the wall, causing the climber to face plant. Too high can result in an inversion, causing injury to the back, neck, or head.

Improper use of belay device, poor belay technique, i.e. the brake hand leaves the rope, failure to brake a falling climber, improper lowering method, i.e. losing control of the climber during descent or lack of sound judgment will result in test failure.

APPENDIX C

# SAMPLE LEAD CLIMBING AND BELAY TEST

Lead climbing has the increased potential for injury and therefore requires more skill by the climber and the belayer. The staffer administering the test should be a proficient lead climber and belayer or should be thoroughly trained in what to look for and how to explain any problems that can arise.

Note: A belayer may not belay a leader if they weigh less than 3/4 of the climber.

**1)** The climber must procure a belayer. This must be someone who has already passed his lead test.

**2)** Ask the climber to tie in to the lead rope with a figure 8 knot. The leader needs to understand that this test is not a mock lead and that a fall may cause injury.
   - Knot should be properly tied into the harness load points in accordance with manufacturer's recommendations.
   - Belayer should be able to describe how to check if the knot is properly tied, for example: figure 8 should have two ropes running side by side in the shape of an 8 and there should be no crosses in the knot.

*Failing to tie the figure 8 as stated will result in test failure.*

**3)** Before the climber begins to climb, explain to him what skills you will be looking for. Explain to the climber that he must select a climb that is 5.8 or harder and that to pass he'll need to on-sight the route as well as show proficiency while climbing. Also mention to the climber that you will be examining him for the absence of Z clipping, back clipping, and placing his leg between the rope and the wall.
   - Have the climber demonstrate a back clip and a Z clip. This may be performed on the ground.

If the climber is not familiar with any of these concepts or does not feel comfortable attempting a 5.8 on lead, he should not be permitted to test.

**4)** If the climber demonstrates an understanding for everything thus far have him attempt to lead climb. In addition to observing him for the lack of Z clipping, back clipping, and placing his leg between the rope and the wall, you should note how comfortable the person seems on the climb, i.e. does he fumble with the clips, is he experiencing uncontrollable shaking, etc.? The climber is required to take a lead fall as part of the test. Have them climb at least 2 feet above the last bolt (his waist is 2 feet above the bolt hanger) and then drop off. Only perform this stage of the test if the climber has successfully shown his competency in the lower part of the climb.

   If the climber appears uncomfortable, awkward, or scared, it is your duty to make a sound judgment on the climber's capability to lead. If the climb is rated 5.8 and he is experiencing the aforementioned difficulties, it is recommended that you fail that person. Again, as the person administering the test, you should be confident in your knowledge of lead climbing. You must explain why you failed the individual so as to help that person improve.

5) Finally, after the climber has shown that he can successfully negotiate a lead route, he must also demonstrate the ability to lead belay. Hell need a volunteer climber to lead while he belays. The voluntary lead climber will also need a volunteer top rope belayer, as he will be tying into a lead rope and a top rope. While the leader is climbing and the TR belayer is performing the TR function, observe that the lead belayer stands next to the wall while the climber ascends the wall. The lead belayer should be capable of feeding and taking in the slack without taking his brake hand off the rope. The lead belayer should also be capable of identifying back clips, Z clips, placing the leg between the rope and the wall, as well as any other dangerous situations that may arise.

If at any time the lead belayer does not show confidence with these skills, he will fail the belaying portion of the test and therefore will not be permitted to lead belay. The only employees who may administer a Lead/Lead Belay Test are those persons approved by the gym manager.

APPENDIX D

# SAMPLE AUTO-BELAY INSTRUCTION AND TEST

## Auto-belay instruction and test

### (a) Instruction

**a.i.** The climber is informed of the risks of using an auto-belay including that a common accident is the result of failing to clip into the safety lanyard.

**a.ii.** The climber is taught the proper use of the auto-belay according to manufacturer's recommendations.

**a.iii.** The climber is taught basic rules of use including
- Weight limitations.
- Climbing a route that ends at the auto-belay device.
- Only unattaching the lanyard from its ground anchor if the climber is attaching it to his harness.
- Not to climb any higher than chest level with device.

**a.iv.** The climber is taught to properly put on and secure a climbing harness.

**a.v.** The climber is taught to check that the device is operating properly.

**a.vi.** The climber is taught to attach the lanyard to his harness properly and to check that the attachments are locked.

**a.vii.** The climber is taught to double check both his harness setup and the attachment of the lanyard to his harness, ensuring that the attachment carabiners are locked.

**a.viii.** The climber is taught to climb and lower off properly.

**a.ix.** The climber is asked to report any unsafe issues to the staff.

**(b) Test:** After successful completion of the instructional phase ask the climber to reattach the lanyard to the ground anchor and remove his harness.

**b.i.** Ask the climber to prepare himself to use the auto-belay.

- The climber puts on his harness and secures it properly.
- The climber tests the operation of the auto-belay.
- The climber correctly attaches the lanyard to his harness.
- The climber double checks his harness and attachment, ensuring the carabiners are locked shut.
- The climber climbs up the wall and descends using the auto-belay.

**b.ii.** The climber restates basic rules of use.

APPENDIX E

# SAMPLE OPERATIONS CHECKLIST

## Staff & Instructor Training Schedule
To be kept in applicant's personnel file

Trainee: _____

Application date: _____

Interviewing Manager: _____

Position applied for: _____

Orientation date: _____

Manager: _____

Test date: _____

Manager: _____

Rejected as of: _____

Manager: _____

Accepted as of: _____

Manager: _____

Managers: Please date and initial each item on this form as it is completed.

## 1) Orientation

Orientation – all new employees
(1 hour training by management)

☐ Employment paperwork: I-9, W-4, State withholding, direct deposit (if desired), health insurance form for full time.

☐ Filled out Employee Fact Sheet, attached it to the inside of a folder, and put paperwork from above in it.

☐ Signed Nondisclosure Agreement.

☐ Instructor trainees have signed a Training Contract.

☐ Assign a training manager or instructor.
Mentor name_____

☐ Provide personal notebook and mailbox to all employees.

☐ Provide Operations Manual to staff and Instructor Training Guide to instructors.

☐ Provide Employee Manual to all employees. Get a signed acknowledgment sheet from the new employee.

☐ Provide brochure and inserts, web address.

☐ Provide appropriate shirt and note size and date on Employee Fact Sheet.

☐ Show where to store personal items when working.

☐ Training schedule and pay rates – schedule training sessions and observation shifts. Explain training and regular pay rates.

☐ Explain pay periods occur twice each month on approximately the 2nd and 16th.

☐ Perks and benefits: membership benefit, pro deal. Explain how to apply for membership. Briefly explain pro deal procedure.

☐ Explain how and when performance is evaluated.

☐ Discussion of probationary 30 day period.

☐ Formal review to follow 30 day probation and training prior to full hire.

☐ Explain shift scheduling procedure and minimum four "shifts" per month – prefer email for scheduling.

☐ Use of time clock.

☐ Location of printed forms.

☐ Gym rules
- Padding – no food and drink
- Running
- Prone belaying
- ARCing – roped climbers have right of way

☐ Climbing policies
- Cannot wear a staff shirt when not on duty.
- Employees cannot belay or spot for anyone other than those in their class.

☐ When to show up for work (15 minutes before programs for instructors, 5 minutes prior to shift for staff) and how to dress
- If male, shaven
- Clean
- Manager, staff, or instructor shirt
- Shoes

☐ Emergencies
- Administer minimal first aid as taught by Red Cross
- Call 911

☐ Tour of facility
- Bathrooms
- Lockers

- Lounge – party room
- Offices
- Rental gear – how distributed and stored
- Cleaning equipment and supplies location

## 2. Counter Staff Training Procedure

Counter training: part time staff and all full time (2 hours training by training manager following Operations Manual)

☐ New hire must read Operations Manual and printed brochure/web site prior to this training session

☐ What customer service means at Rise Up Climbing

- Friendly – smile, even when on the phone
- Accessible – be available
- Professional – in appearance and behavior
- Responsive – satisfy requests quickly

☐ Computer training

- Check in members
- Ringing in sales and discounting for members
- Classes
- Handling walk-up business
  - Membership sales and commissions
  - Membership terms
  - Membership changes

☐ Cleaning

☐ Waivers

- Why we have them
- Who they apply to – EVERYONE!
- Minors – who can sign
- Faxes

☐ Answering the phone

- Directions
- Dealing with first timers

☐ Group bookings

☐ Retail knowledge

- How to size climbing shoes
- Belay devices and locking carabiners
- Harnesses
- Books
- Chalk, tape, and chalk bags
- How to use POS buttons and search inventory for an item

☐ Rental gear

- How to size shoes
- Putting on a rental harness
- How to fit a helmet
- Treatment of gear when it is returned

☐ Belay checks

- Top rope
- Lead

### Shift Observation

☐ Trainee must WATCH one four-hour shift with training manager.

☐ Trainee must WORK two four-hour shifts as a third, or extra, person under supervision of training manager.

☐ Follow-up meeting – trainee meets with training manager to discuss the observation shifts and any other questions before testing.

**150** Artificial Climbing Wall Operation and Risk Management

**Testing:** Trainee must pass written and practical exam in order to begin regular shifts.

**Probationary period:** Each employee will be on probation for 30 days, at the end of which the gym manager will decide if the Trainee will become a regular employee.

# SAMPLE INSTRUCTION CHECKLIST

Instructor-Trainee: _____

Training Start Date: _____

### Kids Program #1:

Goal: Observe the general format and structure of the program. Gain an understanding of the methods and techniques used by Rise Up instructors to promote a fun and safe environment.

Type of Program: _____

Date of Observation: _____

### Kids Program #2:

Goal: Actively participate in the program to become familiar with the structure of the program, as well as with the interaction between instructors and participants.

Type of Program: _____

Date of Participation: _____

### Kids Program #3:

Goal: Actively participate in the program to become familiar with the structure of the program, as well as with the interaction between instructors and participants.

Type of Program: _____

Date of Participation: _____

### Kids Program #4:

Goal: Lead the activity in a professional manner, carry out Lead instructor responsibilities, emphasize having fun.

Type of Program: _____

Date of Lead Instructing: _____

### Basic Skills Class #1:

Goal: Observe as a class member the structure, format, and material of the class. Gain an understanding of the technical and teaching skills necessary for proper instruction.

Date of Observation: _____

### Basic Skills Class #2:

Goal: Co-teach with another instructor to become familiar with the class material. Develop a teaching style that promotes learning and accomplishes class goals.

Date of Participation: _____

### Basic Skills Class #3:

Goal: Co-teach with another instructor to become more comfortable in teaching and to improve teaching skills.

Date of Participation: _____

### Basic Skills Class #4:

Goal: Lead the class with another instructor observing to illustrate proficiency in teaching class material.

Date of Teaching: _____

PHOTO CREDITS

Dan Hague: pages 1, 3 (bottom), 5, 12, 13, 15, 19, 22, 27, 30, 35, 48, 50, 51, 52, 54 (right), page 61, 79, 86, 88, 89 (top), 90 (all), 91, 93 (bottom), 95 (top left), 110, 118, 120, 122, 123 (both), 124 (both); Domini Dragoone: pages 3 (top), 26 (top), 58, 59; unknown but widely copied: pages 4, 7, 8 (right), 16, 26 (bottom), 28 (top), 32, 33, 73, 74, 80, 81, 82, 83, 85 (right), 95 (top right), 104, 121; Sydney Indoor Climbing Gym: page 6; cfabr.org: page 9; free to use: page 17; Stone Summit Climbing: page 18; Atomic Climbing Holds: page 21; Brooklyn Boulders: page 23 (top); Vertical Heaven Climbing Gym: page 23 (bottom); Escalade Climbing Gym: page 24; Asana Climbing: page 25; Undercover Rock: page 28 (bottom); Seattle Bouldering Project: page 29; The Front Climbing Gym: page 31; Black Diamond Equipment Co: pages 34 (left), 89 (top), 92 (top); Fixe Hardware: pages 34 (center, right), 36 (right); Jay Eggleston: page 36 (left); Walltopia Climbing Walls: page 37; Kinchant Outdoor Education Center: page 47; Climbing Magazine: page 54 (left); Cornell Outdoor Education: page 55; azrac.net: page 60; First Ascent Climbing and Fitness: page 85 (left); Petzi: page 92 (bottom); Edelweiss: page 93 (top); Mooney Mountain Guides: page 95 (bottom); climbingtechnology.com: page 102; stuffolholics.com: page 117; Paul Keleher: page 119; climbbase5.com: page 126.



Made in the USA
Columbia, SC
25 March 2024

33586030R00093



**BY FOLLOWING ITS WIDE RANGING AND SPECIFIC STANDARDS,** climbing wall operators can minimize the risks to users and staff by following the practices detailed in *Artificial Climbing Wall Operation and Risk Management*; and Dan Hague's experience as an an owner operator of four indoor climbing facilities over 20+ years makes him uniquely suited as the author.

"Dan Hague is a leading expert on climbing wall management and safety. In this book he clearly lays out information of critical importance to everyone involved in managing the risks of operating an artificial climbing wall."
—DOUGLAS HUNTER, World championship climbing coach, senior climbing gym instructor, former pro climber.

"Dan has decades of experience owning and operating climbing gyms which has given him an insight that few others have in this industry. It's hard to imagine a more qualified person to write this book, which has been so desperately needed!"
—MIKE HELT, USA Climbing Level 5 Chief National Route Setter, former owner and founder Mesa Rim Climbing Reno, founder and editor in chief *Climbing Business Journal*

"Mr. Hague's immense technical background and many years of experience as a climber provides the solid and comprehensive foundation that we look for in an expert. His dual perspective as a climbing gym owner and avid, knowledgeable climber provided winning and credible evaluations that helped resolve very technical or highly contested issues."
—SUE VO HANSEN, attorney in Honolulu

Management / U.S. $24.95

www.climbingwallmanagement.com
dan@climbingwallmanagement.com
cover design by Domini Dragoone
cover photos © Dan Hague

52499

9 781798 903607