# EXHIBIT 3


Hague 9 7/14/22



C3 Manufacturing LLC
3809 Norwood Drive #4
Littleton, CO 80125
P303-953-0874

April 9, 2021

Attention Perfect Descent Auto Belay Operators:

Perfect Descent Auto Belays are used in a variety of settings by a variety of user types and our products have evolved over the last decade with the rapid growth in climbing sports and the climbing gym industry. We have recently received feedback that some of the instructions contained in the Perfect Descent 220 and 230 Auto Belay Operations Manual may be inconsistent with guidance set forth by the Climbing Wall Association (CWA) Industry Practices Sourcebook.

Perfect Descent believes that CWA practices for the use of auto belays represent a reasonable standard for supervision and risk management in settings where the operator has written auto belay policies and procedures and administers auto belay device orientation and skills verification prior to use. While supervision requirements defined in Section 8 of the Perfect Descent Operation Manuals remain relevant to some user types, we recognize that the language may not be appropriate for other settings. Operators are responsible for ensuring that any person using Perfect Descent Auto Belays has been instructed in their proper use. We also encourage operators to contact us anytime use of our products falls outside the instructions and specifications indicated in product literature to request clarification or to receive written dispensation for use.

We are currently reviewing the training and usage sections of the 220 and 230 manuals and will be publishing an addendum in the coming weeks regarding supervision standards in settings that include an auto belay device orientation and skills verification. Until the addendum is published, Perfect Descent recommends that climbing gym operators follow established Climbing Wall Association practices and guidelines for the operation of recreational auto belays. Email info@perfectdescent.com if you have any questions.

*Ron Naranjo*

President,
C3 Manufacturing LLC / Perfect Descent