IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| KINSLEY KORNEGAY, a minor, by and through her parent and guardian, MATTHEW KORNEGAY, </br></br> Plaintiff, </br></br> v. </br></br> HIGH POINT BIRMINGHAM, LLC and HIGH POINT CLIMBING, LLC, </br></br> Defendants. | Case No.: 2:21-cv-00505-SGC |

_____

### DEFENDANTS' MOTION TO APPOINT GUARDIAN AD LITEM
_____

COME NOW Defendants, High Point Birmingham, LLC and High Point Climbing, LLC (sometimes hereinafter collectively referred to as "Defendants" or "High Point", and moves the Court, pursuant to Rule 17(c) of the Federal Rules of Civil Procedure, to appoint a Guardian Ad Litem for the settlement of claims made by minor Plaintiff, Kinsley Kornegay, who is an injured claimant in the above-styled action.

Insofar as the parties have proposed a Pro Ami Settlement of this matter, and further considering that Kinsley Kornegay is a minor under the age of nineteen, the appointment of a Guardian Ad Litem is necessary.

1

WHEREFORE, Defendants hereby move this Honorable Court to appoint a Guardian Ad Litem to represent and oversee the rights on behalf of the minor Plaintiff, Kinsley Kornegay.

Respectfully submitted this 24th day of April, 2024.

/s/ Priscilla K. Williams
Priscilla K. Williams (ASB-3424-A43N)
Neal D. Moore, III (ASB-3971-M73N)
*Counsel for Defendants High Point Birmingham, LLC and High Point Climbing, LLC*

**OF COUNSEL:**
CHRISTIAN & SMALL, LLP
505 20th Street North, Suite 1800
Birmingham, Alabama 35203
Telephone: (205) 795-6588
Telecopier: (205) 328-7234
ndmoore@csattorneys.com
pkwilliams@csattorneys.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 24, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following; and I hereby certify that I have mailed by United States Postal Service the document to any non-CM/ECF participants:

Austin B. Whitten
Michael C. Bradley
**Pittman, Dutton & Hellums, P.C.**
2001 Park Place North, Suite 1100
Birmingham, Alabama 35203
Austinw@pittmandutton.com

                                                */s/ Priscilla K. Williams*
                                                OF COUNSEL