# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| KINSLEY KORNEGAY, a minor, by and through her parent and guardian, MATTHEW KORNEGAY, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 2:21-cv-00505-NAD |
| HIGH POINT BIRMINGHAM, LLC, et al., ) ) ) | |
| Defendants. ) | |

## ORDER ON MOTION TO APPOINT GUARDIAN AD LITEM

On April 24, 2024, Defendants High Point Birmingham, LLC, and High Point Climbing, LLC, filed a motion to appoint a guardian ad litem to represent and oversee the interests of the minor Plaintiff, Kinsley Kornegay, for settlement purposes. Doc. 56. Based on email communication with Ms. Kornegay's counsel, that motion is unopposed. The parties have reached an amicable settlement of all issues in this case (*see* Doc. 55), but because this litigation involves a minor plaintiff, the parties request that the court appoint a neutral guardian ad litem to represent the interests of the minor plaintiff, review the terms of the settlement, and advise the court at a pro ami hearing to confirm that Ms. Kornegay's interests are being protected. The court concludes that it is appropriate to appoint a guardian ad litem. See Fed. R. Civ. P. 17(c).

Accordingly, for good cause shown, it is **ORDERED** that, on or before **May 28, 2024**, the parties shall jointly provide to the court the name of an attorney who has agreed to serve as guardian ad litem to represent and defend the interests of the minor plaintiff in this proceeding. At the time that the parties identify the guardian ad litem, the parties also shall provide to the court how the guardian ad litem shall be compensated for the reasonable time expended on behalf of the appointment. The court will set a pro ami hearing by separate order after the parties have secured a guardian ad litem for the minor plaintiff.

In addition, the requirement that the parties file a joint status report on or before May 15, 2024, is **CANCELLED**. *See* Doc. 55.

**DONE** and **ORDERED** this May 14, 2024.

_____
**NICHOLAS A. DANELLA**
UNITED STATES MAGISTRATE JUDGE