IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **KINSLEY KORNEGAY, a minor, by and through her parent and guardian, MATTHEW KORNEGAY,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>vs. )<br>)<br>**HIGH POINT BIRMINGHAM, LLC and HIGH POINT CLIMBING, LLC,** )<br>)<br>**Defendants.** ) | Case No.: 2:21-cv-00505-SGC |

### JOINT STATEMENT REGARDING GUARDIAN AD LITEM[1]

COME NOW the parties in the above-referenced matter and, in response to the Court's Order of May 14, 2024 (Doc. 57) advise the Court that Gaynor L. St. John has agreed to serve as guardian ad litem related to the minor's settlement. The Defendants shall compensate the guardian ad litem for her reasonable attorney's fees associated with her work as guardian ad litem. Parties anticipate to proceed with a Pro Ami settlement hearing in 4 to 6 weeks.

/s/ Austin Whitten
Michael C. Bradley (BRA094)
Austin B. Whitten (WHI165)
*Attorneys for Plaintiff*

**OF COUNSEL:**
**Pittman, Dutton & Hellums, P.C.**
2001 Park Place North, Suite 1100
Birmingham, Alabama 35203
Austinw@pittmandutton.com

---

[1] Although this matter is governed by the Federal Rules of Civil Procedure, the parties are cognizant of Alabama Rule of Civil Procedure 17(d), which states in pertinent part that the guardian ad litem may not be "in any manner connected with such plaintiff or such plaintiff's attorney, or who has been suggested, nominated, or recommended by the plaintiff or the plaintiff's attorney or any person for the plaintiff." Therefore, out of an abundance of caution, Plaintiff and her attorneys have abstained from the selection of the guardian at litem in this matter.

/s/ *Priscilla K. Williams*
Priscilla K. Williams
Neal D. Moore, III
*Counsel for Defendants High Point Birmingham, LLC and High Point Climbing, LLC*

**OF COUNSEL:**
**CHRISTIAN & SMALL, LLP**
505 20th Street North, Suite 1800
Birmingham, Alabama 35203
Telephone: (205) 795-6588
Telecopier: (205) 328-7234
ndmoore@csattorneys.com
pkwilliams@csattorneys.com