# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **KINSLEY KORNEGAY, a minor, by and through her parent and guardian, MATTHEW KORNEGAY,**<br><br>Plaintiff,<br><br>v.<br><br>**HIGH POINT BIRMINGHAM, LLC, and HIGH POINT CLIMBING, LLC,**<br><br>Defendants. | § § § § § § § § § § § § § § § §   **CASE NO: 2:21-cv-00505-SGC** |

## NOTICE OF APPEARANCE

Comes now Gaynor L. St. John, of the law firm of St. John and St. John, LLC, and gives notice of her appearance as Guardian Ad Litem for the settlement of the minor Plaintiff, KINSLEY KORNEGAY, in the above action and requests that she be served with all pleadings, motions, and other communications with regard hereto.

/s/ *Gaynor L. St. John*
Gaynor L. St. John
Alabama Bar No.: ASB-7888-N56G
**ST. JOHN & ST. JOHN, LLC**
108 Third Street SE
Cullman, AL 35055
Telephone: 256-734-3542
Facsimile: 256-734-3544
Email: gaynor@stjohnfirm.com

*Guardian Ad Litem for Plaintiff Kinsley Kornegay*

## **CERTIFICATE OF SERVICE**

I hereby certify on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to registered users, that a copy will be served personally with the Complaint, and that I caused a copy to be served by email and US Mail addressed as follows:

Austin B. Whitten, Esq.
Michael C. Bradley, Esq.
Pittman, Dutton & Hellums, P.C.
2001 Park Place North, Suite 1100
Birmingham, AL 35203
*Attorneys for Plaintiffs*

Priscilla K. Williams, Esq.
Neal D. Moore, III, Esq.
Christian & Small, LLP
505 20th Street North, Suite 1800
Birmingham, AL 35203
*Attorneys for Defendants*

/s/ *Gaynor L. St. John*
Gaynor L. St. John
Alabama Bar No.: ASB-7888-N56G
**ST. JOHN & ST. JOHN, LLC**
108 Third Street SE
Cullman, AL 35055
Telephone:  256-734-3542
Facsimile:   256-734-3544
Email:         gaynor@stjohnfirm.com

*Guardian Ad Litem for Plaintiff Kinsley Kornegay*