FILED
2024 Jul-23  AM 09:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| KINSLEY KORNEGAY, a minor, by and through her parent and guardian, MATTHEW KORNEGAY, <br><br> Plaintiff, <br><br> v. <br><br> HIGH POINT BIRMINGHAM, LLC, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) )  Case No. 2:21-cv-00505-NAD |

## ORDER SETTING HEARING

The court **SETS** a pro ami settlement hearing for **Thursday, August 15, 2024, at 9:00 AM** before Judge Nicholas A. Danella in **Courtroom 3B** of the Hugo Black Federal Courthouse, 1729 5th Avenue North, Birmingham, Alabama, 35203.

**DONE** and **ORDERED** this July 23, 2024.

_____
**NICHOLAS A. DANELLA**
UNITED STATES MAGISTRATE JUDGE