IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **KINSLEY KORNEGAY, a minor, by and through her parent and guardian, MATTHEW KORNEGAY,** )<br>)<br>)<br>)<br>)<br>) | |
| **Plaintiff,** ) | Case No.: 2:21-cv-00505-SGC |
| v. ) )| |
| **HIGH POINT BIRMINGHAM, LLC** **and HIGH POINT CLIMBING, LLC,** )<br>)<br>)<br>) | |
| **Defendants.** | |

_____

### REPORT OF GUARDIAN AD LITEM
_____

On May 23, 2024, the parties named the undersigned to act as Guardian ad Litem (hereinafter "GAL") for the minor Kinsley Kornegay. As GAL, the undersigned met with the minor Kinsley and her father and guardian twice via zoom to discuss the circumstances surrounding this incident, her injuries, her recovery, her future prognosis, the proposed settlement, and the likelihood of prevailing at trial on the merits of the case. The GAL recommends that the settlement be approved for the reasons set forth below.

1. On April 9, 2021 a complaint was filed by Matthew Kornegay as parent and guardian of Kinsley Kornegay against High Point of Birmingham and High Point Climbing regarding a climbing wall incident at defendant's facility on August 2, 2019 which resulted in serious and significant injury to Kinsley.

2. Kinsley was 12 years old at the time. She was attending a birthday party with her friends. After the incident in which Kinsley dropped 25 feet from the climbing wall at the defendant's facility, she was transported to the hospital.

3. Kinsley was diagnosed with bilateral tibia fractures and bilateral torn interior talofibular ligaments. She has undergone four surgeries to date as well as physical therapy.

4. Kinsley is currently a senior at West Blocton High School. She underwent another surgical procedure in July, 2024 with Dr. William Karuss, which necessitated that Kinsley start the school year on August 7, 2024 with a walking boot and crutches.

5. Kinsley has enjoyed cheerleading and softball in the past. However, softball caused inflammation and pain to her ankles. She can no longer engage in these activities. Walking long distances has been difficult.

6. Kinsley is active in school functions such as SGA and Peer Helper. She is able to drive herself to school and take care of her own needs.

7. Kinsley plans to attend college for nursing. She has not yet decided which program to attend. Kinsley and her father hope that she will receive at least a partial scholarship. Her parents plan to cover the cost of her college tuition.

8. We discussed at length the difficulty with a jury trial, the legal aspects of this case and the proposed settlement agreement reached by the parties. Kinsley and her father understand that a trial may not result in a larger award, could result in a defense verdict, and desire to accept the settlement offered.

9. Kinsley and her father agree to invest the funds in an annuity to allow for long term growth. We discussed the necessity of allowing the funds to mature. Kinsley seems understanding of these terms.

Based upon the above, the undersigned recommends that the Court approve the agreed upon settlement of TWO HUNDRED SEVENTY THOUSAND AND NO/100 DOLLARS ($270,000.00) to resolve all claims in this matter.

        s/ *Gaynor L. St. John*
        Gaynor L. St. John
        Alabama Bar No.: ASB-7888-N56G
        **ST. JOHN & ST. JOHN, LLC**

        108 Third Street SE
        Cullman, AL 35055
        Telephone: 256-734-3542
        Facsimile: 256-734-3544
        Email: gaynor@stjohnfirm.com

*Guardian Ad Litem for Plaintiff Kinsley Kornegay*

## **CERTIFICATE OF SERVICE**

I hereby certify on this the _____ day of August, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to registered users, that a copy will be served personally with the Complaint, and that I caused a copy to be served by email and US Mail addressed as follows:

Austin B. Whitten, Esq.
Michael C. Bradley, Esq.
Pittman, Dutton & Hellums, P.C.
2001 Park Place North, Suite 1100
Birmingham, AL 35203
*Attorneys for Plaintiffs*

Priscilla K. Williams, Esq.
Neal D. Moore, III, Esq.
Christian & Small, LLP
505 20th Street North, Suite 1800
Birmingham, AL 35203
*Attorneys for Defendants*

        /s/ *Gaynor L. St. John*
        Gaynor L. St. John
        Alabama Bar No.: ASB-7888-N56G
        **ST. JOHN & ST. JOHN, LLC**

4

        108 Third Street SE
        Cullman, AL 35055
        Telephone:  256-734-3542
        Facsimile:   256-734-3544
        Email:       gaynor@stjohnfirm.com

*Guardian Ad Litem for Plaintiff Kinsley Kornegay*