**Exhibit A to Court Approval Documents**
Description of Periodic Payments

Subject to the approval of the Court, and in addition to payments made at the time of settlement, Everest National Insurance Company ("Assignor") has offered to pay or cause to be paid future periodic payments as outlined below. The current value or cost to Assignor to provide for the schedule of future periodic payments is $133,808.46. Disclosure of this cost has been required as a condition of settlement. No part of the cost being paid by Assignor to provide funding for the schedule of future periodic payments may be paid directly to Plaintiff(s) or their attorneys, since the parties negotiated for a structured settlement. Assignor agrees to pay, or cause to be paid, future periodic payments according to the schedule as follows ("Periodic Payments"):

To Kinsley Kornegay ("Payee"):

1. $500.00 payable monthly, guaranteed for 4 years, beginning on 02/15/2026, with the last guaranteed payment on 01/15/2030.
2. $36,802.51 payable annually, guaranteed for 5 years, beginning on 02/15/2033, with the last guaranteed payment on 02/15/2037.

All sums set forth herein constitute damages on account of personal physical injuries or physical sickness within the meaning of Internal Revenue Code Section 104(a)(2). This settlement is intended to conform to the requirements of Internal Revenue Code 130(c), and all provisions of this settlement should be construed in a manner so as to effectuate this intent.

Assignor will assign their obligation to make the Periodic Payments to Pacific Life & Annuity Services, Inc. ("Assignee") in accordance with Internal Revenue Code Section 130(c). Assignor, itself or through its Assignee, will fund the liability to make the Periodic Payments through the purchase of an annuity policy from Pacific Life Insurance Company ("Annuity Issuer"). Assignee shall be the sole owner of the annuity policy and shall have all rights of ownership. Assignee may have Annuity Issuer mail payments directly to Payee. Payee shall be responsible for maintaining a current mailing address for Payee with Assignee and Annuity Issuer.

To fund the purchase of the Periodic Payments, Assignor will issue a check in the amount of $133,808.46 payable to Pacific Life & Annuity Services, Inc. (tax id# 91-2025652). Assignor will execute the Qualified Assignment document as required by the Assignee and Annuity Issuer to issue policy.

All guaranteed Periodic Payments are guaranteed whether or not Payee survives the payment schedule. Any Periodic Payments to be made after the death of Payee shall be made to the estate of the Payee ("Beneficiary"). After the age of majority, Payee shall have the right to submit a request to change the Beneficiary by filing a written request with Assignee and Annuity Issuer. The change will be effective when approved by both Assignee and Annuity Issuer. Any change in Beneficiary shall not in any way affect or alter any provision of this agreement.